AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
CLERKS OFFICE
2004 JAN 26 P 1:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

for the DISTRICT OF Massachusetts

CHARLES LANGONE, AS FUND MANAGER OF THE NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04 · 10039 RCL

DUROD, LIMITED

TO: (Name and address of defendant)

James R. Roderick, Jr., Presdient
Durod, Limited
130 Claypit Road
Marshfield, MA 02050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

JAN - 8 2004

DATE

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

(BY) DEPUTY CLERK

AO

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

Deputy Sheriff

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date Signature of Server

______________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FEINBERG, CAMPBELL & ZACK, P.C.
Attorneys at Law
177 Milk Street, Suite 300 • Boston, Massachusetts 02109
617-338-1976

CLERKS OFFICE
2004 JAN 26 P 1:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

Telecopier 617-338-7070
Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL ◊
cmc@fczlaw.com
ARTHUR G. ZACK
agz@fczlaw.com
JONATHAN M. CONTI ★
jmc@fczlaw.com

◊ Also Admitted in California
★ Admitted Only in Wisconsin and Connecticut

January 23, 2004

Office of the Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: Charles Langone, Fund Manager v. Durod, Limited
C.A. No. 04cv10039 RCL

Dear Sir/Madam:

Pursuant to the above-referenced matter, enclosed please find an Executed Summons. Kindly file and docket in the usual manner.

Very truly yours,

Catherine M. Campbell

CMC:md
Enclosure
F:\New England Teamsters\Durod Ltd\Correspondence\clerk 1.23.04.doc