UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>      Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>      Defendant. | C.A. No. 04cv10039 RCL |

### 2nd STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including March 5, 2004.

Dated: February 13, 2004

Respectfully submitted,

Catherine M. Campbell
BBO #549397629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell_____
Attorney for Plaintiff


Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be sent this date by facsimile to Robert E. Galvin, Esq., 10 Enterprise Street, Duxbury, MA 02332.


Date: February 13, 2004

/s/Catherine M. Campbell
Catherine M. Campbell