UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv10039 RCL<br>)<br>)<br>)<br>)<br>)<br>) |

3rd STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including March 19, 2004.


Dated: March 5, 2004                    Respectfully submitted,

                                            Catherine M. Campbell
                                            BBO #549397629444
                                            Feinberg, Campbell & Zack, P.C.
                                            177 Milk Street
                                            Boston, MA 02109
                                            (617) 338-1976


                                            /s/ Catherine M. Campbell_____
                                            Attorney for Plaintiff


Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be sent this date by facsimile to Robert E. Galvin, Esq., 10 Enterprise Street, Duxbury, MA 02332.


                                            /s/Catherine M. Campbell
Date: March 5, 2004                    Catherine M. Campbell