UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
)
)
Plaintiff, )
) C.A. No. 04cv10039 RCL
v. )
)
DUROD, LIMITED )
)
Defendant. )
)

## PLAINTIFF FUND'S INITIAL DISCLOSURE STATEMENT
## PURSUANT TO F.R.C.P. 26(A)(1)

Pursuant to Federal rules of Civil Procedure 26 (a)(1) and Local Rule 26.2 (A), Plaintiff makes the following initial disclosures:

A) Fund Manager, Charles Langone, 535 Boylston Street, Boston, MA 02116, has information relative to the obligation of defendant Durod, Ltd. ("Durod") to make contributions to the New England Teamsters and Trucking Industry Pension Fund ("Pension Fund") and its obligation to submit to an audit.

John Mahoney, Secretary/Treasure of Teamster Local Union 379, has information relative to the obligation of Defendant Durod to make contributions to the Pension Fund.

B) The relevant documents are follows:

1) Collective Bargaining Agreement in effect between 10/1/98 and 9/30/01;

2) Project Labor Agreement for the Central Artery(I-93)/Tunnel Project dated March 2002;

3) Rules and Regulations of the New England Teamsters and Trucking Industry Pension Fund;

4) Restated Agreement and Declaration of Trust;

5) Central Artery/Tunnel Project Memorandum of Agreement on Trucking Issues;

6) Massachusetts Heavy Construction Agreement in effect between 1999 and 2004

7) Memorandum of Understanding as to Teamster Benefits;

8) Letter from Local 379 to Pension Fund stating Durod, Limited would be working under the Central Tunnel Project Agreement;

9) Certification signed by James R. Roderick, Jr. on March 26, 2002;

10) Audit notification letter dated May 14, 2003, from Pension Fun to Durod, Limited.

11) Certified demand letter for audit dated December 10, 2003 to Durod, Limited with green card.

12) Account past due notice detailing outstanding late charges for delinquent payment of pension contributions

13) Remittance reports submitted by Defendant Durod from 1997 to date.

14) Copies of various checks from Defendant Durod for Pension Contributions.

C) Contributions are owed for February 2004 in an amount estimated at $2,658.53. As the Defendant has refused to allow an audit of its payroll records, additional contributions cannot be determined at this time. Attorney's fees and costs to date total $2,734.22.

Plaintiff reserves his right to supplement this document prior to trial.

Dated: April ___, 2004                Respectfully submitted,


                                      Catherine M. Campbell, BBO# 549397
                                      Feinberg, Campbell & Zack, P.C.
                                      177 Milk Street
                                      Boston, MA  02109
                                      (617) 338-1976


                                      _____
                                      Attorney for Plaintiff, Charles Langone

## Certificate of Service

    I, Catherine M. Campbell, attorney for the Plaintiff, hereby certify that on this day I mailed the within document by first class mail, postage prepaid, to Robert E. Galvin, Esq. 10 Enterprise Street, Duxbury, MA 02332 attorneys for defendants.

                                                                                                                                         _____
                                                                                                                                          Catherine M. Campbell

```
                        E/A       H T B R            Ctype
Client      Date   Atty Cat  Src  P X C C  Tcd  Rate  Hours      Amount                                                                 Ref #

200.276  09/10/03   7    2    A             1   235.00   1.50     352.50 Telephone conference with Fund office; Memo to                 ARCH
                                                                         file
                                                                         New England Teamsters & Trucking Industry
200.276  12/09/03   7    2    A             1   235.00   2.25     528.75 Preparation of Complaint; Research Secretary of                ARCH
                                                                         State information; Update litigation report
                                                                         New England Teamsters & Trucking Industry
200.276  12/10/03  11    A    A            54              0        4.42 Certified Mail Cost: Demand letter to company                  ARCH
                                                                         New England Teamsters & Trucking Industry
200.276  12/16/03  11    2    A             1   125.00   0.50      62.50 Re-Draft Complaint, Civil Action Cover Sheet,                  ARCH
                                                                         Summons and Category Sheet.
                                                                         New England Teamsters & Trucking Industry
200.276  12/16/03   7    A    A   A       114              0      150.00 Filing Fees/ (38) Clerk, US District Court                    ARCH
                                                                         New England Teamsters & Trucking Industry
200.276  01/05/04  11    2    A             1   125.00   0.25      31.25 Amended Complaint to add count for delinquent                  ARCH
                                                                         contributions
                                                                         New England Teamsters & Trucking Industry
200.276  01/05/04   7    2    A             1   235.00   2.50     587.50 Preparation of Complaint                                       ARCH
                                                                         New England Teamsters & Trucking Industry
200.276  01/07/04  11    A    A            54              0        9.30 Certified Mail Cost: Copy of Complaint to                      ARCH
                                                                         Secretaries of Labor and the Treasury
                                                                         New England Teamsters & Trucking Industry
200.276  01/08/04   7    A    A   A       117              0       11.50 Courier/Messenger Service (1115) City Express to              ARCH
                                                                         US District Court
                                                                         New England Teamsters & Trucking Industry
200.276  01/27/04   7    A    A   A       115              0       56.50 Service of Summons and Complaint: (2350) County                ARCH
                                                                         of Plymouth, Sheriffs Office on 01/14/04
                                                                         New England Teamsters & Trucking Industry
200.276  01/30/04   7    2    A             1   235.00   0.75     176.25 Telephone conference with Durod attorney; Review               ARCH
                                                                         of contract documents; Filing of Extension to
                                                                         Answer Complaint
                                                                         New England Teamsters & Trucking Industry
200.276  02/02/04   7    2    A             1   235.00   2.75     646.25 Telephone conference with Fund office; Email to                ARCH
                                                                         C. Langone; Review of documents; Memo to file
                                                                         New England Teamsters & Trucking Industry
200.276  02/10/04   7    2    A             1   235.00   0.50     117.50 Telephone conference with attorney; Memo to file              ARCH
                                                                         New England Teamsters & Trucking Industry
                                                                  =====           =======
Total for Client ID 200.276                        Billable      11.00           2734.22 New England Teamsters & Trucking Industry
                                                   Total         11.00           2734.22 Durod, Limited

                                                                  =====           =======
Grand Totals                                       Billable      11.00           2734.22
                                                   Total         11.00           2734.22
```