UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
                                                         Plaintiff, )
                                                                )   C.A. No.  04cv10039 RCL
v. )
   )
DUROD, LIMITED )
   )
            Defendant. )
   )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, and his counsel hereby certify that we have conferred:

(a)   with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____        4/13/2004
Charles Langone, as Fund Manager of        Dated
New England Teamsters and Trucking
Industry Pension Fund

_____        4/15/04
Catherine M. Campbell        Dated
BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976