UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>      Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 04cv10039 RCL |

## MOTION TO REOPEN CLAIM

      This action involves the payment of contributions to the New England Teamsters and Trucking Industry Pension Fund delinquent since February 2004 and an audit of the company payroll records. The case was dismissed with the understanding that the matter would be reopened if a settlement were not reached. A settlement agreement was drawn up but Defendant has not responded to Plaintiff's multiple attempts to finalize this matter. For this reason, Plaintiff respectfully requests that the matter be reopened and a date for a scheduling conference be set as soon as possible.

Dated: June 28, 2004                 Respectfully submitted,

                                                 For the Plaintiff,
                                                 CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND,
                                                 By his Attorney,

                                                 /s/ Catherine M. Campbell_____
                                                 Catherine M. Campbell, BBO #549397
                                                 Feinberg, Campbell & Zack, P.C.
                                                 177 Milk Street, Boston, MA 02109
                                                 (617) 338-1976

Rule 7.1 Certificate

I, Catherine M. Campbell, counsel for Plaintiff in the above-captioned matter, hereby certify that I have attempted to confer with counsel for the Defendant in the above-captioned matter and attempted in good faith to resolve or narrow the issues.

/s/Catherine M. Campbell
Catherine M. Campbell

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be sent this date by facsimile to Robert E. Galvin, Esq., 10 Enterprise Street, Duxbury, MA 02332.

Date: June 28, 2004

/s/Catherine M. Campbell
Catherine M. Campbell