UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>      Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>      Defendant. | C.A. No. 04cv10039 RCL |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Please enter my appearance as counsel for the New England Teamsters and Trucking Industry Pension Fund in the above-captioned matter.

Dated: November 3, 2004

Respectfully submitted,
Jonathan M. Conti
BBO #657163
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/s/ Jonathan M. Conti
Attorney for Plaintiff

Certificate of Service

I, Jonathan M. Conti, hereby certify that I caused a copy of the foregoing to be sent this date by facsimile to Robert E. Galvin, Esq., 10 Enterprise Street, Duxbury, MA 02332.

Date: November 3, 2004

/s/ Jonathan M. Conti
Jonathan M. Conti