UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CHARLES LANGONE, as FUND　　　　\*
MANAGER of the NEW ENGLAND　　\*
TEAMSTERS AND TRUCKING　　　　\*
INDUSTRY PENSION FUND,　　　　　\*
　　　　　　　　　　　　　　　　　　\*
　　　Plaintiff,　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　\*
v.　　　　　　　　　　　　　　　　　\*　　C.A. NO. 04CV10039RCL
　　　　　　　　　　　　　　　　　　\*
DUROD, LTD.　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　\*
　　　Defendant.　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ASSENTED TO MOTION TO EXTEND THE TIME FRAME FOR RESPONDING TO
PLAINTIFF'S SUMMARY JUDGMENT MOTION299576

NOW COMES the defendant, Durod, Ltd., and hereby moves this Honorable Court extend the time period for the defendant, Durod, Ltd., to respond to the plaintiff's Motion for Summary Judgment (served by mail on June 10, 2004) for a two week period of time extending through Thursday, July 14, 2005.

AS GROUNDS therefore, the defendant, Durod, Ltd., by its counsel states that defendant's counsel was occupied in a Superior Court trial in Brockton Superior Court from June 20, 2005 through June 23, 2005 Durod v. Fuller Museum of Art, C.A. No. 2003-00205, obligated to complete an Appellate Brief due on June 24, 2005 in the Massachusetts Court of Appeals in the matter of TCR Mid-Atlantic, et al. v. Jerome Marques, et al., Appeals Court No. 2005-P-0424, and was required to submit and did submit a Post-Trial Memorandum in the matter of J. Stephen Bjorklund, et al. v. Norwell

<u>Zoning Board of Appeals</u> in Land Court Case Nos. 254729 and 299576 by June 30, 2005.

As a consequence, the counsel and Durod have been unable to adequately prepare an opposition to the summary judgment.   Counsel has further requested of plaintiff an extension of two weeks and said extension was assented to by Attorney Conti.

     WHEREFORE the defendant, Durod, Ltd., requests an approval of the requested extension through July 14, 2005.

RESPECTFULLY SUBMITTED
Durod, Ltd.
By its Counsel,

_____                    Dated; 6/30/05
Robert E. Galvin, Esq.
Robert W. Galvin, Esq.
Galvin & Galvin, SP
10 Enterprise Street, Suite 3
Duxbury, Massachusetts  02332-3315
(781) 934-5678
BBO # 184000 (REG)
BBO # 561397 (RWG)


ASSENTED TO:
By Plaintiff's Counsel:
                                                       Dated:  7/1/05

_Jonathan Conti (RWG)_ by assent
Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, MA  02109
BBO # 657163