UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br>Plaintiff<br><br>v.<br><br>DUROD, LTD.,<br>Defendant | CA NO. 04CV10039RCL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ASSENTED TO MOTION TO EXTEND THE TIME FRAME FOR RESPONDING TO PLAINTIFF'S SUMMARY JUDGMENT MOTION

NOW COMES the defendant, Durod, Ltd., and hereby moves this Honorable Court extend the time period for the defendant, Durod, Ltd., to respond to the plaintiff's Motion for Summary Judgment (served by mail on June 10, 2004) for an additional two week period of time extending through Thursday, July 28, 2005.

AS GROUNDS therefore, the defendant, Durod, Ltd., by its counsel states that it has offered the plaintiff the right to conduct an audit of materials as sought in the Motion from July 1997 to January 2004. The plaintiff is considering the defendants' offer and other documentation impacting participation in the CA/T project.

WHEREFORE, the defendant, Durod, Ltd., request an approval of the requested extension through July 28, 2005.

RESPECTFULLY SUBMITTED
Durod, Ltd.
By its Counsel,

*[signature]*

Robert W. Galvin, Esq.
Galvin & Galvin, SP
10 Enterprise Street, Suite 3
Duxbury, Massachusetts   02332-3315
(781) 934-5678
BBO # 561397  (RWG)

Dated:  July 13, 2005

ASSENTED TO:
By Plaintiff's Counsel:

*[signature]*

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, MA  02109
BB0#657163