UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHARLES LANGONE, as FUND  
MANAGER of the NEW ENGLAND  
TEAMSTERS AND TRUCKING  
INDUSTRY PENSION FUND,  
      Plaintiff

CA NO. 04CV10039RCL

v.

DUROD, LTD.,  
      Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ASSENTED TO MOTION TO EXTEND THE TIME FRAME FOR RESPONDING TO PLAINTIFF'S SUMMARY JUDGMENT MOTION

NOW COMES the defendant, Durod, Ltd., and hereby moves this Honorable Court extend the time period for the defendant, Durod, Ltd., to respond to the plaintiff's Motion for Summary Judgment (served by mail on June 10, 2004) for an additional two week period of time extending through Thursday, July 28, 2005.

AS GROUNDS therefore, the defendant, Durod, Ltd., by its counsel states that it has offered the plaintiff the right to conduct an audit of materials as sought in the Motion from July 1997 to January 2004. The plaintiff is considering the defendants' offer and other documentation impacting participation in the CA/T project.

WHEREFORE, the defendant, Durod, Ltd., request an approval of the requested extension through July 28, 2005.

RESPECTFULLY SUBMITTED
Durod, Ltd.
By its Counsel,

_____   Dated: July 13, 2005
Robert W. Galvin, Esq.
Galvin & Galvin, SP
10 Enterprise Street, Suite 3
Duxbury, Massachusetts   02332-3315
(781) 934-5678
BBO # 561397  (RWG)

ASSENTED TO:
By Plaintiff's Counsel:

_____
Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, MA  02109
BB0#657163