# EXHIBIT 1

Construction Teamsters Health/Welfare Fnd 11/18/98

544.00 · Union Benefit Contributions ~~OCT., 1998~~ 324.00

Dec, 1998

Citizen's Bank OCT., 1998 - DUROD EMPLOYEES 324.00

# NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MA 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBERS: MASS. ONLY ► 800-322-1216 • OUT OF STATE ► 800-447-7709

DUROD LTD
130 CLAY PIT ROAD
MARSHFIELD MA 02050

DATE: SEPTEMBER 1, 1998

LOCAL UNION NO.: 379-0488

DELINQUENCY NOTICE

GENTLEMEN:

THIS IS TO INFORM YOU THAT WE HAVE NOT RECEIVED YOUR PAYMENT AND REMITTANCE REPORT FOR THE MONTH OF JULY, 1998.
PAYMENT WAS DUE ON THE 20TH OF AUGUST, 1998.

UNDER THE TERMS OF THE COLLECTIVE BARGAINING AGREEMENT, RULES OF THE PENSION FUND AND DECLARATION OF TRUST, TO WHICH YOU ARE SIGNATORY, THE PENALTIES FOR LATE PAYMENT ARE STRICT. IN ADDITION TO LATE PAYMENT CHARGES, YOU ARE LIABLE FOR COLLECTION COSTS, INCLUDING ATTORNEYS' FEES, INTEREST AND LIQUIDATED DAMAGES. FURTHERMORE, YOU WILL BE SUBJECT TO A PAYROLL AUDIT, AND THE COST OF SUCH AUDIT WILL BE CHARGED TO YOUR COMPANY.

WE WISH TO PUT YOU ON NOTICE THAT IF THIS DELINQUENCY CONTINUES TO EXIST, YOUR EMPLOYEES WILL BE NOTIFIED THAT CREDIT FOR EMPLOYMENT WITH YOUR COMPANY PRIOR TO THE FIRST CONTRIBUTION PERIOD - PAST SERVICE - WILL BE CANCELED. SUCH CANCELATION COULD EFFECT YOUR EMPLOYEES' ELIGIBILITY, THEREBY JEOPARDIZING THEIR PENSION RIGHTS.

WE TRUST THAT YOU WILL AVOID THE ADDITIONAL EXPENSES AND THE POSSIBILITY OF JEOPARDIZING YOUR EMPLOYEES' PARTICIPATION IN THE FUND BY FOWARDING YOUR PAYMENT PROMPTLY.

VERY TRULY YOURS,

BOARD OF TRUSTEES

CC: LOCAL UNION

9/2/98

During July and August, Durod did not work directly for Modern Continental on Central Artery. For work performed for Twin Trucking and Zam-Tek, benefit funds will be submitted by them directly for each of our employees.

Ginger Wolk

246-M

EXHIBIT 2

**NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND**

535 Boylston Street
Boston, Massachusetts 02116-3770
Tel. 617-266-8900
Fax 617-247-8188

Toll Free Telephone Nos.
Mass. Only 800-322-1216
Out of State 800-447-7709

*"Advice about claims, benefits, eligibility or status of participants is based on the present rules of the Fund which are subject to change without notice."*

February 23, 1999

Durod Ltd.
Att: Ginger
130 Clay Pit Road
Maarshfield, MA 02050

Re: Remittance Reports
Local Code 379-488

Dear Ginger:

In regard to our phone conversation of Monday, February 22, 1998 concerning reporting of contributions to the Pension Fund, this is to confirm that we have received your reports through November 1998.

We have created a 'NO HOURS' report for October 1998 to replace the hours you filed, which should have been reported by Zam-Tek. We have also deleted those October 1998 hours from the Employees' accounts and given you a credit of $249.12 for 72 hours at the rate of $3.46 per hour.

You may use this credit at your convenience for Local Code 379-488.

Thank you for your cooperation. If we can be of any further assistance, please do not hesitate to contact us.

Very truly yours,

Kenneth Cook

Kenneth Cook, Supervisor
Data Processing

KC/kc
Enc.

GCIU

# Durod Ltd.

**130 Clay Pit Road**
**Marshfield, MA 02050**
(781) 834-0200 FAX#: (781) 834-8793
SOMWBA Certified DBE

February 22, 1999

Mr. Christopher J. Walsh
Fund Administrator
Construction Teamsters Health & Welfare Fund
29 Farragut Road
South Boston, MA 02127

Dear Mr. Walsh:

In response to your February 17, 1999 letter to "call a report and payment delinquency to our attention", please DOUBLE-CHECK YOUR OWN FILES. We are continuously receiving Notices from you for delinquencies that your own records will show DO NOT EXIST.

> On September 2, 1998, we returned your Delinquency Notice to you (copy enclosed) stating that Durod did not owe benefits for July and August, 1998.
>
> You deposited our Check #10258 dated October 8, 1998 for September contributions on October 13, 1998. Where do you see a delinquency?
>
> Our Check #10463 dated November 18, 1998 for October contributions was deposited by you on November 23, 1998, yet your letter claims October's Report and Payment is delinquent. Where? Upon review of our records, we find that this Report and Remittance in the amount of $324.00 for October 1998 were made in error. Since we only worked for Zam-Tek that Month, not directly for Modern Continental, it was Zam-Tek's responsibility to submit Union Benefits for our employees, NOT ours. Therefore, please VOID the Report we submitted for October 1998; instead apply the $324.00 October overpayment to December 1998.
>
> As for December, 1998 and January, 1999 Reports and Payments, we sent you a copy of our letter of February 4, 1999 to Chris Hilgrith, clearly stating, "Since we are still awaiting payment from Modern Continental for these two months, can I submit to you the amounts owed and have Modern cut checks to the Health and Welfare and Pension Funds?" This should NOT require further explanation.

A review of YOUR OWN records will show that ALL REPORTS AND REMITTANCES BY DUROD, LTD. WERE MADE ACCURATELY AND TIMELY FOR BOTH HIRED TRUCKS AND DUROD EMPLOYEES SINCE 1997.

My office is NOT going to continue to spend time responding to your inaccurate Notices of Delinquency constantly being sent to us, when a simple review of your own records by a competent employee will show otherwise. I pay my Office Manager to accurately and efficiently

run MY office, not to continuously respond to inaccuracies reported by the incompetence of YOUR office. Therefore, we will no longer respond to your false Notices.

For our records and those that you "carbon copy" incorrect Letters of Delinquency, please send us at your earliest convenience a copy of our Account showing dates of payments by Durod, Ltd. from 1997 through the present for both Hired Trucks and Employees. It's time to set ALL records straight, in light of these continuous false accusations by the Construction Teamsters Health and Welfare Fund.

We anxiously await your response.

Very truly yours,

James Roderick, Jr.
President

JRjr/gw
Enclosures
RSVP


cc: Teamsters Local Union 379

    Paul V. Walsh, Secretary-Treasurer
    Principal Executive Officer

    Segal, Roitman & Coleman
    Attorneys At Law

    Joe Clougherty
    Modern Continental

# CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND

29 FARRAGUT ROAD
SOUTH BOSTON, MASSACHUSETTS 02127

(617) 269-2772

**UNION TRUSTEES**

Paul V. Walsh, Chairman
***Teamsters Local #379***

Neil Gillis
***Teamsters Local #379***

John P. Mahoney
***Teamsters Local #379***

**EMPLOYER TRUSTEES**

Robert Prosperi, Sec.-Treas.
***Bardon Trimount***

John D. O'Reilly, III
***Southborough, MA***

Leo P. Picard Jr.
***M.A.A.P.A.***

Wednesday, February 17, 1999

Durod LTD
130 Clay Pit Road
Marshfield, MA 02050

Dear Sir or Madam,

Your firm is obligated to submit reports and payments to this office for all employees subject to the terms and conditions set forth by the collective bargaining agreement with the Teamsters Local Union 379.

To date the report and payment for the months of July, August, September, October, November, December 1998 and January 1999 has not been received.

The purpose of this letter is to call this delinquency to your attention and request that it be promptly remedied.

Sincerely,

Christopher J. Walsh
Fund Administrator
Teamsters Local 379 - Health &
Welfare Fund

Cc: Teamsters Local Union 379

Paul V. Walsh, Secretary-Treasurer
Principal Executive Officer

Segal, Roitman, & Coleman
Attorneys At Law

Patricia M. Sims

9/22/98

Durod Ltd does NOT owe any contributions for July or August.

Ginger Wolk
Office Manager

CITIZENS BANK
MASSACHUSETTS

10258

5-7017/2110
673

DUROD LTD.
781-834-0200
130 CLAY PIT ROAD
MARSHFIELD, MA 02050

10/8/98

PAY TO THE ORDER OF Construction Teamsters Health/Welfare Fnd $ **108.00

One Hundred Eight and 00/100****************************************************************** DOLLARS

Construction Teamsters Health & Welfare F
c/o U.S.TRUST COMPANY
540 Granite Street
Braintree, MA 02184

FOR SEPT., 1998 - DUROD EMPLOYEES

⑈010258⑈ ⑆211070175⑆ 1104122720⑈ ⑈0000010800⑈

PAY TO THE ORDER OF
USTRUST NORFOLK
MILTON, MA 02186
FOR DEPOSIT ONLY
CONSTRUCTION TEAMSTERS
HEALTH AND WELFARE FUND

0115 C0120 OT '98 14
CITIZENS BANK OF RHODE ISLAND
CITIZENS DRIVE
RIVERSIDE, RI

0110 01331 OT '98 13
USTRUST
CAMBRIDGE MASS

CITIZENS BANK
MASSACHUSETTS

10463

5-7017/2110
873

DUROD LTD.
781-834-0200
130 CLAY PIT ROAD
MARSHFIELD, MA 02050

11/18/98

TO THE ORDER OF Construction Teamsters Health/Welfare Fnd $ **324.00

Three Hundred Twenty-Four and 00/100************************************************ DOLLARS

Construction Teamsters Health & Welfare F
c/o U.S.TRUST COMPANY
540 Granite Street
Braintree, MA 02184

OCT., 1998 - DUROD EMPLOYEES

⑈010463⑈ ⑆211070175⑆ 110412272 0⑈ ⑈0000032400⑈

PAY TO THE ORDER OF
USTRUST NORFOLK
MILTON, MA 02186
FOR DEPOSIT ONLY
CONSTRUCTION TEAMSTERS
HEALTH AND WELFARE FUND

NO '98 23

NO '98 23
USTRUST
CAMBRIDGE MASS

USTRUST
CAMBRIDGE MASS

0507 2976

# Durod Ltd.

**130 Clay Pit Road**
**Marshfield, MA 02050**
(781) 834-0200 FAX#: (781) 834-8793
SOMWBA Certified DBE

February 22, 1999

Mr. Ken Cook
New England Teamsters Trucking Ind. Pension Fund
535 Boylston Street
Boston, MA 02116-3770

Dear Mr. Cook:

A review of our records shows that the Report and remittance we submitted to you for October, 1998 was in error. During October 1998 we worked for Zam-Tek, not directly for Modern Continental; pension remittances for our employees should have been remitted by Zam-Tek, not Durod Ltd. Therefore, please VOID the October 1998 Report Durod Ltd. submitted to you and instead apply the $249.12 remittance to monies Durod Ltd. owes for December 1998.

Further, in light of Notices by both the Pension Fund and Health and Welfare Fund, we would like to have a copy of Durod's Account with the Pension Fund from 1997 to the present, showing dates of payments for Hired Trucks as well as Durod employees. As you are aware, until last month Durod Ltd. has submitted all Reports and remittances in a timely manner, yet we continue to be queried due to unjustified Delinquency Notices being sent to us and our employees.

Please send a copy of our account at your earliest convenience. Thank you.

Very truly yours,

DUROD LTD.

James Roderick, Jr.
President

JRjr/gw

cc: Teamsters Local Union 379
Paul V. Walsh, Secretary-Treasurer
Joe Clougherty, Modern Continental
Segal, Roitman & Coleman, Attorneys At Law

Employer's Monthly Contribution Report

# Construction Teamsters Health and Welfare Fund

29 FARRAGUT ROAD • SOUTH BOSTON, MA 02127
Telephone: (617) 269-2772

| Employer | Payroll Period | Job Location |
|---|---|---|
| DVROD LTD. 130 CLAY PIT ROAD MARSHFIELD, MA 02050 | 10-25 to 10-31-98 | Central Artery |
| Tel. No. (781) 834-0260 | Date of Report 11-9-98 | |

| | Employee's Name PLEASE LIST ALPHABETICALLY | S. S. No. | Week Ending X | X | X | X | 10/31 | Total Hours | Date Employment Terminated |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CARRIERA, NJ | 032262448 | | | | | 24 | 24 | |
| 2 | WHYNOT, L | 034401099 | | | | | 24 | 24 | |
| 3 | WILLIAMS, V | 024404605 | | | | | 24 | 24 | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

☐ Check if additional forms needed

Page 1 of 1 pages

| | |
|---|---|
| Total Hours This Page | 72 |
| Total Hours All Pages | 72 |
| Contribution @ $4.50 Per Hour | 324.00 |

**Original and one copy must be mailed to the U.S. Trust Company, 540 Granite Street, Braintree, Massachusetts 02184, with check made payable to CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND not later than the 10th of the month following the month covered by this report. Retain one copy for your files.**