UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | C.A. No. 04cv10039 RCL |

### ASSENTED TO MOTION TO EXTEND THE TIMEFRAME FOR FILING A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, Charles Langone, and hereby moves this Honorable Court to extend the time period for the Plaintiff to respond to the Defendant's Opposition to Plaintiff's Motion for Summary Judgment to September 30, 2005.

AS GROUNDS therefore, Plaintiff states that Plaintiff's counsel will be out of the country for three weeks beginning in August and continuing into September.

WHEREFORE, Plaintiff, Charles Langone, requests an approval of the requested extension to September 30, 2005.

Dated: August 19, 2005

| RESPECTFULLY SUBMITTED | ASSENTED TO: |
| By Defendant's Counsel | Durod, Ltd. |
| | By it's Counsel |

/s/ Jonathan M. Conti  
Jonathan M. Conti, Esq.  
Feinberg, Campbell & Zack, PC  
177 Milk Street  
Boston, MA 02109  
BBO#: 657163

/s/ Robert Galvin  
Robert W. Galvin, Esq.  
Galvin & Galvin, SP  
10 Enterprise Street, Suite 3  
Duxbury MA 02332-3315  
BBO#: 561397