UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv10039 RCL<br>)<br>)<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

NOW COMES Plaintiff, New England Teamsters and Trucking Industry Pension Fund, and respectfully moves for Leave of Court to File a Reply Memorandum in Support of its Motion for Summary Judgment on or before September 30, 2005. As grounds for its motion, Plaintiff states as follows:

1. Plaintiff filed a Memorandum in Support of its Motion for Summary Judgment on June 10, 2005.

2. On August 11, 2005, Defendant filed its Memorandum in Opposition to the Plaintiff's Motion for Summary Judgment.

3. Defendant has assented to Plaintiff's Motion for Leave to File a Reply Brief.

4. Plaintiff was out of the country from September 2nd through September 13th, 2005.

5. Defendant raises new issues in its Opposition to Plaintiff's Motion for Summary Judgment that Plaintiff has not yet had an opportunity to address.

2

Respectfully submitted,

For the Plaintiff                                                          For the Defendant

By its attorneys,                                                         By its attorneys,


/s/ Jonathan M. Conti                                              /s/ Robert Galvin, Jr.
Jonathan M. Conti (BBO # 657163)                          Robert Galvin, Jr. (BBO# 561397)
Feinberg, Campbell & Zack, P.C.                               Galvin & Galvin
177 Milk Street                                                         10 Enterprise Street, Suite 3
Boston, MA 02109                                                    Duxbury, MA 02332-3315
(617) 338-1976                                                        (781) 834-4224


Dated: September 16, 2005

## CERTIFICATE OF SERVICE

    I, Jonathan M. Conti, hereby certify that I caused a copy of the foregoing to be served on counsel for the defendant by depositing a copy via electronic mail addressed to Robert Galvin, Jr., Galvin & Galvin, 10 Enterprise Street, Suite 3, Duxbury, MA 02332-3315.

                                                                     /s/ Jonathan M. Conti
                                                                       Jonathan M. Conti