UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | C.A. No. 04cv10039 RCL |

### AFFIDAVIT OF MARCHELLE CUNNINGHAM

I, Marchelle Cunningham, under oath and based on my personal knowledge, hereby depose and state the following:

1. My name is Marchelle Cunningham and I am the Senior Clerk for the New England Teamsters & Trucking Industry Pension Fund (hereinafter "Pension Fund" or "Fund"). I have been the Senior Clerk since 1988. The Pension Fund has its principal place of business at One Wall Street, Burlington, MA 01803.

2. From September 1997 to February 2002, and continuing thereafter, Durod, Limited made contributions to the Fund for work performed on the Central Artery Tunnel Project.

3. In making contributions to the Fund, Durod completed remittance reports provided by the Fund. The remittance reports contained the names and social security numbers of the individuals who worked on the Central Artery Tunnel Project, the number of hours, and the amount of contributions due.

4.  Durod completed the remittance reports and submitted them, along with a check for the month's contributions to the Fund, for every month Durod worked on the Central Artery Project between 1997 and 2004.

5.  Between 1997 and 2002, Durod reported to the Fund that its employees worked 31,489 hours on the Central Artery Tunnel Project. A summary of the hours reported to the Fund by Durod between 1997 and 2002 is attached hereto as Exhibit A.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 27th DAY OF SEPTEMBER, 2005.

*Marchelle Cunningham*
Marchelle Cunningham

ITP        8/31/05                              1997 SUMMARY PRINT                    PAGE  1         MICKEY

LOCAL AND CODE--> 379-0488    COMPANY NAME--> DUROD LTD           COMPANY STATUS-->

| LAST | FIRST | MID. | SOCIAL # | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERVI | MICHAEL | | 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 | | | | | | | | | | | | 121 | 121 |
| ERRY | WILLIAM | | 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 | | | | | | | | | | | 33 | 50 | 83 |
| C CENSUS RECORD | | | 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 | | | | | | | | | | | | 151 | 151 |
| ILLDIGG | DONALD | M | 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 | | | | | | | | | | | | 8 | 8 |
| UTTING | J | | 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 | | | | | | | 6 | | | | | | 6 |
| CSWEENEY | ROBERT | | 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 | | | | | | | 82 | 176 | 157 | 136 | 129 | 150 | 830 |
| OWNING | DAVID | C | 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 | | | | | | | | | | | | 68 | 68 |
| ROUT | B | | 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 | | | | | | | | 52 | 117 | 80 | 8 | 95 | 352 |
| OPES | JOSEPH | | 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 | | | | | | | | | | | 15 | 96 | 111 |
| ILLIAMS | VINCENT | | 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 | | | | | | | | | | | | 75 | 75 |
| E MUELE | SCOTT | | 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 | | | | | | | 80 | 158 | 156 | 15 | | | 409 |
| ERRERO | FABIAN | | 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 | | | | | | | 82 | 92 | 123 | 127 | 147 | 93 | 664 |
| ORAN III | JOHN | P | 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 | | | | | | | | | 14 | | | | 14 |
| REELEY | MARK | | 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 | | | | | | | 82 | 168 | 156 | 136 | | | 544 |
| REELEY | MARK | | 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 | | | | | | | | | | | | 23 | 159 |
| LEMING | PATRICK | M | 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 | | | | | | | | | | | 139 | | 139 |
| URRAY | J | W | 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 | | | | | | | | | | | 32 | | 32 |
| OODWIN | ANDREW | | 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 | | | | | | | | 64 | | | 32 | 160 | 192 |
| OSARIO | MARCUS | | 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 | | | | | | | | | | | 140 | 86 | 226 |
| TOTALS— | | | | 0 | 0 | 0 | 0 | 0 | 0 | 332 | 710 | 723 | 494 | 674 | | |
| TOTALS— | | | | | | | | | | 0 | | | | | 1,176 | |

GRAND TOT. HRS->   4,109

19 RECORDS PRINTED

```
NTP                              8/31/05                                   1998 SUMMARY PRINT                                      PAGE   1        MICKEY

    LOCAL AND CODE--> 379-0488         COMPANY NAME---> DUROD LTD                                    COMPANY STATUS-->

-AST         FIRST        MIC.   SOCIAL #        JAN   FEB   MAR   APR   MAY   JUN   JUL   AUG   SEP   OCT   NOV   DEC   TOTAL
BARNES JR    J            T      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     128    43    64    63    52                                              350
NERVI        MICHAEL             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     163   147   106    26    27                      8                       477
WILLDIGG     DONALD       M      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     159    99    88    47    27                                              420
MCSWEENEY    ROBERT              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     101   134   101   164    82                                              590
DOWNING      DAVID        C      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     146   135   119    66   113                      8                       587
GROUT        B                   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      50    65    58         69     8                                         242
LOPES        JOSEPH             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      75   100    87    20                                                    282
WILLIAMS     VINCENT            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      66    74    27     9                             24                      200
HERRERO      FABIAN             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     105   118     9                                                           232
FLEMING      PATRICK      M      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     171    26    89   134   113                                              532
CARREIRA     N                   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      33          66                                   8                       131
MURRAY       J            W      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     154   124   108   153    65                     24                       604
WHYNOT       L            A      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                                                     24                        24
ROSARIO      MARCUS             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      72    86                                                                 158

                       TOTALS-                 1,423 1,151   921   682   548                      24      0    0
                       TOTALS-                                                          8     0    0    72    0    0

                                         14  RECORDS PRINTED              GRAND TOT. HRS-->         4,829
```

```
NTP                                   1999 SUMMARY PRINT                    PAGE   1         MICKEY
   8/31/05
   LOCAL AND CODE-->  379-0488   COMPANY NAME--> DURCO LTD        COMPANY STATUS-->

LAST        FIRST     MID.  SOCIAL #      JAN  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC  TOTAL
NERVI       MICHAEL         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                          54   35   45   24        33        191
WILLDIGG    RICHARD   X     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                           8        56             24    16    80
WILLDIGG    DONALD    M     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                                         24    8              56
MCNEIL      WAYNE           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                                                   32    85   85
DOWNING     DAVID     C     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                          18   35   33                       100
HALLAMORE   R         H     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                          16   34    8                        60
JARVIS      W         B     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                          43  181  139                       336
TROUT       B               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                         147   26   25              5         99
KIVLIN      PETE            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                           8  168  210             164       689
LAUZON      M               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                                                          8    8
DEAN        SCOTT     T     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                          85   21   25        27   76   8    234
FLEMING     PATRICK   M     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                                                               8
ANDREWS     R         G     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                           8                                   8

                TOTALS-                      0    0    0    0    0  387  500  541   48  116  354    1,954
                TOTALS-                      0                                       8

                             GRAND TOT. HRS->                                                       1,954

                13  RECORDS PRINTED
```

```
NTP                                    2000 SUMMARY PRINT                                        PAGE  1            MICKEY
     8/31/05
     LOCAL AND CODE-->  379-0488     COMPANY NAME--> DUROD LTD                COMPANY STATUS-->

LAST              FIRST        MID.  SOCIAL #        JAN   FEB   MAR   APR   MAY   JUN   JUL   AUG   SEP   OCT   NOV   DEC   TOTAL
FREDETTE          MICHAEL       A    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      63   120   143   186    54               136   135   124   138               566
NERVI             MICHAEL            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           24    43          112   171   136   135   124         187         888
MALTESE           MIKE               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                 45   193   200   177   152   114   218               250         1099
SOUZA             J                  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
WILLDIGG          RICHARD       W    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            33   100   121   197   110   132   128   181   125   187   152   1466
SNELL             RONALD        E    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                                                                   187   290    727
WILLDIGG          DONALD        M    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                             26          122   155   238   128               669
NO CENSUS RECORD                     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                  17                                                            17
RODERICK          PAUL          M    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                                                                                127
MCNEIL            WAYNE              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    131   142   163   161   171   149   104   105   150    40    87   112   1613
                                                                                                           96   129
SANFORD           F                  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
DOWNING           DAVID         C    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     52    58   177   243   201   196    88   153   199   158   198   146   1869
HAITE             GARRETT       D    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                                                                   190   129    319
GROUT             B                  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          68    80    39    77   121   131    95   143   137   177   158   1226
GASS              LAWRENCE      S    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                                          54                                    54
BERNARD           ANDREW        J    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          19                                                                    19
DRAGONE JR        RALPH         J    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                                                                                298
WILBUR            RICHARD       A    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                             202    35    79    89   173    84   183   115    460
KIVLIN            PETE               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   222   167   184   205     8   184   157   165                                1486
SILVIA            D                  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                                                                                  8
JAKUBAJTYS        JOHN          P    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                 94    47   103   122                                           272
ALMON             WILLIAM       A    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                       96   188    97                                           475
NO CENSUS RECORD                     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                       10                                                       10
DEAN              SCOTT         T    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   177   145   171   244   195   205    99   130   198   127   172    84   1947
DANNER            MICHAEL            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          93   211   187   131   116   139   208   157   185   120   1547
FLEMING           PATRICK       M    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          29                                                                    29
CONLON            A             C    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                                                                   145   118    263

                          TOTALS-                   645   805  1,298  1,756  1,912  1,724  1,370  1,408  1,832  1,377  1,903  1,424
                          TOTALS-

                                                                GRAND TOT. HRS-->    17,454

                                                   27  RECORDS PRINTED
```

```
PRINTP       9/26/05                      2001 SUMMARY PRINT                              PAGE    1      MICKEY
       LOCAL AND CODE-->   379-0488   COMPANY NAME--> DUROD LTD              COMPANY STATUS-->

LAST          FIRST     MID.  SOCIAL #         JAN  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC  TOTAL
SOUZA         J               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      144  158  137  145   72   15   97        118   24  100   25  1035
WILLDIGG      RICHARD    W    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      186  170   91                                         24       447
SNELL         RONALD     B    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      263  187  211  142  166  192  160  160  213  202              1896
MCNEIL        WAYNE           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      181  157   47                                                  385
SANFORD       F               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      135  171  106    8                                             420
MCLAUGHLIN                    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            92                                                        92
FIGGINS       KEVIN      S    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
DOWNING       DAVID      C    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      158  185  146   40   23    6   31   25  175  146  103    8    488
WAITE         GARRETT    D    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      191  181  158  141  141   70  146   60   92  201  240   34   1151
HODGES        M               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                                         34  186  157  121          1560
DRAGONE JR    RALPH      J    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      184   75   34                                                  236
MURPHY        K          P    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       53  185  108             12    4    8                         259
DEAN          SCOTT      T    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      187  155                                                       280
NEWELL IV     EDWARD     J    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                                               17   16    9          474
HARRIS        S          J    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                                               83   44   28           50
HARNOIS       R          C    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       60                                                            155
CONLON        A          G    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      187  160   93  102                                    8         60
LAROSE        R               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       46                      40                                    582
                                                                                                               46

         TOTALS-                             1,975 1,784 1,223 586  442  295  548  413  884  790  601   75  9,616
         TOTALS-
                                                                                    GRAND TOT. HRS->

                              18 RECORDS PRINTED
```

```
PRINTP      9/26/05                    2002 SUMMARY PRINT                              PAGE   1              MICKEY
         LOCAL AND CODE-->  379-0488         COMPANY NAME--> DUROD LTD
                                                                              COMPANY STATUS-->
LAST          FIRST     MID.  SOCIAL #       JAN  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC  TOTAL
ANDRADE       S               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                                                 97                  97
DECOSTA       E               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                                            70        61            70
FIGGINS       S         J     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    13                            90   54   40   135  54            675
VIERA         JOHN            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                   29   96  103                                      6
D INVALID                     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                                             6                      6
DOWNING       DAVID     C     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    12             129  161  174  141  168  138  185  65   66      1239
WAITE         GARRETT   D     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    25             66   138  179  152  120  77   173  53   84      1067
OSTERFIELD    TIMOTHY         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                                            46   143  8             197
MARTIN        TROY            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                                                 30                 30
MEYER         DWIGHT    D     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                                             8                       8
ALLEN         JARVIS          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                        8                   148   72                236
WILSON        THOMAS          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                                             27                     27
CANDELINO     P               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                                              9                      9
RIVERA        ARNARDO   A     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                                            176   76  17           269
JEANETTI      STEPHEN   J     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                                             72       16            72
HARRIS        S               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                                             33  134                183
SLACK III     GEORGE          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                                              5                      5
BAKER         HARRY     L     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                                             71                     71
ELAM          ROBERT          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                                             45   38   34          117
WALSH         SEAN      M     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                                             19                     19
GILMARTIN     PETER           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                                             13                     13
LEDEAU        MIKE            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                                                  9                  9

TOTALS-                                      50    0    0   224  395  464  383  350  995  1,100 213  245   4,419
TOTALS-                                                                              GRAND TOT. HRS->

                                                                 22  RECORDS PRINTED
```