UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
)
    Plaintiff, )
)   C.A. No. 04cv10039 RCL
v. )
)
DUROD, LIMITED )
)
    Defendant. )

## AFFIDAVIT OF JONATHAN M. CONTI

1. I am an attorney associated with the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I have acted as the legal representative of the Plaintiff, New England Teamsters and Trucking Industry Pension Fund for the purposes of the above-captioned matter.

2. On January 8, 2004, Plaintiff filed its Complaint in the United States District Court for the District of Massachusetts against Defendant Durod, Limited, seeking payment of past due contributions and a payroll audit.

3. The Summons and Complaint were served on Defendant on January 14, 2004.

4. On two occasions following the service of the Summons and Complaint on Defendant, Defendant requested, and Plaintiff assented to, a request for an extension of time in which to answer the Complaint.

5. On March 19, 2004, Defendant filed its Answer to Plaintiff's Complaint.

6. On April 29, 2004, the Court issued a Settlement Order of Dismissal after the parties seemingly reached a settlement of the matter.

7. Durod ultimately refused to execute the Settlement Agreement, forcing the Fund to file a Motion to Reopen the case on June 29, 2004.

8. On November 10, 2004, a Scheduling Conference was held before Hon. Reginald C. Lindsay. At the Scheduling Conference, Hon. Judge Lindsay suggested that Durod supply Plaintiff with payroll records concerning Durod's work on the Central Artery Tunnel Project from 1997 through 2004. Durod never subsequently supplied those records.

9. Durod has never moved to join Modern Continental as a Third Party Defendant.

10. On June 10, 2005, Plaintiff filed a Motion for Summary Judgment, Memorandum in Support of the Motion for Summary Judgment, and the Affidavit of Charles Langone, with exhibits, requesting that the Court order Defendant to submit to a payroll audit, make payment of delinquent contributions, late charges for interest and underpayments owed on the delinquent contributions, and attorneys' fees and costs.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 28th DAY OF SEPTEMBER, 2005.

_____
Jonathan M. Conti