UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv10039 RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO POSTPONE FINAL PRE-TRIAL CONFERENCE**

NOW COME Plaintiff, Charles Langone, as Fund Manager for the New England Teamsters and Trucking Industry Pension Fund, and Defendant, Durod, Limited, and hereby jointly request that the Court postpone the date of the Final Pretrial Conference from February 2, 2006 to March 24, 2006. As grounds for the request, the parties state as follows:

1. The Final Pre-Trial Conference is set for February 2, 2006.

2. Plaintiff's Complaint seeks an Order requiring Defendant to allow Plaintiff to conduct a payroll audit of Defendant, and for the payment of fringe benefit contributions owed by Defendant to Plaintiff for work performed on the project known as the Central Artery Tunnel Project.

3. Defendant agreed to supply certain records and documents to the Plaintiff so that it may conduct an audit of those records to determine whether any past due contributions are owed to the Plaintiff by the Defendant.

4. Plaintiff's auditor on January 11, 2006, viewed an initial production of documents, and it was determined that additional documentation needs to be provided by Defendant, which Defendant has agreed to supply. As that documentation is extensive and was not specifically sought previously, Defendant needs sufficient time to compile the additional documentation for the Plaintiff's auditor.

5. Plaintiff's auditor estimates that a payroll audit will take at least three days, and that a final determination as to any remaining moneys owed by Defendant or to be credited to Plaintiff will take several weeks to determine.

6. Once the payroll audit has been completed, the parties will be able to determine whether a trial is necessary regarding the outstanding issues in this case, and it may draw the parties closer to a settlement of this matter.

7. Defendant's legal counsel will be on trial in Norfolk Superior Court during the week of January 17-20 and on January 23-24, 2006. In addition, Defendant's legal counsel will be on trial in Brockton Superior Court on February 13, 2006.

WHEREFORE, Plaintiff, Charles Langone, as Fund Manager for the New England Teamsters and Trucking Industry Pension Fund, and Defendant, Durod, Limited, respectfully request that the Court postpone the Final Pretrial Conference from February 2, 2006 to March 24, 2006.

Respectfully submitted,

| For the Plaintiff, | For the Defendant |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND | DUROD, LIMITED |
| By his Attorneys, | By its Attorneys, |
| /S/ Jonathan M. Conti<br>Jonathan M. Conti, BBO #657163<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street, Suite 300<br>Boston, MA 02109<br>(617) 338-1976 | /S/ Robert W. Galvin<br>Robert W. Galvin, BBO # 561397<br>Galvin & Galvin, SP<br>10 Enterprise Street, Suite 3<br>Duxbury, MA 02332-3315<br>(781) 934-5678 |

Dated:  January 18, 2006