

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10039 RCL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHARLES LANGONE, as FUND MANAGER   \*
of the NEW ENGLAND TEAMSTERS AND   \*
TRUCKING INDUSTRY PENSION FUND,   \*
    Plaintiff,   \*
       \*
       \*
v.   \*
       \*
DUROD, LIMITED,   \*
    Defendant.   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ASSENTED TO MOTION
### TO CONTINUE PRE-TRIAL CONFERENCE

NOW COMES the Defendant, Durod Limited, through its counsel and the Plaintiff, Charles Longone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, through their counsel and respectfully moves this Honorable Court to continue the Pre-Trial conference currently scheduled for Thursday, March 23, 2005 for sixty (60) days by agreement of the parties.

AS GROUND THEREFORE Defendant's counsel, Robert W. Galvin, Esq., states as follows:

1. Counsel for the Defendant is scheduled to start a Trial on March 22, 2006 in the Hingham District Court, and therefore will be unavailable.
2. After an initial audit attempt, Plaintiff's auditor has requested additional documentation, both parties need additional time to complete the audit.
3. There is no prejudice to any person by allowance of this Motion prior to discovery or pre-trial.

Dated: March 16, 2006

Assented To:

Jonathan M. Conti, BBO #657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

Respectfully submitted,

Defendant's Attorney,

Robert W. Galvin, BBO #561397
Galvin & Galvin
10 Enterprise St., Suite 3
Duxbury, MA 02332-3315
(781) 934-5678