UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **NOTICE**

The document originally filled in this case has been stricken

from the docket because it was incorrectly filed in this case.