**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CHARLES LANGONE**
　　　　　**Plaintiff(s)**

V.

**DUROD, LIMITED**
　　　　　**Defendant(s)**

CIVIL ACTION

NO.  **04-10039-RCL**

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

　　　　After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ **Magistrate Judge Bowler** for the following ADR program:

**Please note trial set for 9/5/06.

　　_____ SCREENING CONFERENCE　　　　_____ EARLY NEUTRAL EVALUATION
　　__X___ MEDIATION　　　　　　　　　　　　_____ MINI-TRIAL
　　_____ SUMMARY JURY TRIAL　　　　　　　_____ SETTLEMENT CONFERENCE
　　_____ SPECIAL MASTER
　　_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

　　　　Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

　**6/29/06**　　　　　　　　　　　　　　　　　　　　**/s/   Reginald C. Lindsay**
　　DATE　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(ADR order of ref.wpd - 4/12/2000)　　　　　　　　　　　　　　　　　　　　　　　　[orefadr.]