UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>   CHARLES LANGONE   </u>
        **Plaintiff**

        **V.**                **CIVIL CASE NO. 04-10039-RCL**

<u>   DUROD, LIMITED   </u>
        **Defendant**

**<u>NOTICE AND ORDER</u>**

<u>   Bowler, U.S.M.J.   </u>

PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>  Mediation Hearing  </u> on <u>  July 19, 2006  </u> at <u>  10:00  </u> a.m. before Magistrate Judge <u>  Marianne B. Bowler  </u> in Courtroom # <u>  25  </u>.

All parties with binding authority are REQUIRED to attend, leave of Court is required for any exceptions. All CONFIDENTIAL mediation briefs are REQUIRED to be submitted to the court VIA FACSIMILE at (617) 204-5833 TWO BUSINESS DAYS PRIOR to the hearing.

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

<u>   7/7/2006   </u>                                By:   <u>  /s/ Marc K. Duffy, Esq.  </u>
    Date                                                           Deputy Clerk

(ADR NOTICE (Langone).wpd - 3/7/2005)