UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.  04cv10039 RCL |

ASSENTED TO MOTION TO RESCHEDULE THE MEDIATION HEARING

NOW COMES Plaintiff, Charles Langone, and hereby moves this Honorable Court to reschedule the Mediation Hearing currently scheduled for July 19, 2006 before Magistrate Judge Marianne B. Bowler, to July 18, 2006.  Plaintiff further requests that the Court schedule the mediation for the afternoon of July 18, 2006 as Defendant's counsel is not available in the morning due to a scheduled deposition.

AS GROUNDS therefore, Plaintiff states that Plaintiff's counsel has an arbitration hearing on July 19, 2006 that was scheduled many months ago.

WHEREFORE, Plaintiff, Charles Langone, requests an approval of the requested rescheduling of the Mediation Hearing to July 18, 2006 at 2:00 P.M.

2

| | |
|---|---|
| RESPECTFULLY SUBMITTED<br>By Plaintiff's Counsel | ASSENTED TO:<br>Durod, Ltd.<br>By its Counsel |
| /s/ Jonathan M. Conti<br>Jonathan M. Conti, Esq.<br>Feinberg, Campbell & Zack, PC<br>177 Milk Street<br>Boston, MA 02109<br>BBO#: 657163 | /s/ Robert Galvin<br>Robert W. Galvin, Esq.<br>Galvin & Galvin, SP<br>10 Enterprise Street, Suite 3<br>Duxbury MA 02332-3315<br>BBO#: 561397 |
| Dated: July 10, 2006 | Dated: July 10, 2006 |