UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.  04cv10039 RCL<br>)<br>)<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION TO RESCHEDULE THE MEDIATION HEARING

NOW COMES Plaintiff, Charles Langone, and hereby moves this Honorable Court to reschedule the Mediation Hearing currently scheduled for July 19, 2006 before Magistrate Judge Marianne B. Bowler, to one of the following dates: August 10th, 23rd, 24th or 25th, 2006.

AS GROUNDS therefore, Plaintiff states that Plaintiff's counsel has an arbitration hearing on July 19, 2006 that was scheduled many months ago and is unable to postpone the matter.

WHEREFORE, Plaintiff, Charles Langone, requests an approval of the requested rescheduling of the Mediation Hearing to either August 10th, 23rd, 24th or 25th, 2006.

| RESPECTFULLY SUBMITTED<br>By Plaintiff's Counsel | ASSENTED TO:<br>Durod, Ltd.<br>By its Counsel |
|---|---|
| /s/ Jonathan M. Conti<br>Jonathan M. Conti, Esq.<br>Feinberg, Campbell & Zack, PC<br>177 Milk Street<br>Boston, MA 02109<br>BBO#: 657163 | /s/ Robert Galvin<br>Robert W. Galvin, Esq.<br>Galvin & Galvin, SP<br>10 Enterprise Street, Suite 3<br>Duxbury MA 02332-3315<br>BBO#: 561397 |
| Dated: July 13, 2006 | Dated: July 13, 2006 |