UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>    Defendant. | C.A. No.  04cv10039 RCL |

**PLAINTIFF'S RULE 59(E) MOTION FOR RECONSIDERATION
OF THE COURT'S DECISION TO DENY PLAINTIFF'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

**NOW COMES** Plaintiff, Charles Langone, as Fund Manager for the New England Teamsters and Trucking Industry Pension Fund, and moves, pursuant to Federal Rule of Civil Procedure 59(e), for Reconsideration of the Court's Decision to Deny Plaintiff's Motion for Summary Judgment, on the basis of Plaintiff's having uncovered newly discovered evidence.

In support of his Motion, Plaintiff submits the attached Memorandum of Law.

Dated: July 28, 2006                              Respectfully submitted,

                                                  For the Plaintiff,
CHARLES LANGONE, as
FUND MANAGER of the
NEW ENGLAND TEAMSTERS &
TRUCKING INDUSTRY PENSION FUND,
By his Attorneys,

/S/ Jonathan M. Conti
Catherine M. Campbell, BBO #549397
Jonathan M. Conti, BBO #657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Boston, MA 02109
(617) 338-1976

## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

                                                  /S/ Jonathan M. Conti
                                                  Jonathan M. Conti

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Robert W. Galvin, Esq., Galvin & Galvin, SP, 10 Enterprise Street, Suite 3, Duxbury, MA 02332-3315.

Dated: July 28, 2006                              /S/ Jonathan M. Conti
                                                                         Jonathan M. Conti