## NEW EMPLOYERS APPROVED AT THE MARCH 1998 MEETING

| EMPLOYER | LOCAL/CODE | PARTICIPATION DATE | CONTRIBUTION RATES | APPROX. NO. OF EMPLOYEES | PAYMENT STATUS |
|---|---|---|---|---|---|
| New Penn Motor Exp.<br>625 South 5th Ave.<br>Lebanon, PA 17042 | 25-1233 | 6/1/97 | 6/1/97 - 3.46<br>Exp. 3/31/98 | 4 | 6/97 - 1/98 |
| Office Environments<br>280 Summer St.<br>Boston, MA 02210 | 82-102 | 8/1/94 | 8/1/94 - 1.24<br>12/1/94 - 1.41<br>12/1/96 - 1.66 | 25 | 8/94 - 1/98 |
| Only Standard Participation Agreement and Restated Trust Agreement received. | | | | | |
| S.B. Thomas, Inc.<br>10 Hamilton Ave.<br>Greenwich, CT 06830 | 145-76 | 4/6/97 | 4/6/97 - 1.04 | 35 | 4/97 - 1/98 |
| Employees transferred from Local 802 | | | | | |
| Entenmann's Bakery/CPC<br>1724 Fifth Ave.<br>Bayshore, NY 11706 | 145-77 | 10/1/97 | 10/1/97 - .71<br>Exp. 4/6/02 | 11 | 10/97 - 1/98 |
| Bridgeport Plastics Recycl.<br>480 Lordship Blvd.<br>Stratford, CT 06497 | 191-532 | 2/24/97 | 2/24/97 - .71<br>2/24/98 - .82<br>2/24/99 - .92 | 9 | 2/97 - 1/98 |
| Horizontal Drilling<br>P.O. Box 42283<br>Houston, TX 77242 | 251-994 | 9/1/97 | 9/1/97 - 3.46<br>NAT'L AGRMT. | 2 | 9/97 - 12/97 |
| Kote All Co., Inc.<br>185 Hunt St.<br>Central Falls, RI 02863 | 251-995 | 10/1/97 | 10/1/97 - 3.46<br>4/1/98 - 3.76 | 1 | 10/97 - 1/98 |
| Vehicle Svs. Group<br>100 Tidal Drive<br>No. Kingston, RI 02852 | 251-997 | 11/1/97 | 11/1/97 - 2.76<br>11/1/98 - 2.91<br>11/1/99 - 3.06 | 1 | 11/97 - 12/97 |
| Marlboro Crane<br>P.O. Box 610 068<br>Newton, MA 02160 | 379-477 | 8/1/97 | 8/1/97 - 3.16<br>12/1/97 - 3.46<br>12/1/98 - Mass. Constr. | 2 | 8/97 - 1/98 |

| EMPLOYER | LOCAL/CODE | PARTICIPATION DATE | CONTRIBUTION RATES | APPROX. NO. OF EMPLOYEES | PAYMENT STATUS |
|---|---|---|---|---|---|
| Hilee, Inc.<br>100 Tremont St.<br>Everett, MA 02149 | 379-478 | 5/1/97 | 5/1/97 - 3.16<br>12/1/97 - 3.46<br>12/1/98 - Frt. | 3 | 5/97 - 12/97 |
| Resource Waste Sys.<br>198 Providence Hwy.<br>Hyde Park, MA 02136 | 379-482 | 7/1/97 | 7/1/97 - 3.06<br>7/1/98 - 3.12<br>7/1/99 - 3.41<br>7/1/00 - 3.56<br>7/1/01 - 3.76 | 6 | 7/97 - 12/97 |
| Twin Trucking<br>Audrey Rd.<br>Belmont, MA 02178 | 379-484 | 7/1/97 | 7/1/97 - 3.16<br>12/1/97 - 3.46<br>12/1/98 - Mass. Constr. | 2 | 7/97 - 1/98 |
| Harrington Bros., Corp.<br>1043 Turnpike St.<br>Stoughton, MA 02027 | 379-485 | 5/1/97 | 5/1/97 - 3.16<br>11/1/97 - 3.46<br>11/1/98 - 3.61<br>11/1/99 - 3.76<br>11/1/00 - 3.91<br>11/1/01 - 4.06 | 4 | 5/97 - 1/98 |
| Durod Ltd.<br>130 Clay Pit Rd.<br>Marshfield, MA 02050 | 379-488 | 7/1/97 | 7/1/97 - 3.16<br>12/1/97 - 3.46<br>12/1/98 - Mass. Constr. | 15 | 7/97 - 1/98 |
| McCourt Construction<br>365 Dorchester Ave.<br>So. Boston, MA 02127 | 379-490 | 10/1/97 | 10/1/97 - 3.16<br>12/1/97 - 3.46<br>12/1/98 - Mass. Constr. | 5 | 10/97 - 12/97 |
| Terra Drilling<br>582 Main St<br>Hudson, MA 01749 | 379-493 | 10/1/97 | 10/1/97 - 3.46<br>12/1/98 - 3.61 | 1 | 10/97 - 12/97 |
| Williams Power Corp.<br>2076 W. Park Place<br>Stone Mt., GA 30087 | 597-60 | 1/1/98 | 1/1/98 - 3.61<br>1/1/99 - 3.76 | 1 | 1/98 - 1/98 |

3 4