March 23, 1998

**NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND**



535 Boylston Street
Boston, Massachusetts 02116-3770
Tel. 617-266-8900
Fax 617-247-8188

Toll Free Telephone Nos.
Mass. Only  800-322-1216
Out of State 800-447-7709

*"Advice about claims, benefits, eligibility or status of participants is based on the present rules of the Fund which are subject to change without notice."*

Durod Ltd.
130 Clay Pit Road
Marshfield, MA  02050

Gentlemen:          Re: Local/Code:   379-488

In accordance with the Rules adopted by the Board of Trustees, we are pleased to advise that your Company has been accepted as a Contributing Employer in this Fund. This acceptance refers specifically to the classifications of employment covered by your Collective Bargaining Agreement for which contributions are to be made under the account number shown above.

Your participation date and start of your contribution period is July 1, 1997. The accumulation of pension credit by your Covered Employees for their periods of employment both before and during the contribution period (past service credit and contributory credit) will be subject to the applicable rules of the Fund. Only those Covered Employees who are on your payroll as of the participation date will be eligible for past service credit.

If your Covered Employees have employment prior to the contribution period, the monthly accrual value for each year of past service credit is $29.40. Of course, this amount applies only to past service credit earned with your Company and does not affect nor change the value of any other credit earned by your employees at other places of employment.

Enclosed please find the following:

1. Internal Revenue Service favorable determination letter of February 16, 1996.

2. Information regarding delinquency procedures

3. Summary Plan Description

A copy of this approval letter is being sent to your covered employees with known addresses.

We will be pleased to assist you in any way possible in connection with your Company's participation in the Pension Fund.

Very truly yours,

Charles Langone
Fund Manager

CL/mm
cc:  Teamsters Local   379

Encs.