PAYMENTS FROM DUROD LTD & MODERN CONTINENTAL/DUROD FOR CENTRAL ARTERY/TUNNEL

| DEPOSIT DATE | LOCAL-CODE | CHECK AMOUNT | CHECK NO. | COMMENTS |
|---|---|---|---|---|
| 1997/12/10 | 379-0434 | 6,253.32 | 036392 | DUROD X MODERN CONTINENTAL |
| 1997/12/10 | 379-0434 | 8,487.59 | 035394 | DUROD X MODERN CONTINENTAL |
| 1997/12/10 | 379-0434 | 1,734.84 | 034837 | DUROD X MODERN CONTINENTAL |
| 1997/12/10 | 379-0434 | 3,315.15 | 9438 | DUROD LTD |
| 1997/12/10 | 379-0434 | 3,252.59 | 7422 | DUROD LTD |
| 1997/12/10 | 379-0434 | 9,184.55 | 7670 | DUROD LTD |
| 1997/12/10 | 379-0434 | 4,070.08 | 7308 | DUROD LTD |
| 1997/12/10 | 379-0434 | 2,902.62 | 7200 | DUROD LTD |
| 1997/12/10 | 379-0434 | 5,746.46 | 4968 | DUROD LTD |
| 1997/12/23 | 379-0434 | 2,040.41 | 7676 | DUROD LTD |
| 1997/12/23 | 379-0434 | 5,041.31 | 7812 | DUROD LTD |
| 1997/12/23 | 379-0434 | 2,521.03 | 7538 | DUROD LTD |
| 1998/01/28 | 379-0434 | 5,139.66 | 8148 | DUROD LTD |
| 1998/02/09 | 379-0434 | 3,879.87 | 8104 | DUROD LTD |
| 1998/03/09 | 379-0434 | 3,865.69 | 8514 | DUROD LTD |
| 1998/04/13 | 379-0434 | 3,174.03 | 8726 | DUROD LTD. |
| 1998/04/17 | 379-0434 | 3,031.13 | 09514 | DUROD LTD |
| 1998/05/11 | 379-0434 | 180.12 | 8987 | DUROD LTD |
| 1999/05/03 | 379-0434 | 41.52 | 09652 | DUROD LTD |
| 1999/05/21 | 379-0434 | 2,602.79 | 058899 | MODERN CON/DUROD LTD |
| 1999/05/21 | 379-0434 | 674.92 | 112113 | DUROD LTD |
| 1999/06/24 | 379-0434 | 1,018.96 | 112215 | DUROD LTD |
| 1999/06/24 | 379-0434 | 1,289.52 | 606663 | DUROD LTD/MODERN CONT |
| 1999/07/14 | 379-0434 | 1,045.28 | 606658 | DUROD LTD/MODERN CONT |
| 1999/07/14 | 379-0434 | 1,039.64 | 111470 | DUROD LTD |
| 1999/08/04 | 379-0434 | 3,769.40 | 111466 | DUROD LDT |
| 1999/08/04 | 379-0434 | 1,146.80 | 62333 | DUROD LDT MODERN CONT |
| 1999/10/01 | 379-0434 | 8,932.82 | 111905 | DUROD LTD |
| 1999/10/14 | 379-0434 | 752.00 | 0645422 | MODERN CON/DUROD LTD |
| 1999/10/14 | 379-0434 | 150.40 | 0652267 | MODERN CON/DUROD LTD |
| 1999/10/14 | 379-0434 | 300.08 | 0663365 | MODERN CON/DUROD LTD |
| 1999/11/03 | 379-0434 | 300.80 | 0674491 | MODERN CON/DUROD LTD |
| 1999/11/03 | 379-0434 | 6,345.00 | 12145 | DUROD LTD |
| 1999/11/24 | 379-0434 | 1,097.92 | 12227 | DUROD LTD |
| 1999/11/30 | 379-0434 | 5,153.08 | 12229 | DUROD LTD |
| 1999/12/03 | 379-0434 | 30.08 | 068665 | MODERN CON/DUROD LTD |
| 1999/12/03 | 379-0434 | 2,769.24 | 122287 | DUROD LTD |
| 1999/12/14 | 379-0434 | 2,096.20 | 122283 | DUROD LTD |
| 2000/01/06 | 379-0434 | 1,295.32 | 124456 | DUROD LTD |
| 2000/01/06 | 379-0434 | 5,320.40 | 126607 | DUROD LTD |
| 2000/01/20 | 379-0434 | 3,259.92 | 126610 | DUROD LTD/MODERN CONT |
| 2000/01/20 | 379-0434 | 30.08 | 696599 | DUROD LTD/MODERN CONT |
| 2000/02/18 | 379-0434 | 240.64 | 706659 | DUROD LTD |
| 2000/02/18 | 379-0434 | 1,777.10 | 128842 | DUROD LTD |
| 2000/03/02 | 379-0434 | 1,219.96 | 128843 | DUROD LTD |
| 2000/04/18 | 379-0434 | 2,635.34 | 12930 | DUROD LTD |
| 2000/05/12 | 379-0434 | 3,227.71 | 13240 | DUROD LTD |
| 2000/05/12 | 379-0434 | 2,237.50 | 13423 | DUROD LTD |
| 2000/05/12 | 379-0434 | 746.81 | 13425 | DUROD LTD |

1

PAYMENTS FROM DUROD LTD & MODERN CONTINENTAL/DUROD FOR CENTRAL ARTERY/TUNNEL

| DEPOSIT DATE | LOCAL-CODE | CHECK AMOUNT | CHECK NO. | COMMENTS |
|---|---|---|---|---|
| 2000/06/20 | 379-0434 | 7,404.96 | 13694 | DUROD LTD |
| 2000/06/20 | 379-0434 | 5,577.98 | 13743 | DUROD LTD |
| 2000/07/07 | 379-0434 | 8,195.85 | 13905 | DUROD LTD |
| 2000/07/11 | 379-0434 | 68.43 | 13965 | DUROD LTD |
| 2000/07/20 | 379-0434 | 33.45 | 14020 | DUROD LTD |
| 2000/08/18 | 379-0434 | 9,629.36 | 14296 | DUROD LTD |
| 2000/09/25 | 379-0434 | 9,138.65 | 14616 | DUROD LTD |
| 2000/10/11 | 379-0434 | 4,372.36 | 14702 | DUROD LTD |
| 2000/10/26 | 379-0434 | 1,665.66 | 14870 | DUROD LTD |
| 2000/11/01 | 379-0434 | 62.40 | 14921 | DUROD LTD |
| 2000/11/01 | 379-0434 | 452.40 | 14919 | DUROD LTD |
| 2000/11/01 | 379-0434 | 31.20 | 14917 | DUROD LTD |
| 2000/11/06 | 379-0434 | 62.56 | 14915 | DUROD LTD |
| 2000/11/09 | 379-0434 | 64.52 | 14930 | DUROD LTD |
| 2000/12/18 | 379-0434 | 3,597.00 | 14993 | DUROD LTD |
| 2000/12/29 | 379-0434 | 6,766.26 | 15310 | DUROD LTD |
| 2001/01/18 | 379-0434 | 7,603.00 | 15425 | DUROD LTD |
| 2001/02/28 | 379-0434 | 4,357.70 | 15652 | DUROD LTD |
| 2001/03/19 | 379-0434 | 7,047.14 | 15988 | DUROD LTD |
| 2001/05/08 | 379-0434 | 4,179.77 | 16116 | DUROD LTD |
| 2001/06/01 | 379-0434 | 3,718.96 | 16412 | DUROD LTD |
| 2001/06/19 | 379-0434 | 3,780.87 | 16610 | DUROD LTD |
| 2001/07/02 | 379-0434 | 3,587.01 | 16703 | DUROD LTD |
| 2001/07/31 | 379-0434 | 3,958.50 | 16815 | DUROD LTD |
| 2001/09/17 | 379-0434 | 1,688.96 | 16998 | DUROD LTD |
| 2001/10/05 | 379-0434 | 873.91 | 17273 | DUROD LTD |
| 2001/11/06 | 379-0434 | 1,766.11 | 17407 | DUROD LTD |
| 2002/01/02 | 379-0434 | 278.11 | 17413 | DUROD LTD |
| 2002/01/02 | 379-0434 | 361.34 | 17563 | DUROD LTD |
| 2002/01/02 | 379-0434 | 113.68 | 17854 | DUROD LTD |
| 2003/04/24 | 379-0434 | 196.91 | 17858 | DUROD LTD |
| 2003/04/24 | 379-0434 | 146.16 | 17855 | DUROD LTD |
| 2003/04/24 | 379-0434 | 1,395.00 | 1807 | DUROD LTD |
| 2003/04/24 | 379-0434 | 1,170.38 | 1808 | DUROD LTD |
| 2003/04/24 | 379-0434 | 42.10 | 1805 | DUROD LTD |
| 2003/04/24 | 379-0434 | 835.68 | 1799 | DUROD LTD |
| 2003/06/09 | 379-0434 | 517.83 | 1803 | DUROD LTD |
| 2003/07/02 | 379-0434 | 113.67 | 1804 | DUROD LTD |
| 2003/07/02 | 379-0434 | 1,720.02 | 2058 | DUROD LTD |
| 2003/07/02 | 379-0434 | 233.26 | 2219 | DUROD LTD |
| 2003/07/02 | 379-0434 | 174.40 | 2230 | DUROD LTD |
| 2003/07/02 | 379-0434 | 1,706.94 | 2226 | DUROD LTD |
| 2003/07/02 | 379-0434 | 736.84 | 2222 | DUROD LTD |
| 2003/07/02 | 379-0434 | 187.48 | 2223 | DUROD LTD |
| 2003/07/02 | 379-0434 | 104.64 | 2237 | DUROD LTD |
| 2003/07/18 | 379-0434 | 1,589.22 | 2331 | DUROD LTD |
| 2003/07/18 | 379-0434 | 1,918.40 | 2333 | DUROD LTD |
| 2003/07/31 | 379-0434 | 141.70 | 2365 | DUROD LTD |
| 2003/08/04 | 379-0434 | 139.52 | 2408 | DUROD LTD |

PAYMENTS FROM DUROD LTD & MODERN CONTINENTAL/DUROD FOR CENTRAL ARTERY/TUNNEL

| DEPOSIT DATE | LOCAL-CODE | CHECK AMOUNT | CHECK NO. | COMMENTS |
|---|---|---|---|---|
| 2003/08/04 | 379-0434 | 215.82 | 2410 | DUROD LTD |
| 2003/08/04 | 379-0434 | 630.02 | 2413 | DUROD LTD |
| 2003/08/14 | 379-0434 | 1,097.63 | 2411 | DUROD LTD |
| 2003/08/14 | 379-0434 | 320.46 | 2464 | DUROD LTD |
| 2003/08/14 | 379-0434 | 712.86 | 2466 | DUROD LTD |
| 2003/09/05 | 379-0434 | 889.44 | 2581 | DUROD LTD |
| 2003/09/18 | 379-0434 | 1,667.70 | 2637 | DUROD LTD |
| 2003/09/18 | 379-0434 | 209.28 | 2635 | DUROD LTD |
| 2003/09/18 | 379-0434 | 895.98 | 2659 | DUROD LTD |
| 2003/09/18 | 379-0434 | 224.54 | 2655 | DUROD LTD |
| 2003/09/18 | 379-0434 | 677.98 | 2639 | DUROD LTD |
| 2003/10/24 | 379-0434 | 1,911.86 | 2657 | DUROD LTD |
| 2003/10/24 | 379-0434 | 119.90 | 2846 | DUROD LTD |
| 2003/10/24 | 379-0434 | 69.76 | 2838 | DUROD LTD |
| 2003/10/24 | 379-0434 | 176.58 | 2841 | DUROD LTD |
| 2003/10/24 | 379-0434 | 1,037.68 | 2842 | DUROD LTD |
| 2003/10/24 | 379-0434 | 368.42 | 2848 | DUROD LTD |
| 2004/01/15 | 379-0434 | 715.04 | 3066 | DUROD LTD |
| 2004/01/15 | 379-0434 | 1,002.80 | 3089 | DUROD LTD |
| 2004/01/15 | 379-0434 | 1,279.04 | 3100 | DUROD LTD |
| 2004/01/15 | 379-0434 | 597.32 | 3102 | DUROD LTD |
| 2004/01/15 | 379-0434 | 34.88 | 3094 | DUROD LTD |
| 2004/01/15 | 379-0434 | 174.40 | 3098 | DUROD LTD |
| 2004/01/15 | 379-0434 | 701.96 | 3092 | DUROD LTD |
| 2004/02/20 | 379-0434 | 209.28 | 3090 | DUROD LTD |
| 2004/02/20 | 379-0434 | 13.08 | 3300 | DUROD LTD |
| 2004/02/20 | 379-0434 | 592.96 | 3301 | DUROD LTD |
| 2004/02/20 | 379-0434 | 392.40 | 3302 | DUROD LTD |
| 2004/02/20 | 379-0434 | 139.52 | 3303 | DUROD LTD |
| 2004/02/20 | 379-0434 | 392.48 | 3304 | DUROD LTD |
| 2004/07/06 | 379-0434 | 3,580.27 | 3713 | DUROD LTD |
| 2004/07/06 | 379-0434 | 860.78 | 3716 | DUROD LTD |
| 2004/08/10 | 379-0434 | 5,945.18 | 3841 | DUROD LTD |
| 2004/08/13 | 379-0434 | 2,009.24 | 72993 | DUROD LTD/MODERN CONTINENTAL |
| 2004/08/13 | 379-0434 | 3,886.89 | 72994 | DUROD LTD/MODERN CONTINENTAL |
| 2004/09/17 | 379-0434 | 1,420.51 | 74868 | MOD CON/DUROD LTD |
| 2004/10/25 | 379-0434 | 178.40 | 078948 | MODERN CONT/DUROD |

FINAL TOTALS          282,958.26
TOTAL
COUNT    135

*** END OF REPORT ***

3

## PAYMENTS FROM DUROD LTD

| DEPOSIT DATE | LOCAL-CODE | CHECK AMOUNT | CHECK NO. | COMMENTS |
|---|---|---|---|---|
| 1997/11/18 | 379-0488 | 1,568.31 | 7310 | |
| 1997/11/18 | 379-0488 | 5,583.72 | 58 | |
| 1997/12/12 | 379-0488 | 2,133.00 | 7803 | |
| 1998/01/05 | 379-0488 | 4,076.05 | 8164 | |
| 1998/02/09 | 379-0488 | 4,940.02 | 8509 | |
| 1998/03/09 | 379-0488 | 4,000.63 | 8724 | |
| 1998/04/13 | 379-0488 | 3,203.96 | 09515 | |
| 1998/05/05 | 379-0488 | 2,370.10 | 09646 | |
| 1998/06/10 | 379-0488 | 1,904.73 | 09808 | |
| 1998/08/28 | 379-0488 | 29.41 | 10093 | |
| 1998/10/09 | 379-0488 | 83.04 | 10257 | |
| 1998/11/19 | 379-0488 | 249.12 | 104 62 | |
| 1999/10/22 | 379-0488 | 1,885.64 | 120 59 | |
| 1999/10/22 | 379-0488 | 2,041.68 | 12060 | |
| 2000/01/03 | 379-0488 | 1,460.76 | 12058 | |
| 2000/01/03 | 379-0488 | 438.04 | 12589 | |
| 2000/02/24 | 379-0488 | 1,391.96 | 12666 | |
| 2000/03/27 | 379-0488 | 2,529.77 | 12886 | |
| 2000/04/04 | 379-0488 | 3,152.44 | 13079 | |
| 2000/06/06 | 379-0488 | 5,153.38 | 13238 | |
| 2000/07/21 | 379-0488 | 5,882.58 | 13484 | |
| 2000/08/01 | 379-0488 | 6,752.57 | 14045 | |
| 2000/09/25 | 379-0488 | 5,369.02 | 14285 | |
| 2000/10/16 | 379-0488 | 5,519.95 | 14618 | |
| 2000/11/13 | 379-0488 | 7,173.87 | 14755 | |
| 2000/12/09 | 379-0488 | 5,235.49 | 15006 | |
| 2001/02/14 | 379-0488 | 5,304.85 | 15256 | |
| 2001/02/15 | 379-0488 | 5,620.41 | 15732 | |
| 2001/03/15 | 379-0488 | 8,034.74 | 15887 | |
| 2001/04/10 | 379-0488 | 7,258.46 | 16089 | |
| 2001/04/11 | 379-0488 | 4,977.56 | 16276 | |
| 2001/05/15 | 379-0488 | 2,388.29 | 16460 | |
| 2001/06/15 | 379-0488 | 1,797.56 | 16696 | |
| 2001/07/17 | 379-0488 | 345.10 | 16852 | |
| 2001/07/30 | 379-0488 | 1,201.76 | 16970 | |
| 2001/08/23 | 379-0488 | 2,679.60 | 17142 | |
| 2001/09/24 | 379-0488 | 1,678.81 | 17320 | |
| 2001/10/29 | 379-0488 | 3,498.71 | 17516 | |
| 2001/12/10 | 379-0488 | 2,927.26 | 17735 | |
| 2002/01/04 | 379-0488 | 97.44 | 17889 | |
| 2002/01/04 | 379-0488 | 2,440.00 | 17887 | |
| 2002/01/25 | 379-0488 | 2,292.32 | 17891 | |
| 2002/02/22 | 379-0488 | 306.53 | 17986 | |
| 2002/02/05 | 379-0488 | 221.83 | 18075 | |
| 2002/06/19 | 379-0488 | 943.04 | 18478 | |
| 2002/08/01 | 379-0488 | 1,665.05 | 18546 | |
| 2002/09/17 | 379-0488 | 1,913.44 | 18701 | |
| 2002/11/12 | 379-0488 | 1,614.53 | 18934 | |
|  |  | 347.32 | 1119 | |

1

## PAYMENTS FROM DUROD LTD

| DEPOSIT DATE | LOCAL-CODE | CHECK AMOUNT | CHECK NO. | COMMENTS |
|---|---|---|---|---|
| 2002/11/12 | 379-0488 | 21.05 | 1118 | |
| 2002/11/26 | 379-0488 | 193.66 | 1203 | |
| 2002/12/20 | 379-0488 | 71.57 | 1319 | |
| 2002/12/20 | 379-0488 | 545.19 | 1318 | |
| 2002/12/26 | 379-0488 | 25.26 | 1317 | |
| 2002/12/26 | 379-0488 | 608.34 | 1275 | |
| 2002/12/26 | 379-0488 | 33.68 | 1259 | |
| 2002/12/26 | 379-0488 | 33.68 | 1281 | |
| 2002/12/26 | 379-0488 | 311.54 | 1274 | |
| 2002/12/26 | 379-0488 | 1,315.62 | 1261 | |
| 2003/04/24 | 379-0488 | 610.45 | 1262 | |
| 2003/04/24 | 379-0488 | 915.60 | 1810 | |
| 2003/04/24 | 379-0488 | 67.36 | 1809 | |
| 2003/04/24 | 379-0488 | 726.22 | 1802 | |
| 2003/04/24 | 379-0488 | 1,609.93 | 1816 | |
| 2003/04/24 | 379-0488 | 1,940.20 | 1813 | |
| 2003/04/24 | 379-0488 | 1,437.71 | 1806 | |
| 2003/04/24 | 379-0488 | 875.68 | 1800 | |
| 2003/04/24 | 379-0488 | 1,075.65 | 1812 | |
| 2003/04/24 | 379-0488 | 2,071.32 | 1811 | |
| 2003/05/23 | 379-0488 | 632.55 | 1801 | |
| 2003/06/23 | 379-0488 | 2,852.09 | 1994 | |
| 2003/06/23 | 379-0488 | 33.68 | 2129 | |
| 2003/06/23 | 379-0488 | 39.99 | 2131 | |
| 2003/07/02 | 379-0488 | 141.03 | 2127 | |
| 2003/07/02 | 379-0488 | 148.24 | 2133 | |
| 2003/07/02 | 379-0488 | 959.20 | 2234 | |
| 2003/07/23 | 379-0488 | 3,409.52 | 2227 | |
| 2003/07/23 | 379-0488 | 340.08 | 2233 | |
| 2003/08/14 | 379-0488 | 1,277.48 | 5598 | |
| 2003/08/15 | 379-0488 | 4,453.74 | 2477 | |
| 2003/10/24 | 379-0488 | 350.98 | 2486 | |
| 2003/10/24 | 379-0488 | 2,685.76 | 2830 | |
| 2003/10/24 | 379-0488 | 1,184.83 | 2831 | |
| 2004/01/15 | 379-0488 | 3,411.70 | 2833 | |
| 2004/01/15 | 379-0488 | 104.64 | 3085 | |
| 2004/01/15 | 379-0488 | 2,794.76 | 3085 | |
| 2004/01/15 | 379-0488 | 2,943.00 | 3204 | |
| 2004/01/15 | 379-0488 | 2,888.50 | 3202 | |
| 2004/04/01 | 379-0488 | 547.18 | 3203 | |
| 2004/04/01 | 379-0488 | 2,535.06 | 3409 | |
| 2004/07/13 | 379-0488 | 1,378.14 | 3407 | |
| 2004/07/13 | 379-0488 | 5,418.09 | 4308 | |
| 2005/07/13 | 379-0488 | 749.28 | 4307 | |
| 2005/10/03 | 379-0488 | 2,203.24 | 4405 | |
| 2005/12/07 | 379-0488 | 98.80 | 3473 | |
| 2005/12/07 | 379-0488 | 4,706.60 | 4493 | |
| 2005/12/15 | 379-0488 | 277.27 | 3542 | |
| 2005/12/19 | 379-0488 | 2,050.40 | 4508 | |

2

```
                              PAYMENTS FROM DUROD LTD
DEPOSIT DATE   LOCAL-CODE    CHECK AMOUNT    CHECK NO.    COMMENTS

2005/12/19     379-0488         2,973.08       4509
2006/03/15     379-0488         3,539.16       4563
2006/03/24     379-0488         1,428.84       4611
2006/03/30     379-0488         1,632.96       4625

        FINAL TOTALS
        TOTAL
        COUNT       102       219,363.43

* * *  E N D  O F  R E P O R T  * * *
```

3