**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Charles Langone
           Plaintiff(s)

V.

Durod, Limited
           Defendant(s)

CIVIL ACTION
NO. 04-10039-RCL

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Lindsay

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On 8/10/2006 I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| ___X___ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____].
The parties were present in person, or by an authorized officer. [except _____].
The case was:

[ ]  Settled. Your clerk should enter a ___ day order of dismissal.

[X]  There was progress. A further conference has been scheduled for 10/24/06 unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

    8/10/2006
       DATE

    Marianne B. Bowler, USMJ
       ADR Provider

(ADR Report (Durod).wpd - 4/12/2000)      [adrrpt.]