UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS  RS OFFICE

2006 AUG 15  P 2: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, ) ) ) ) Plaintiff, ) ) v. ) ) DUROD, LIMITED ) ) Defendant. ) | C.A. No. 04cv10039 RCL |

## JOINT MOTION TO STAY ACTION ON PLAINTIFF'S MOTION FOR RECONSIDERATION

NOW COME Plaintiff, Charles Langone, and Defendant, Durod, Ltd., and hereby request that this Court stay consideration of Plaintiff's Motion for Reconsideration pending the conclusion of the court-ordered mediation which the parties commenced with Magistrate Judge Marianne Bowler, on August 10, 2006, and which has been continued by the Court pending the results of a court-fashioned audit to October 24, 2006.    In the event that the matter is not settled, the parties and court will establish a Defendant's response date on October 24, 2006.

46

SCANNED
DATE:
BY:

Dated: August 14, 2006

RESPECTFULLY SUBMITTED
By Plaintiff's Counsel

*Jonathan M. Conti (awa)*

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, MA 02109
BBO#: 657163

Durod, Ltd.
By its Counsel

Robert W. Galvin, Esq.
Galvin & Galvin, SP
10 Enterprise Street, Suite 3
Duxbury MA 02332-3315
BBO#: 561397