UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | C.A. No.  04cv10039 RCL |

ASSENTED TO MOTION TO RESCHEDULE THE MEDIATION HEARING

NOW COMES Plaintiff, Charles Langone, and hereby moves this Honorable Court to reschedule the Second Mediation Hearing currently scheduled for October 24, 2006 before Magistrate Judge Marianne B. Bowler, to either December 5th, 6th, 7th, 8th, 12th or 13th, 2006.

AS GROUNDS therefore, Plaintiff states:

1) Defendant notified Plaintiff that the documents for the audit were available beginning on October 6, 2006;

2) That the Plaintiff's auditor is unable to complete the audit of the documents supplied by Defendant until the end of November 2006; and

3) Defendant assents to Plaintiff's request to postpone the Mediation until December 5th, 6th, 7th, 8th, 12th or 13th, 2006.

.

WHEREFORE, Plaintiff, Charles Langone, requests an approval of the requested rescheduling of the Mediation Hearing to either December 5th, 6th, 7th, 8th, 12th or 13th, 2006.

| RESPECTFULLY SUBMITTED<br>By Plaintiff's Counsel | ASSENTED TO:<br>Durod, Ltd.<br>By its Counsel |
|---|---|
| /s/ Jonathan M. Conti<br>Jonathan M. Conti, Esq.<br>Feinberg, Campbell & Zack, PC<br>177 Milk Street<br>Boston, MA 02109<br>BBO#: 657163 | /s/ Robert Galvin<br>Robert W. Galvin, Esq.<br>Galvin & Galvin, SP<br>10 Enterprise Street, Suite 3<br>Duxbury MA 02332-3315<br>BBO#: 561397 |
| Dated: October 18, 2006 | Dated: October 18, 2006 |