UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>　　　　Defendant. | C.A. No. 04cv10039 RCL |

JOINT MOTION TO RESCHEDULE THE STATUS/MEDIATION HEARING

NOW COME Plaintiff, Charles Langone, and Defendant, Durod, Ltd., and hereby move this Honorable Court to reschedule the Status/Mediation Hearing currently scheduled for December 9, 2006 before Magistrate Judge Marianne B. Bowler, to February 9, 2007 at a convenient time to the Court.

AS GROUNDS therefore, Plaintiff and Defendant state as follows:

1.   That the agreed upon audit commenced in a timely fashion in November 2006 with the Defendant producing all pension reports, certified payrolls, independent contractor invoices, wage and hour statements for union personnel.

2. At the conclusion of the preliminary audit it was jointly believed that additional information in the possession of MassHighway and/or Modern Continental was necessary to complete the audit and the parties jointly believe that this information is required in order to accurately complete the audit.

3. Defendant's counsel has offered to subpoena these documents however this information could not have been obtained prior to the date of the Status/Mediation conference on December 6, 2006.

4. The parties jointly believe that the date of February 9, 2007 will enable the Defendant to receive the information and provide it to the Plaintiff for the completion of the audit, the key to the resolution of the dispute between the parties.

5. The rescheduling of this status/mediation date is in the interest of judicial economy.

WHEREFORE, Plaintiff, Charles Langone, and Defendant, Durod, request an approval of the requested rescheduling to February 9, 2007.

Dated: July 7, 2006

| | |
|---|---|
| RESPECTFULLY SUBMITTED | ASSENTED TO: |
| By Plaintiff's Counsel | Durod, Ltd. |
| | By its Counsel |

/s/ Jonathan M. Conti　　　　　　　/s/ Robert Galvin　　　　　
Jonathan M. Conti, Esq.　　　　　　Robert W. Galvin, Esq.
Feinberg, Campbell & Zack, PC　　 Galvin & Galvin, SP
177 Milk Street　　　　　　　　　　10 Enterprise Street, Suite 3
Boston, MA 02109　　　　　　　　　 Duxbury MA 02332-3315
BBO#: 657163　　　　　　　　　　　 BBO#: 561397