UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | C.A. No. 04cv10039 RCL |

**ORDER OF APPROVAL OF**
**ATTACHMENT ON TRUSTEE PROCESS**

This case came on to be heard upon a Motion for an Order of Approval of Attachment on Trustee Process and upon consideration thereof, and of a potential Judgment in an amount being over and above any insurance known or reasonably believed to be available,

WHEREUPON, the Court hereby approves attachment of Trustee Process in the amount of $25,000.00, subject to all applicable exemptions and limitations provided by law.

_____
U.S. District Court Judge

_____
Date