UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>       Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>       Defendant. | C.A. No. 04cv10039 RCL |

AFFIDAVIT OF JONATHAN M. CONTI, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR TRUSTEE PROCESS

I, Jonathan M. Conti, Esq., under oath and based on my personal knowledge, hereby depose and state the following:

1. My name is Jonathan M. Conti and I am one of the attorneys for the Plaintiff, New England Teamsters & Trucking Industry Pension Fund (hereinafter "Plaintiff" or "Fund").

2. On January 8, 2005, Plaintiff brought this action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*, to collect delinquent contributions, compel a payroll audit of Defendant Durod, Limited, and to collect interest, late fees, and underpayments on past due contributions owed to the Fund.

3. The Fund has already currently incurred $30,864.79 in attorney's fees and costs in litigating this matter. An itemized copy of Plaintiff's attorney fees and costs is attached hereto as Exhibit A.

2

4. Upon information and belief, Modern Continental owes a debt to Defendant Durod in the amount of $25,000.00 and is holding sufficient funds to pay that debt, and, upon information and belief, said payment is expected to be made to Durod within the next several weeks.

5. The undersigned certifies that I know of no liability insurance available to satisfy the Judgment.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF JANUARY, 2007.

/S/ Jonathan M. Conti
Jonathan M. Conti