Detail Transaction File List                        Page: 1
Feinberg, Campbell & Zack, P.C.
**New England Teamsters & Trucking Industry Pension Fund**
Durod, Limited

| Trans Date | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|
| **Fees** | | | | |
| 09/10/2003 | 235.00 | 1.50 | 352.50 | Telephone conference with Fund office; Memo to file |
| 12/09/2003 | 235.00 | 2.25 | 528.75 | Preparation of Complaint; Research Secretary of State information |
| 12/16/2003 | 125.00 | 0.50 | 62.50 | Re-draft Complaint, Civil Action Cover, Summons and Category Sheets |
| 01/05/2004 | 125.00 | 0.25 | 31.25 | Amended Complaint to add count for delinquent contributions |
| 01/05/2004 | 235.00 | 2.50 | 587.50 | Preparation of Complaint |
| 01/30/2004 | 235.00 | 0.75 | 176.25 | Telephone conference with Durod's attorney; Review of contract documents; Filing of Extension to Answer Complaint |
| 02/02/2004 | 235.00 | 2.75 | 646.25 | Telephone conference with Fund office; Email to C. Langone; Review of documents; Memo to file |
| 02/10/2004 | 235.00 | 0.50 | 117.50 | Telephone conference with attorney; Memo to file |
| 03/08/2004 | 235.00 | 0.50 | 117.50 | Telephone conference with employer; Memo to file; File Extension to Answer |
| 03/31/2004 | 125.00 | 0.75 | 93.75 | Draft scheduling conference documents |
| 04/01/2004 | 235.00 | 1.75 | 411.25 | Preparation of scheduling conference documents; Telephone conference with Fund office |
| 04/02/2004 | 235.00 | 2.75 | 646.25 | Preparation of scheduling conference documents |
| 04/07/2004 | 235.00 | 0.75 | 176.25 | Edit of scheduling documents |
| 04/19/2004 | 235.00 | 0.75 | 176.25 | Telephone conference with attorney; Review documents for settlement conference |
| 04/29/2004 | 235.00 | 3.50 | 822.50 | Preparation for settlement conference; Memo to file; Telephone conferences with attorney and with Court; Preparation of Settlement Order of Dismissal |
| 05/14/2004 | 235.00 | 2.00 | 470.00 | Preparation of the Settlement Agreement; Review Fund update; Letter to attorney |
| 06/16/2004 | 235.00 | 1.25 | 293.75 | Letter to auditor with Fund information |
| 06/28/2004 | 235.00 | 0.50 | 117.50 | Review email from auditor |

Page 2

| Trans Date | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|
| 07/06/2004 | 235.00 | 0.25 | 58.75 | Review request from auditor; Email to Fund office |
| 07/12/2004 | 235.00 | 0.50 | 117.50 | Letter to court regarding Re-opening of case |
| 08/20/2004 | 235.00 | 0.50 | 117.50 | Respond to Request for Documents from auditor |
| 09/02/2004 | 235.00 | 0.50 | 117.50 | Follow up with Court regarding Complaint; Telephone conference with auditor |
| 10/06/2004 | 235.00 | 1.25 | 293.75 | Preparation of Joint Scheduling Conference Memo; Letter to attorney |
| 10/12/2004 | 235.00 | 0.70 | 164.50 | Preparation and filing of 16.1 certificate; Preparation of Scheduling Conference documents |
| 10/18/2004 | 235.00 | 0.50 | 117.50 | Preparation of disclosure statement |
| 10/22/2004 | 235.00 | 1.50 | 352.50 | Preparation of Scheduling Conference documents |
| 10/25/2004 | 235.00 | 0.50 | 117.50 | Preparation of settlement offer |
| 11/04/2004 | 235.00 | 0.50 | 117.50 | Letter to Counsel; Edit of Joint Conference Statement |
| 11/05/2004 | 235.00 | 1.25 | 293.75 | Telephone conference with attorney; Final edit of Scheduling Conference Memorandum |
| 11/09/2004 | 210.00 | 1.50 | 315.00 | Review file; Preparation of notes for scheduling conference; Conference with Atty Campbell |
| 11/10/2004 | 210.00 | 1.00 | 210.00 | Attend scheduling conference |
| 01/10/2005 | 210.00 | 1.00 | 210.00 | Review file; Letter to Durod's attorney requesting documents |
| 05/03/2005 | 210.00 | 1.00 | 210.00 | Review file in preparation for Summary Judgment brief |
| 05/04/2005 | 210.00 | 0.50 | 105.00 | Preparation of Summary Judgment |
| 05/05/2005 | 210.00 | 1.00 | 210.00 | Preparation of Summary Judgment |
| 05/09/2005 | 210.00 | 1.00 | 210.00 | Preparation of Summary Judgment |
| 05/10/2005 | 210.00 | 1.50 | 315.00 | Edit Summary Judgment document |
| 05/11/2005 | 210.00 | 3.00 | 630.00 | Telephone conference with John Mahoney at Local 379; Conference with Atty Campbell; Preparation of Summary Judgment brief and Statement of Facts |
| 05/12/2005 | 210.00 | 3.00 | 630.00 | Final draft of Summary Judgment brief and Statement of Facts |
| 05/13/2005 | 210.00 | 6.00 | 1260.00 | Edit Summary Judgment brief and documents; Preparation of exhibits |
| 05/17/2005 | 210.00 | 4.00 | 840.00 | Edit Summary Judgment documents; Conference with Atty Campbell |
| 05/26/2005 | 210.00 | 0.50 | 105.00 | Telephone conference with Durod's attorney; Conference with Atty Campbell |
| 06/01/2005 | 210.00 | 0.50 | 105.00 | Edit Summary Judgment documents |
| 06/10/2005 | 210.00 | 0.50 | 105.00 | Final edit and filing of Summary Judgment |

| Trans Date | Rate | Hours to Bill | Amount | Description |
| --- | --- | --- | --- | --- |
| 06/30/2005 | 210.00 | 0.30 | 63.00 | Telephone conference with Durod's attorney |
| 07/01/2005 | 210.00 | 0.25 | 52.50 | Telephone conference with Durod's attorney |
| 07/13/2005 | 210.00 | 0.50 | 105.00 | Telephone conference with Durod's attorney regarding documents and audit |
| 07/14/2005 | 210.00 | 0.50 | 105.00 | Telephone conference with Durod's attorney; Conference with Atty Campbell |
| 07/14/2005 | 235.00 | 1.25 | 293.75 | Review and edit Settlement Agreement; |
| 07/15/2005 | 210.00 | 0.50 | 105.00 | Letter to Durod's attorney regarding remittance reports |
| 07/20/2005 | 210.00 | 1.00 | 210.00 | Draft Settlement Agreement |
| 07/27/2005 | 210.00 | 0.50 | 105.00 | Telephone conference with Atty Galvin regarding settlement discussions |
| 08/11/2005 | 210.00 | 0.25 | 52.50 | Telephone conference with Durod's attorney |
| 08/15/2005 | 210.00 | 1.00 | 210.00 | Review Durod's Opposition to Motion for Summary Judgment |
| 08/17/2005 | 210.00 | 1.00 | 210.00 | Review Opposition to Summary Judgment; Telephone conference with Bob Galvin; Memo to Attorney Campbell |
| 08/19/2005 | 210.00 | 2.00 | 420.00 | Research for Summary Judgment Reply Motion to Extend Time for Filing |
| 08/22/2005 | 210.00 | 2.00 | 420.00 | Research for Summary Judgment Reply |
| 08/26/2005 | 210.00 | 1.50 | 315.00 | Research; Draft Summary Judgment Reply brief |
| 08/29/2005 | 210.00 | 3.00 | 630.00 | Draft of Reply brief and C. Langone's and Atty Conti's Affidavits |
| 08/30/2005 | 210.00 | 1.50 | 315.00 | Edit Summary Judgment brief |
| 08/31/2005 | 235.00 | 0.50 | 117.50 | Telephone conference with M. Cunningham; Conference with Atty Conti |
| 08/31/2005 | 210.00 | 0.25 | 52.50 | Telephone conference with Fund office regarding remittance reports |
| 09/14/2005 | 210.00 | 0.50 | 105.00 | Preparation of Motion for Leave to File Reply brief |
| 09/19/2005 | 210.00 | 1.00 | 210.00 | Edit Summary Judgment Reply brief and documents |
| 09/20/2005 | 210.00 | 1.00 | 210.00 | Edit Summary Judgment |
| 09/21/2005 | 210.00 | 0.50 | 105.00 | Edit Summary Judgment documents |
| 09/21/2005 | 235.00 | 0.50 | 117.50 | Edit Reply to Motion for Summary Judgment |
| 09/28/2005 | 210.00 | 0.50 | 105.00 | Edit and filing of Reply and preparation of Cunningham Affidavit |
| 11/17/2005 | 210.00 | 1.50 | 315.00 | Review file and case law in preparation for Summary Judgment oral argument |

Page 4

| Trans Date | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|
| 11/18/2005 | 210.00 | 2.00 | 420.00 | Preparation of outline for oral argument for Summary Judgment Motion; Draft letter to Durod's attorney regarding status and pension credit for it's employees |
| 11/21/2005 | 210.00 | 2.50 | 525.00 | Prepared for oral argument; Attend Summary Judgment Motion hearing before Judge Lindsey |
| 11/22/2005 | 210.00 | 0.20 | 42.00 | Telephone conference with C. Langone regarding status of case and scheduling of audit |
| 11/22/2005 | 235.00 | 0.50 | 117.50 | Conference with Atty Conti |
| 01/03/2006 | 210.00 | 0.20 | 42.00 | Telephone conference with C. Barret-Holland regarding status of audit |
| 01/13/2006 | 210.00 | 0.50 | 105.00 | Draft Joint Request for Postponement of Final Pre-trial Conference |
| 01/18/2006 | 210.00 | 0.30 | 63.00 | File Joint Request for Postponement of Final Pre-trial Conference |
| 02/17/2006 | 235.00 | 0.50 | 117.50 | Telephone conference with A. Sills regarding W. Milford; Telephone conference with W. Milford |
| 03/07/2006 | 235.00 | 0.20 | 47.00 | Telephone conference with C. Barret-Holland regarding audit |
| 03/15/2006 | 235.00 | 0.30 | 70.50 | Telephone conference with Durod's attorney; Review Motion to Continue |
| 05/30/2006 | 235.00 | 0.30 | 70.50 | Review file in preparation for final pre-trial conference |
| 05/31/2006 | 235.00 | 1.00 | 235.00 | Draft letter to Durod's attorney and Pre-Trial Memorandum |
| 06/01/2006 | 235.00 | 2.00 | 470.00 | Preparation of Pre-trial Memorandum |
| 06/05/2006 | 235.00 | 1.50 | 352.50 | Telephone conferences with B. Galvin and C. Barnet-Holland; Draft letter to Galvin regarding legal position and audit |
| 06/06/2006 | 235.00 | 1.50 | 352.50 | Edit letter to Galvin; Preparation of Pre-trial Memorandum |
| 06/07/2006 | 235.00 | 1.00 | 235.00 | Preparation of Pre-trial Memorandum |
| 06/13/2006 | 235.00 | 1.50 | 352.50 | Edit of Pre-trial Memorandum |
| 06/14/2006 | 235.00 | 0.50 | 117.50 | Conference with Atty Campbell regarding Pre-trial Memorandum |
| 06/15/2006 | 235.00 | 0.50 | 117.50 | Review documents from Fund for Pre-trial Memorandum |
| 06/16/2006 | 235.00 | 2.50 | 587.50 | Edit to Pre-trial Memorandum |
| 06/20/2006 | 235.00 | 1.50 | 352.50 | Edit and send Pre-trial Memorandum, Trial Appendix to Durod's Attorney |
| 06/20/2006 | 250.00 | 0.50 | 125.00 | Review Pre-trial Memorandum |
| 06/21/2006 | 250.00 | 0.50 | 125.00 | Telephone conference with Fund office regarding trustees meetings minutes |
| 06/22/2006 | 235.00 | 2.50 | 587.50 | Telephone conference with Durod's Attorney; Conference with Atty Feinberg; Edit and file Pre-trial Memorandum and Appendix |

| Trans Date | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|
| 06/22/2006 | 250.00 | 0.50 | 125.00 | Email correspondence with Attorney; Telephone conference with same |
| 06/23/2006 | 235.00 | 0.30 | 70.50 | Telephone conference with C. Barret-Holland |
| 06/29/2006 | 235.00 | 3.00 | 705.00 | Review file; Prepare for and attend Pre-trial Conference |
| 07/10/2006 | 235.00 | 1.50 | 352.50 | Review documents from Fund office; Research regarding failure to sign CBA/Trust Agreement; Correspondence with Fund office; File Joint Request to Reschedule Mediation |
| 07/11/2006 | 235.00 | 0.50 | 117.50 | Conference with Atty Campbell and Atty Feinberg regarding case status |
| 07/12/2006 | 235.00 | 2.50 | 587.50 | Meeting with C. Langone |
| 07/13/2006 | 235.00 | 2.00 | 470.00 | Complete draft of Mediation Brief |
| 07/13/2006 | 235.00 | 1.00 | 235.00 | Telephone conference with Court and B. Galvin regarding mediation; Draft Motion to Reschedule |
| 07/14/2006 | 235.00 | 4.00 | 940.00 | Preparation of Motion for Reconsideration; Research regarding 59(e) Motion |
| 07/24/2006 | 235.00 | 0.50 | 117.50 | Edit Motion for Reconsideration |
| 07/26/2006 | 235.00 | 1.00 | 235.00 | Edit Memorandum of Law in Support of Motion for Reconsideration, Supplemental Affidavit of C. Langone |
| 07/27/2006 | 235.00 | 0.50 | 117.50 | Edit Motion for Reconsideration documents |
| 07/28/2006 | 235.00 | 0.50 | 117.50 | Edit Mediation brief |
| 08/01/2006 | 235.00 | 1.00 | 235.00 | Edit to Mediation brief |
| 08/07/2006 | 235.00 | 0.50 | 117.50 | Edit and file Mediation brief |
| 08/08/2006 | 250.00 | 0.50 | 125.00 | Review of Mediation memorandum |
| 08/09/2006 | 235.00 | 1.50 | 352.50 | Review Mediation brief in preparation for Mediation |
| 8/10/2006 | 235.00 | 5.50 | 1292.50 | Meeting with C. Langone; Attend Mediation before Judge Bowler |
| 10/04/2006 | 235.00 | 0.50 | 117.50 | Draft letter to Durod's attorney regarding supplying documents |
| 10/05/2006 | 235.00 | 0.30 | 70.50 | Edit and send letter to Galvin and Judge Bouler |
| 10/06/2006 | 235.00 | 0.30 | 70.50 | Review letter from Galvin; Correspondence with C.Barrett-Holland regarding audit |
| 10/16/2006 | 235.00 | 0.50 | 117.50 | Telephone conference with Galvin; Edit and file Request to Change |
| 10/24/2006 | 235.00 | 0.30 | 70.50 | Telephone conference with C.Barrett-Holland regarding audit |
| 11/20/2006 | 235.00 | 0.20 | 47.00 | Telephone conference with C.Barrett-Holland |
| 11/21/2006 | 235.00 | 0.30 | 70.50 | Draft letter to Durod's attorney regarding audit and mediation session |

Total for Fees:    136.45    30612.00

```
Trans
Date                          Amount
----       ----    --------   ------
Advances

12/10/2003                      4.42   Certified Mail Cost:  Demand letter to
                                       company
12/16/2003                    150.00   Filing Fees/ (38) Clerk, US
                                       District Court
01/07/2004                      9.30   Certified Mail Cost: Copy of Complaint
to                                     Secretaries of Labor and the Treasury
01/08/2004                     11.50   Courier/Messenger Service: City
                                       Express to US District Court
01/27/2004                     56.50   Service of Summons and Complaint:
                                       County of Plymouth, Sheriifs Office
06/20/2006                     13.67   United Parcel Service/Overnight
                                       Delivery to Galvin & Galvin
06/22/2006                      7.40   Courier/Messenger Service: City
Express to                             US District Courthouse

Total for Advances:
                              252.79
```

| GRAND TOTALS | 30864.79 |
|---|---|