UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JAN 24  A 10 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
)
Plaintiff, )
) C.A. No. 04cv10039 RCL
v. )
)
DUROD, LIMITED )
)
Defendant. )

REQUEST FOR ORAL ARGUMENT

NOW COMES the defendant, Durod, Ltd., and hereby requests this Honorable Court pursuant to the applicable Federal Rules of Civil Procedure and Local Rule 7.1 (d) afford an opportunity for oral argument on the attached Motion for Reconsideration at the Court's earliest convenience.

Respectfully Submitted
DUROD
By its Attorney,

Dated: January 23, 2007

Robert W. Galvin, Esq.
Galvin & Galvin, SP
10 Enterprise Street, Suite 3
Duxbury, MA 02332-3315
(781) 934-5678
BBO # 561397 (RWG)