# EXHIBIT A

**DUROD LTD.**
130 CLAY PIT RD.
MARSHFIELD, MA 02050
PH. 781-834-0200

3841

53-7312/2113
02

8/10/2004

PAY TO THE
ORDER OF    New England Teamsters Truck Ind, Pension    $ **5,945.18

Five Thousand Nine Hundred Forty-Five and 18/100************************************************************** DOLLARS

New England Teamsters Truck Ind. Pension.
535 Boylston Street
Boston, MA 02116

MEMO ____ HIRED TRUCKS

⑈00384⑈  ⑆2113731280⑆0292  00698⑈

---

**DUROD LTD.**

| | | 3841 |
|---|---|---|
| New England Teamsters Truck Ind, Pension | 8/10/2004 | |
| 544.00 · Union Benefit Contributions | | 5,945.18 |

.

.

Scituate Federal Checking    HIRED TRUCKS    5,945.18

**DUROD LTD.**

| | | 3841 |
|---|---|---|
| New England Teamsters Truck Ind, Pension | 8/10/2004 | |
| 544.00 · Union Benefit Contributions | | 5,945.18 |

.

Scituate Federal Checking    HIRED TRUCKS    5,945.18

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY
# PENSION FUND

PAGE _____ OF _____ PAG

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

CODE

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All
Hours Reported — **15**

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

12|6 (1)   12|13 (2)   12|20 (3)   12|27 (4)   _____ (5)

b. Total Hours For
This Page only

EMPLOYER
LOCAL CODE

379 |434|

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ 4.46 per hour — CONTRIBUTION **66.9C**
by $ ____ per employee

CA H

| Ouro di Ltd
130 Clay Pit Rd
Marshfield, Ma 02050

FOR MONTH
OF

Dec 03

**IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN** THE 20th OF THE
MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO
MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST
CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF
COLLECTION AS PROVIDED BY *ERISA*.

SOCIAL SECURITY
NUMBERS MUST
BE FURNISHED.

**(7) ADDED EMPLOYEES**

_____ employees have bee
added during the month. (PLEASE INDICAT
whether they are Temporary or Permanen
employees.) Check (✓) in Column (3) if an
listed employees are no longer employed b
you.

Hired Trucks

PREPARED BY _____ DATE _____

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | David Benedict | 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 ✓ | 15 | ✓ | ✓ | ✓ | | 15 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

**IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ __866.90__** AND CHECK NO

**PAYROLL FORM**

Name of Company: Maxim

Address: 738 Turnpike St Canton MA 02021

Payroll No:

For Wk Ending: 12/13/03

Project No: Project and Location: Albany, NY

Awarding Authority: Mass Hwy.

Prime Contractor: Durod

Subcontractor: Durod

| Name / Address / Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed 10/10/01 | Thu 10/11/01 | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp | Hourly Total Rate of Pay | Gross Amt Earned | FICA | Wds holding tax | Other | Total deduct. | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVID BENEDICT 25 CROSS ST EASTON MA 023-93 SS 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 | Driver | O | | | | 7 | 8 | | | 15 | 37.26 | 5.25 | 4.36 | | 46.87 | | | | | | 373.40 |
| | Trailer & Tri | S | | | | | | | | 24.84 | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 37.26 | 37.26 | 5.25 | 4.36 | | 46.87 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 24.84 | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | Driver | O | | | | | | | | 37.26 | 37.26 | 5.25 | 4.36 | | 46.87 | | | | | | |
| | Driver | O | | | | | | | | 24.84 | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | Driver | O | | | | | | | | 37.26 | 37.26 | 5.25 | 4.36 | | 46.87 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 24.84 | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $3.25/hr. for Health & Welfare and $4.36/hr. for Pension Contributions have been held for payment in Local Union 379.

STATE CERTIFICATION

I _____ do hereby state that this copy of my record is a true and accurate record showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit funds, or the equivalents thereof in wages.

SIGNATURE: _____ Signed below the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner

WINSTON WATSON

J.R. Rodenck Jr. President, Durod Ltd.

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY
## PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBERS: MASS. ONLY 800-322-1216 • OUT OF STATE 800-447-7709

### EMPLOYER REMITTANCE REPORT

○

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

3/6 (1)   3/13 (2)   3/20 (3)   3/27 (4)   _____ (5)

C A I T

EMPLOYER LOCAL CODE

379  434    781-834 -
Turod Ltd   0200
130 Clay Pit Rd
Marshfield, MC
02050

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported    6 9

b. Total Hours For This Page only

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ 4.46 per hour    CONTRIBUTION  307 74
by $ _____ per employee

**FOR MONTH OF**  March 04

**(7) ADDED EMPLOYEES**

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

Hired Trucks Allens

PREPARED BY _____ DATE _____

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 | COLUMN 2 | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 |
|----------|------|--------|----------|----------|----------|-----|-----|-----|-----|-----|--------|
| LOCAL | CODE | | | EMPLOYEE NAME | SOC. SEC. NO. | (1) | (2) | (3) | (4) | (5) | TOTAL HRS. |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Jervis Allen | 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 | | 18 | 43 | | | 61 |
| | | | | Leslie Allen | 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 | | | | 8 | | 8 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 307.74 _____ AND CHECK NO. _____

**PAYROLL FORM**

| Name of Company: | Allens | Address: | 7 Sempose Street Ucla Class 821204 |
| --- | --- | --- | --- |
| Payroll No. | | Project and Location: | Project or Contract No. C0902 |
| For Wk Ending: | 8-13-04 | Central Artery | Awarding Authority: Mass Hwy. |
| Prime Contractor: Modern Continental | | Subcontractor: | DURID LTD   24373 |

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | Hourly Total Rate of Pay | Gross Amt Earned | Deductions | | | | | Net Wages Paid for Week |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp. | | | FICA | With- holding tax | Other | Total deduct | | |
| David Allens   Driver | Driver | O | | | | | | | | | 2 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| Leach McDS   5212-4   Trailer & Tri | Trailer & Tri | S | | | | 9 | 11/12 | · | | 2 | 16 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| 02248897   Trailer & Tri | Trailer & Tri | O | | | | 8 | 8 | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Driver | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

**STATE CERTIFICATION**

I, _____ Owner, do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds supplementary unemployment benefit plans, or the equivalent thereof, payment in wages.

SIGNATURE: _____ (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner

J R Roderick Jr. President, Durod Ltd

**PAYROLL FORM**

Name of Company: Hilfers
Payroll No.
For WK Ending: 8-8-04
Prime Contractor: Modern Continental
Address: 7 Somerset Street Dorch Mass 02124
Project and Location: Central Artery
Subcontractor: Durod Ltd
Project or Contract No: C09C2
Awarding Authority: Mass Hwy
2434

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jerry Allen | Driver | O | | 15 | 16 | 17 | 18 | 19 | 20 | 3 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | 3 | | | | 3 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| Jerry Mason II 02-12-11 | Driver | O | | 8 | 8 | 8 | 8 | 8 | | 40 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| 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 | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

**STATE CERTIFICATION**

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE: _____ (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner

J.R.Roderick Jr. President, Durod Ltd.

15 Morley Street
Boston, MA 02119
Payroll Form

Week Ending: 3-26-04

Payroll No.

Project & Location: Modern / K Ramp

Project/Contract No.

Prime Contractor: Modern Continental

Subcontractor: Durod LTD

Awarding Authority:

2440

| Emp. Address, SSN # Employee | Occup. Class. /Type of Track | ST, OT or DT | Sun 21 | Mon 22 | Tue 23 | Wed 24 | Thu 25 | Fri 26 | Sat 27 | Tu Hrs. | Hrly Base Rt of Pay | employee contributions |  |  | Hourly Total |  | Deductions |  |  | Net Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Day and Date |  |  |  |  |  |  |  |  | H&W | Pension | Supp. Unempl | rate of pay | gross ar/FICA earned | With-holding tax | other | Total Deduc. | Paid for Week |
| Leslie Allen Box 1306 No. Amica Plain MA 02130 | Tie/Axle | S |  |  |  | 8 |  |  |  | 8 | 25.49 | 5.25 4.46 |  |  | 35.20 |  |  |  |  | 281.60 |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

SIGNATURE Sharon F. Barros _Sharon E. Barros Vice President_ (Signed under the penalties or perjury

I, Sharon E. Barros do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

**received** 3/30/04

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY
## PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

**EMPLOYER REMITTANCE REPORT**

PAGE ___ OF ___ PAGE

**(6) CALCULATION OF CONTRIBUTION**

| | |
|---|---|
| a. Grand Total of All Hours Reported | 130.5 |
| b. Total Hours For This Page only | |

CC COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

3/6 (1)   3/13 (2)   3/20 (3)   3/27 (4)   ___ (5)

CA H

Ourod Ltd
130 Clay Pit La
Marshfield, Ma 02050

EMPLOYER LOCAL CODE

379 | 4341

c. Multiply Hrs. in a.
by $4.46 ¢ per hour
by $4.46 per hour
by $ ___ per employee

**CONTRIBUTION**
582.0:

FOR MONTH OF

March 04

**IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.**

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

**(7) ADDED EMPLOYEES**

___ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

Hired Trucks

PREPARED BY          DATE

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 – PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Dixon Boswell | 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 | | 8 | 18.5 | 33 | | 59.5 |
| | | | | Stephen Russo | 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 | | | 29 | | | 29 |
| | | | | Jarvis Allen | 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 | | | | 42 | | 42 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

**IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $** 582.03 ___ AND CHECK NO. ___

**PAYROLL FORM**

Name of Company: Trellii Ltd Inc

Address: 831 Washington St. Dorchester MA 621 24

Payroll No.: _____  For WK Ending: 03-13-04

Project and Location: Waterland St. Boston  Project of Contract No.: # CO 9C2

Prime Contractor: Modern Continental

Project No.: _____  Central Artery

Sub Contractor: _____ Payroll Total.

Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | Employee Contributions H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seou Bishuy ___ 26276 ___ MA 02126 ___ 03 ___ 521875 | Truck Driver | O | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | 8 | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | $8160 | |
| | Driver | O | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | 8 | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | 8 | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | 8 | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | 8 | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

**STATE CERTIFICATION**

I, _____ do hereby state that the copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE: _____ (Signed under the penalties of perjury, as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner

Durol Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

J.R.Roderick Jr. President, Durol Ltd.

**PAYROLL FORM**

| Name of Company: | JR Const. | Address: | 13 First St. | Woburn | MA 01801 | | |
|---|---|---|---|---|---|---|---|
| Payroll No. | | For Wk Ending: 3/20/04 | Project and Location: Central Artery | | | | 2616 |
| Prime Contractor: Modern Continental | | | Subcontractor: Durod Ltd. | Project or Contract No. C09C2 | | | |
| | | | | Awarding Authority: Mass Hwy. | | | |

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date Sun Mon Tue Wed Thu Fri Sat 3/14 3/15 3/16 3/17 3/18 3/19 3/20 | Total Hours | Hourly Base Rate of Pay | Employee Contributions H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | Deductions With-holding tax | Other | Total deduct. | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STRADLEN ROSSO 13 First St. Woburn, Ma. SS# 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 | Driver Trailer & Tri | O S | 2 8 | 5 24 | 36.24 25.49 | 5.25 5.25 | 4.36 4.36 | | 41.82 35.20 | | | | | | 391.75 844.60 |
| | Driver Trailer & Tri | O S | 8 8 | 6.36 | 36.51 24.34 | 5.25 5.25 | 4.36 4.36 | | 46.12 33.95 | | | | | | |
| | Driver Trailer & Tri | O S | | | 36.51 24.34 | 5.25 5.25 | 4.36 4.36 | | 46.12 33.95 | | | | | | |
| | Driver Trailer & Tri | O S | | | 36.51 24.34 | 5.25 5.25 | 4.36 4.36 | | 46.12 33.95 | | | | | | |
| | Driver Trailer & Tri | O S | | | 36.51 24.34 | 5.25 5.25 | 4.36 4.36 | | 46.12 54.23 46.12 33.95 | | | | | | |

**STATE CERTIFICATION**

I, _____ do hereby state that the copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds or any supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE _____

TITLE Owner _____  ThraVRosso _____

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.36/hr. for Pension Contributions have been held for payment to Local Union 379.

J.R.Roderick Jr, President, Durod Ltd.

**PAYROLL FORM**

Name of Company: A&L Trucking Inc
Payroll No.
For Wk Ending: 03/20/04
Prime Contractor: Modern Continental

Address: 831 Washington St. Dorchester MA 02124

Project and Location: Central Artery
Subcontractor: Durod LTD

Project or Contract No.: C09C2
Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dorba Boswel Hild. Aver \[signature\] ...26785 | Driver | O | | | | 25 | | .5 | | 25.5 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| ...0226 | Trailer & Tri | S | | | | 8 | 8 | | | 16 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | $635.07 |
| | Trailer & Tri | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

STATE CERTIFICATION

I, \[signature\] do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the aggregate payment in wages.

SIGNATURE: \[signature\] (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner

Durod Ltd certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

J.R.Roderick Jr. President, Durod Ltd.

**PAYROLL FORM**

| Name of Company: D Truckling inc | Address: 831 Washington ST Dor, MA. 02124 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll No. | Project and Location: Knowlard ST. | | | | | | Project or Contract No. HCO9C2 | | | | | | | | | | |
| For Wk. Ending: 03/27/04 | Central Artery | | | | | | | | | | | | | | | | | |
| Prime Contractor: Modern Continental | Subcontractor: Durod LTD. | | | | | | Awarding Authority: Mass Hwy. | | | | | | | | | | |

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | Hourly Total Rate of Pay | Gross Amt Earned | FICA | Deductions | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Day and Date | | | | | | | | H&W | Pension | Supp. Unemp. | | | | With-holding tax | Other | Total deduct | |
| Rex 2607 07 Truck driver Rex 260707 | Driver | O | | 1 | 03/22 | 03/23 | 04/24 | 04/25 | | 38.24 | 5.25 | 4.46 | | | 47.95 | | | | | | 47.95 |
| MItapp-IMA 02126 | Trailer & Tri | S | | 8 | 8 | 8 | 8 | | | 25.49 | 5.25 | 4.46 | | | 35.20 | | | | | | $1/264.00 |
| 031 521875 | Trailer & Tri | S | | | | | | | | 38.24 | 5.25 | 4.46 | | | 47.95 | | | | | $1/174.35 | |
| | Trailer & Tri | S | | | | | | | | 25.49 | 5.25 | 4.46 | | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | 38.24 | 5.25 | 4.46 | | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 25.49 | 5.25 | 4.46 | | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | 38.24 | 5.25 | 4.46 | | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 25.49 | 5.25 | 4.46 | | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | 38.24 | 5.25 | 4.46 | | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 25.49 | 5.25 | 4.46 | | | 35.20 | | | | | | |

**STATE CERTIFICATION**

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the payments of payment in wages.

_____ (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

SIGNATURE: _____

TITLE: Owner

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

_____ J.R.Roderick Jr. President, Durod Ltd.

**PAYROLL FORM**

Name of Company: _____

Address: _____

Payroll No. _____ For Wk Ending: 3-27-04

Project and Location: Central Artery

Project or Contract No. _____

Prime Contractor: Modern Continental

Subcontractor: _____

Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driver | Driver | O | | 1 | 1 | | 1 | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| Trailer & Tri | Trailer & Tri | S | | 8 | 8 | 8 | 8 | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | O | | | | | | | HD | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

**STATE CERTIFICATION**

I, _____ **do hereby** state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours paid to, each such employee; including payments to health and welfare funds, pension funds supplementary unemployment benefit plans, or the actual _____ payment in wages _____ paid under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

SIGNATURE: _____

TITLE: Owner

J.R.Roderick Jr. President, Durod Ltd

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

### EMPLOYER REMITTANCE REPORT

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

4|3  (1)   4|10 (2)   4|17 (3)   4|24 (4)   _____ (5)

CA H

EMPLOYER
LOCAL CODE

379 |434 |

Oxrod Ltd
130 Clay Pit Rd
Marshfield, Ma
02050

**IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.**

Hired Trucks

PREPARED BY                          DATE

FOR MONTH OF

April 2004

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

## (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported — **122.5**

b. Total Hours For This Page only

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ 4.46 per hour — CONTRIBUTION **546.35**
by $ _____ per employee

## (7) ADDED EMPLOYEES

_____ employees have be-added during the month. (PLEASE INDICA whether they are Temporary or Permane employees.) Check (✓) in Column (3) if a listed employees are no longer employed you.

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| | | | | **EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.** | | | | | | | |
| | | | | Raul Vicente | 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 | | | 33 | 33 | | 66 |
| | | | | Robert Arnold | 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 | | | | 16.5 | | 16.5 |
| | | | | Alfonzia Courtney | 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 | | | 8 | 32 | | 40 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ **546.35** _____ AND CHECK NO.

**PAYROLL FORM**

Name of Company: RBV and SONS

Address: 36 Ridgewood Road    Milton, Ma. 02186

Payroll No.: 1    For Wk Ending: 4/17/2004

Prime Contractor: Modern Continental

Project and Location: Central Artery    C09C2

Project or Contract No.

Subcontractor: Durod Ltd.

Awarding Authority: Mass. Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp Unemp | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Day and Date | | | | | | | Employer Contributions | | | | | Deductions | | | |
| Raul B. Vicente 36 Ridgewood Road Milton, Ma. ssn 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 | Driver | O | 4/11 | 12 | 13 | 14 | 15 | 16 | 17 | | | | | | | | | | | | 47.95 |
| | Trailer & Tri | S | | 1/2 | 1/2 | 1/4 | | | | 1 | 38.24 | 5.25 | 4.46 | | 47.95 | 47.95 | | | | | |
| | Driver | O | | | 8 | 8 | 8 | 8 | | 32 | 25.49 | 5.25 | 4.46 | | 35.20 | 126.40 | | | | | 1,126.40 |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | | | | | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION

I, Raul B. Vicente, Owner of Durod Ltd. and the hours worked by, and the wages paid to, each such employee, during do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee during the payroll period, showing that the wages supplementary unemployment benefit payment in lieu of payment in wages

SIGNATURE: _____

Owner

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

_____
J.R.Roderick Jr. President, Durod Ltd.

**PAYROLL FORM**

Name of Company: **RBV and SONS**

Address: **36 Ridgewood Road    Milton, Ma. 02186**

Payroll No. **2**

For Wk Ending: **4/24/2004**

Project and Location: **Central Artery**

Prime Contractor: **Modern Continental**

Subcontractor: **Durod Ltd.**

Project or Contract No. **C09C2**

Awarding Authority: **Mass Hwy.**

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | Hourly Total Rate of Pay | Gross Amt Earned | FICA | Deductions | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp. | | | | With-holding tax | Other | Total deduct. | |
| | | | 4/18 | 19 | 20 | 21 | 22 | 23 | 24 | | | | | | | | | | | | |
| Raul B. Vicente 36 Ridgewood Rd Milton, Ma 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 | Driver Trailer & Tri | O S | | .5 | 10 | .5 8 | 8 | 8 | | 1 32 | 38.24 25.49 | 5.25 5.25 | 4.46 4.46 | | 47.95 35.20 | 47.95 | | | | | 47.95 1,126.40 |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379

J.R.Roderick Jr. President, Durod Ltd.

STATE CERTIFICATION

I, _Raul B. Vicente_ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefits funds, or their agent, or payment in wages.

SIGNATURE _____

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE Owner

# WEEKLY CERTIFIED PAYROLL REPORT FORM

| | |
|---|---|
| Company Name | Camtele Construction Co., Inc. |
| Project Name | |
| Funding Authority | (8)- Kirkland st |
| Mass. Highway | |
| for Week Ending | 4/24/04 |

| | |
|---|---|
| Prime Contractor | |
| Subcontractor | |
| Employer Signature | |
| Print Name & Title | Louis Cavagnaro-V.P. |

## Employee Rows

| Name / Address of Truck Driver | Minority Code | Type of Truck | SS# / Zip Code | Straight / Overtime / Truck # | Hours Worked | | | | | | | Total Hours | Hourly Base Rate | Employer Contribution Health & Welfare | Pension | Hourly Total Wage | Weekly Total Wage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SUN | MON | TUE | WED | THUR | FRI | SAT | | | | | | |

Columns days: 19, 20 21 22 23 24

Louis N Cavagnaro
54 Salem St.
Boston Ma.
SS# 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
Zip Code 02113
Straight — THUR 15 FRI 23 — Total 38.23 — Base $38.23 — H&W $5.25 — Pension $4.46 — Hourly $47.94 — Weekly $25-97

Tim Rago
200 Falls Blvd.
Quincy, Ma.
SS# 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
Zip Code 02169
Straight — THUR .5 FRI 8 — Total 8.5 — Base $25.49 — H&W $5.25 — Pension $4.46 — Hourly $35.20

Robert Aronald
29 Oak St.
Lakefield Ma.
SS# 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
Truck # 6C
Straight — THUR .5 FRI 16 — Total 16 — Base $25.49 — H&W $5.25 — Pension $4.46 — Hourly $35.20 — Weekly $563.20
Thru Code 01880

## STATEMENT OF COMPLIANCE

I, Louis Cavagnaro-V.P.
(Name of signatory party)        (Title)
do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benfit plans, or the equivalent payment in wages.

Camtele Construction Co., Inc.
(Subcontractor)        (Project Name)

Signature

Title V.P.

Signed under the penalties of perjury

## MINORITY CODES

Caucasian Male
Caucasian Female
Black Male
Black Female
Hispanic Male
Hispanic Female
Asian or Pacific Islander Male
Asian or Pacific Islander Female
American or Alaskan Male
American or Alaskan Female

**PAYROLL FORM**

| Name of Company: FLbA Transportation | Address: 10 Radcliffe St. Boston MA. 02121 |
| Payroll No.: | Project and Location: Central Artery |
| For Wk Ending: 1/28/04 | Project or Contract No.: C19C2 |
| Prime Contractor: Modern Continental | Awarding Authority: Mass Hwy. |
| Subcontractor: Durod Ltd. | |

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | Total Hours | Hourly Rate of Pay | Employer Contribution | | | Hourly Total Rate of Pay | Gross Amt Earned | FICA | Deductions | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun Mon Tue Wed Thu Fri Sat 1/16/04 1/19 1/20 1/21 1/22 1/23 1/24 | | | H&W | Pension | Supp. Unemp. | | | | With-holding tax | Other deduct | Total deduct | |
| Alonzo H Courtley 105 Radcliffe St Boston, MA 02121 280 60 8405 | Trailer & Tri Driver | O | 8  8  8  8  — | 32 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | 1127.28 |
| | Trailer & Tri Driver | O | | | 25.48 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri Driver | O | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri Driver | O | | | 25.48 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri Driver | O | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri Driver | O | | | 25.48 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri Driver | O | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri Driver | B | | | 25.48 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

**STATE CERTIFICATION**

I, Phillip Courtney _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on and works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds supplementary unemployment benefit funds or their equivalent payment in wages.

SIGNATURE: Phillip Courtney

TITLE: Owner / Business Manager

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

J.R Rodierck Jr. President, Durod Ltd.

PAYROLL FORM

Name of Company: F.L.A. Transportation
Payroll No.:
For Wk. Ending: 4/17/04
Prime Contractor: Modern Continental
Address: 110 Radcliffe St. Boston, MA. 0216
Project and Location: Central Artery
Subcontractor: Durod Ltd.
Project or Contract No.: C09C2
Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Rate of Pay | Employer Contributions | | | Hourly Total Rate of Pay | Gross Amt Earned | FICA | Deductions | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun 4/11 | Mon 4/12 | Tue 4/13 | Wed 4/14 | Thu 4/15 | Fri 4/16 | Sat 4/17 | | | H&W | Pension | Supp. Unemp. | | | | With-holding tax | Other | Total Deducted | |
| Alberto Gabay 17 Radcliffe St Dorchester, MA 210 60 8903 | Trailer & Tri | S | — | — | — | — | — | — | 8 | 8 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | 281.60 |
| | | O | | | | | | | | | | | | | | | | | | |
| | Trailer & Tri | S | | | | | | | | 25.48 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | S | | | | | | | | 25.48 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 25.48 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.96 | | | | | | |
| | Driver | S | | | | | | | | 25.48 | 5.26 | 4.46 | | 35.20 | | | | | | |
| | | O | | | | | | | | | 38.24 | 5.26 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 25.48 | 5.26 | 4.46 | | 35.20 | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | |

Durod Ltd. certifies that it can behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION

I, Phillip Caulkey do hereby state that the copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on each payroll, and the wages paid to, each such employee, including payments in health and welfare funds, pension funds or supplementary unemployment benefits and the hours worked by, and the amount paid to, the supplementary wages.

SIGNATURE: Phillip Caulkey    (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner / Business Manager

J.R. Roderick Jr. President, Durod Ltd.

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

**EMPLOYER REMITTANCE REPORT**

PAGE _____ OF _____ PA

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported  **537**

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

4/3 (1)    4/10 (2)    4/17 (3)    4/24 (4)    _____ (5)

b. Total Hours For This Page only` _____

**EMPLOYER LOCAL CODE**

379 | 434 |

*CAH*

*Durod Ltd*
*130 Clay Pit Rd*
*Marshfield, MA 02050*

c. Multiply Hrs. in a.
   by _____ ¢ per hour
   by $ 4.46 _____ per hour
   by $ _____ per employee

CONTRIBUTIO

FOR MONTH OF

*April 04*

**(7) ADDED EMPLOYEES**

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE/MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY *ERISA*.

_____ employees have be added during the month. (PLEASE INDICA whether they are Temporary or Permane employees.) Check (✓) in Column (3) if a listed employees are no longer employed you.

*Hired Trucks*

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

PREPARED BY _____    DATE _____

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL 5 TOTAL HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| | | | | EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | |
| | | | | Devon Boswell | 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 | 8 | 24.5 | 39.5 | | | 72 |
| | | | | Jarvis Allen | 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 | 24 | 42 | 49 | | | 115 |
| | | | | Stephen Russo | 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 | | 8 | 40 | 8 | | 56 |
| | | | | Jack Wilkins | 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 | | 8 | | | | 8 |
| | | | | Leslie Allen | 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 | | 8 | 40 | 32 | | 80 |
| | | | | John Kensler | 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 | | 8 | | 32.5 | | 40.5 |
| | | | | Robert Blair | 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 | | 8 | 37 | / | | 45 |
| | | | | Alfonzia Courtney | 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 | | 16 | 40 | / | | 56 |
| | | | | Wayne Milford | 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 | | | 32.5 | 32 | | 64.5 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ **2395.02** _____ AND CHECK NO

PAGE 02

07/02/2003  15:35   17818348753

PAYROLL FORM

**Name & Company:** A&S Trucking Inc

**Address:** 821 Washington St, Dog MA. 02124

**Payroll No.:**

**Prime Contractor:** Modern Continental

**Project and Location:** Central Artery

**Federal Number:** 04/03/04

**Subcontractor:** Durool LTD

**Awarding Authority:** Mass Hwy

**Project or Contract No.:** #C09C2

| Name Address Social Security of Employee | Occupational Classification | OT or ST | Mon 092 | Day and Date Tue Wed Thu Fri Sat | Total Hours | Rate of Pay | H&W | Pension | Supp. Unemp | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lew Roswell PO Box 260767 Mattapan, MA 02-126 | Truck driver | O | 092 | | | 37.26 | 5.25 | 4.46 4.36 | | 46.87 | | | | | | |
| 315218075 | Trailer & Tri | S | | 8 | 8 | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | $235.60 |
| | Trailer & Tri | O | | | | 37.26 | 5.25 | 4.36 | | 46.87 | | | | | | |
| | Driver | S | | | | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | Trailer & Tri | O | | | | 37.26 | 5.25 | 4.36 | | 46.87 | | | | | | |
| | Driver | S | | | | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | Trailer & Tri | O | | | | 37.26 | 5.25 | 4.36 | | 46.87 | | | | | | |
| | Driver | S | | | | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | Trailer & Tri | O | | | | 37.26 | 5.25 | 4.36 | | 46.87 | | | | | | |
| | Driver | S | | | | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |

**STATE CERTIFICATION**

I, Deoun Roswell hereby state that the copy of any record is a true and accurate record, showing the name, address, occupational classification of each employee on said record, and the hours worked by, and the wages paid to, each such employee, including payments to benefit and welfare funds, pension funds, supplementary unemployment benefit plans, or the appropriate payments in wages.

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

**SIGNATURE** Deoun Roswell

**TITLE** Owner

PAYROLL FORM

**Name of Company:** Williams

**Prime Contractor:** Modern Continental

**Address:** 7 Sunset Street Dedeca Mass 02124

**Payroll No.**

**For Wk. Ending:** 4-3-04

**Project and Location:** Central Artery

**Subcontractor:** Durod LTD

**Project or Contract No.** 2623

**Awarding Authority: Mass Hwy.**

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | | | | | | | | | | |
| Curtis Allen 7 Sunset St Dorch Mass 02124 02-24-40-80-04 | Driver | O | | 29 | 30 | 31 | 1 | 2 | 3 | 24 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | 8 | 8 | 8 | | | 24 | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

STATE CERTIFICATION

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE: _____

TITLE: Owner

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

Durod Ltd. certifies that on behalf of the above drivers, $5.25hr. for Health & Welfare and $4.46hr. for Pension Contributions have been held for payment to Local Union 379.

J.R Roderick Jr. President, Durod Ltd.

PAYROLL FORM

Name of Company: J. R. Russo

Address: 13 Everett St. Woburn MA 01801

Payroll No.

For Wk Ending: 4/10/04

Project and Location: Central Artery
C06C.2

Project or Contract No.

Awarding Authority: Mass Hwy.

Prime Contractor: Modern Continental

Subcontractor: Durod Ltd.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | Employee Contributions | | | | Hourly Total Rate of Pay | Gross Amt Earned | Deductions | | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp. | | | FICA | With-holding tax | Other/deduct. | Total deduct. | |
| Seamon Russo 13 Everett St Woburn MA 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 | Driver | ST | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 36.24 | 5.25 | 5.25 | 4.36 | | 47.29 | | | | | | 383.60 |
| | | O | | | | | | @ 480 | | | | | | | | | | | | | |
| | Trailer & Tri | S | | | | | | | | 24.34 | 5.25 | 5.25 | 4.36 | | 33.95 | | | | | | |
| | Driver | O | | | | | | | | 36.51 | 5.25 | 5.25 | 4.36 | | 46.12 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 24.34 | 5.25 | 5.25 | 4.36 | | 33.95 | | | | | | |
| | Driver | O | | | | | | | | 36.51 | 5.25 | 5.25 | 4.36 | | 46.12 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 24.34 | 5.25 | 5.25 | 4.36 | | 33.95 | | | | | | |
| | Driver | O | | | | | | | | 36.51 | 5.25 | 5.25 | 4.36 | | 46.12 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 24.34 | 5.25 | 5.25 | 4.36 | | 33.95 | | | | | | |
| | Driver | O | | | | | | | | 36.51 | 5.25 | 5.25 | 4.36 | | 46.12 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 24.34 | 5.25 | 5.25 | 4.36 | | 33.95 | | | | | | |

STATE CERTIFICATION

I _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds or the equivalent, and supplementary unemployment benefits, and also that the wages paid (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws) in wages.

SIGNATURE _____

TITLE: Owner

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.36/hr. for Pension Contributions have been held for payment to Local Union 379.

J.R.Rodersh Jr. President, Durod Ltd.

Case 1:04-cv-10039-BS    Document 16-2    Filed 02/30/2004    Page 25 of 70

Marcou Oxford Properties, Inc.
15 Morley Street
Boston, MA 02119
Payroll Form

Week Ending: 4-10-04
Payroll No.
Project & Location: CO 9C 2 / Kneeland St

Project/Contract No.
Prime Contractor: Modern Continental
Subcontractor: Durod LTD
Awarding Authority:

2614

| Name, Address, SSN # of Employee | Occup.Class. Type of Track or DT | ST, OT or DT | Sun | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Td Hrs. | Hry Base Rt of Pay | employee contributions | | | Hourly Total | | Deductions | | | Net Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | H&W | Pension | Supp. Unempl | rate of pay | gross at FICA | With-holding tax | Other | Total Deduc. | Paid for Week |
| 1) Jack Wilkins 15 Morley St Boston, MA 020381296 | Tri/Awe 02119 | S | 4 | 5 | 6 | | | 9 | 10 | 8 | 8 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | 281.60 |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 2) Leslie Allen P.t. Box 1306 Jamaica Plain, MA 02130 | Tri/Awe | S | | | | | | 8 | | | 8 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | 281.60 |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 3) John Kinder 38 Ruzellen Rd Dorchester, MA 0247706666 | Tri/Awe 02101 | S | | | | | | 8 | | | 8 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | 281.60 |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 4) Robert Blair Kimorley St Boston, MA 025 583930 | Tri/Awe 02119 | S | | | | | | 8 | | | 8 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | 281.60 |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |

I, Sharon E. Barrows do hereby state that this copy of my record is a true and accurate record, knowing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE Sharon E. Barrows

Sharon E. Barrows Vice President (Signed under the penalties or perj)

**PAYROLL FORM**

| Name of Company: F.C.J.A. Transportation | Address: 110 Radcliffe ST — Boston MA, 02121 | |
| Payroll No.: For W/E Ending: 2/10/04 | Project and Location: 110 Radcliffe ST | Project or Contract No.: C09C2 |
| Prime Contractor: Modern Continental | Central Artery | Awarding Authority: Mass Hwy. |
| | Subcontractor: Durod Ltd. | |

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date Sun Mon Tue Wed Thu Fri Sat | | | | | | | Total Hours | Hourly Rate of Pay | Employer Contributions H&W | Pension | Supp. Unemp | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alfenezia Bradley 165 Radcliffe St Dorchester MA 02124 250 60 8503 | Driver | O | 4/4 | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | 4/4 | 4/5 | 8/6 | 1/7 | 8/8 | 1/9 | 4/10 | 16 | 38.24 | 5.25 | 4.46 | | 35.20 | | | | | 563.20 | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been paid for payment to Local Union 379

STATE CERTIFICATION

I, _Billy Caldwell_ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on my payrolls, and the hours worked by, and the wages paid to, each such employer, including payments to health and welfare funds, pension funds supplementary unemployment benefit plans, or any equivalent payment in wages.

SIGNATURE: _Billy Caldwell_ (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE Owner _Business Manager_

J.R. Roderick Jr. President, Durod Ltd.

# PAYROLL FORM

**Name of Company:** B+Q Trucking Inc.
**Payroll No.**
**Address:** 831 Washington St. Dor MA 02124
**Project and Location:** Central Artery
**Project or Contract No.** C09C2
**For Wk Ending:** 04/10/04
**Prime Contractor:** Central Artery
**Awarding Authority:** Mass Hwy. MASS Hwy
**Subcontractor:** Durod LTD.
**Modern Continental**

| Name Address Social Security # of Employee | Occupational Classification | OT or St OT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Boswell PO Box 26067 Dorchester, MA 02126 | Truck driver | O | | | | OH 8H | OH 8H | OH 8H | OH 10 | | | | | | | | | | | | |
| | Driver | S | | | | 1/2 | | | .5 | 38.24 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | $23.90 |
| | Trailer & Tri | S | | | | | | 8 | 24 | 25.49 | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | $844.80 |
| 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 | Trailer & Tri | S | | | | | | | | 38.24 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | Total=$868.77 | |
| | Driver | O | | | | | | | | 25.49 | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 38.24 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | |
| | Driver | O | | | | | | | | 38.24 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 25.49 | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | |
| | Driver | O | | | | | | | | 38.24 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | 25.49 | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | |

**STATE CERTIFICATION**

I, John Boswell do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds supplementary employment benefit funds, or the appropriate payment in wages.

**SIGNATURE** (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

J.R.Roderick Jr. President, Durod Ltd.

**TITLE:** Owner

26:31

**PAYROLL FORM**

| Name of Company: | Address: | | |
|---|---|---|---|
| Payroll No. | | | |
| For Wk Ending: 1-10-04 | Project and Location: Central Artery | Project or Contract No. | |
| Prime Contractor: Modern Continental | Subcontractor: | Awarding Authority: Mass Hwy. | |

Project and Location: 7 Samoset St. Dark Mass 02124   Co9ca

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Day and Date Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Employer Contributions Pension | Supp. Unemp | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Deductions Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Driver | O | 4 | 5 | 6 | 1 | 8 | 9 | 10 | 10 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | 419.50 |
| | Trailer & Tri | S | | 8 | 8 | 1 | 8 | 8 | | 33 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | 126.40 |
| | | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds

C supplementary unemployment benefit plans, or for equivalent payment in wages.

SIGNATURE _____ (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE Owner _____

J.R. Roderick Jr. President, Durod Ltd.

# Mascot Oxford Properties, Inc.

15 Morley Street
Boston, MA 02119
Payroll Form

Week Ending: 4-16-04
Payroll No.
Project & Location: COQ C2

Project/Contract No.
Prime Contractor: Modern Continental
Subcontractor: Durod LTD
Awarding Authority:

| Name, Address, SSN # Employee | Occup.Class. Type of Truck or DT | ST, OT or DT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Ttl Hrs. | Rt of Pay | H&W | Pension | Supp. Unemp | rate of pay | gross amt earned | FICA | With-holding tax | other | Total Deduc. Week | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) Leslie Allen PO Box 1306 Jamaica Plain, MA 08130 014 56 8900 | TR/Axle | S | | 8 | 8 | 8 | 8 | | | 32 | 25.47 | 5.55 | 4.55 | | | | | | | | |
| | | O | | | | | | | | 8 | | | | | | | | | | | |
| 2) Robert Blair 15 Morley St Boston, MA 02119 015 58 8930 | TR/Axle | S | | 8 | 4 | 8 | 8 | | | 28 | 25.47 | 5.55 | 4.46 | | 35.30 | | | | | 985.60 | |
| | | O | | | | | | | | 9 | | | | | 35.20 | | | | | | 1,126.40 |
| | | D | | | | | | | | 40 31 | | | | | | | | | | | |
| 3) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| 4) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| 5) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |

I, Sharon E Barrows do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE Sharon E Barrow Vice President ___ (Signed under the penalties or p

**Mascot Oxford Properties, Inc.**
15 Morley Street
Boston, MA 02119
Payroll Form

Week Ending: 4-17-04

Payroll No.

Project & Location: CO9C 2/MASS Pike

Project/Contract No.

Prime Contractor: Modern Continental

Subcontractor: Durod LTD

Awarding Authority:

| Name, Address, SSN # | Occup. Class. Type of Truck | ST, OT or DT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Ttl Hrs. | Rt of Pay | H&W | Pension | Supp. Unempl. | rate of pay | gross amt earned | FICA | With-holding tax | Other | Deduc. Total | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Employee Jessie Allen P.O. Box 1306 Jamaica Plain, MA 02130 | Trickable | S | | | | | | | | | 25.47 | 5.25 | 4.46 | | | | | | | | |
| 2) | | O | | | | | | | 8 | 8 | 25.47 | 5.25 | 4.46 | | 35.20 | 281.60 | | | | | 281.60 |
| 3) 114 Sc 2900 | | D | | | | | | | | | | | | | | | | | | | |
| 4) Robert W Blac Tr 144 Morley St Boston, MA 02119 | Trickable | S | | | | | | | | | 25.47 | 5.25 | 4.46 | | | | | | | | |
| 5) | | O | | | | | | 8 | 8 | 8 | 25.47 | 5.25 | 4.46 | | 35.20 | 478.5 | | | | | 478.5 |
| 6) 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 | 03119 | D | | | | | | 1 | 1 | 1 | 38.24 | 5.25 | 4.46 | | 4.78 | | | | | | |
| 7) | | S | | | | | | | | | | | | | | | | | | | |
| 8) | | O | | | | | | | | | | | | | | | | | | | |
| 9) | | D | | | | | | | | | | | | | | | | | | | |
| 10) | | S | | | | | | | | | | | | | | | | | | | |
| 11) | | O | | | | | | | | | | | | | | | | | | | |
| 12) | | D | | | | | | | | | | | | | | | | | | | |
| 13) | | O | | | | | | | | | | | | | | | | | | | |
| 14) | | S | | | | | | | | | | | | | | | | | | | |
| 15) | | D | | | | | | | | | | | | | | | | | | | |

11  12  13 Day and Date  16  17
14  15

SIGNATURE

I, Sharon R Barnes do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

Sharon E Barnes   Vice President   (Signed under the penalties of p

**PAYROLL FORM**

Name of Company: HB Trucking inc

For Wk Ending: 04/17/04    Payroll No.

Prime Contractor: Modern Continental

Address: 851 Washington ST Dor MA 02124

Project and Location: Central Artery    Subcontractor: Divod

Project or Contract No.

Awarding Authority: Mass Hwy: MCSB Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | | Hourly Total Rate of Pay | Gross Amt Earned | Deductions | | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp. | | | FICA | With-holding tax | Other | Total deduct | |
| Travis Mixer Box 2676767 | Driver | O | | ½ 2 | ½ ½ 3 | ½ ½ 1/4 | 1/4 1/4 | 1/5 1/4 | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | $4.795 | |
| Mixer Marc MA 02126 | Trailer & Tri | S | | 8 | 8 | 8 | 8 | 8 | 8.5 | 3.5 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | $155.20 | |
| 051.521875 | | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | $1,203.15 | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

**STATE CERTIFICATION**

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of such such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE _____ (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

J.R.Roderick Jr. President, Durod Ltd.

TITLE  Owner

**PAYROLL FORM**

Name of Company: First Transportation
Address: 110 Radcliffe ST Boston, MA 02161

Payroll No.
For Wk Ending: 4/17/04-4
Project and Location: Central Artery
Project or Contract No.: C09C2
Awarding Authority: Mass Hwy.

Prime Contractor: Durod Ltd.
Subcontractor:
Modern Continental

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Rate of Pay | Employer Contributions | | | | Gross Amt. Earned | Deductions | | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp | Hourly Total Rate of Pay | | FICA | With-holding Tax | Other | Total deduct | |
| A.T. Fonseca (driver) 105 Radcliffe St Dorchester, MA 02141 200 60 8703 | Driver | OT 4/11 | | 4/12 | | | | | | | | | | | | | | | | | |
| | Trailer & Trl | ST 4/11 | | 4/12 | 8 | 4/13 8 | 4/14 8 | 4/15 8 | 4/16 — | 4/17 40 | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | 1408 90 | |
| | Trailer & Trl | 8 | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | Trailer & Trl | S | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | Trailer & Trl | S | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | Trailer & Trl | S | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION
I, PHILIP COUGHLEY do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, such each employer, including payments to health and welfare funds, pension funds or supplementary unemployment benefit plans or the equivalent payment in wages.

SIGNATURE _____ (Signed under the penalties of perjury as provided to under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner / Business Manager

J.R. Roderick Jr. President, Durod Ltd.

## PAYROLL FORM

Name of Company: Allens

Address: 7 Samoset Street Dorch Mass 02124 2625

Payroll No.

For Wk Ending: 4-19-04

Prime Contractor: Modern Continental

Project and Location: Central Artery

Subcontractor: DUROD LTD

Project or Contract No. C09C2

Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp | Hourly Total Rate of Pay | Gross Amt. Earned | FICA | With-holding tax | Other | Total deduct. | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis Allen 7 Samoset St Dorch mass 02124 | Driver | O | 11 | 10 | 12 | 13 | 14 | 15 | 8 | 9 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | 431.55 |
| 033-408-8989 | Trailer & Tri | S | | 8 | 8 | 8 | 8 | 8 | 40 | 40 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | 1408.00 |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION

I _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds and supplementary unemployment benefit plans, or the equivalent payment in wages.

Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws.

J.R.Roderick Jr. President, Durod Ltd.

SIGNATURE: _____

TITLE: Owner

**PAYROLL FORM**

| Name of Company: | JR Const. | Address: | 13 First St. Woburn MA 01801 | | 2643 |

| Payroll No. | | Project and Location: Central Artery | Project or Contract No. C09C2 |
| For Wk Ending: 7/17 | | | Awarding Authority: Mass Hwy. |
| Prime Contractor: | | | |
| Modern Contract: | | | |

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date Sun Mon Tue Wed Thu Fri Sat | Total Hours | Hourly Base Rate of Pay | Employee Contributions H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt. Earned | FICA | With holding tax | Other | Total deduct. | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEPHEN RUSSO | | | 4/12 4/13 4/14 4/15 4/16 4/17 | | | | | | | | | | | | |
| 03-148-3418 Driver | | | 8 8 8 8 | 39 8 8 | 25.48 | 5.25 | 4.36 | | 35.20 5/1126 HR | 4765 863.40 | | | | | |
| | Trailer & Tri | S | | | 25.48 | 5.25 | 4.36 | | 35.20 5/1126 HR | | | | | | |
| | | O | | | 37.01 | 5.25 | 4.36 | | 46.62 | | | | | | |
| | Trailer & Tri | S | | | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | | O | | | 37.01 | 5.25 | 4.36 | | 46.62 | | | | | | |
| | Driver | | | | 37.01 | 5.25 | 4.36 | | 46.62 | | | | | | |
| | Trailer & Tri | S | | | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | | O | | | 37.01 | 5.25 | 4.36 | | 46.62 | | | | | | |
| | Driver | O | | | 37.01 | 5.25 | 4.36 | | 46.62 | | | | | | |
| | Trailer & Tri | S | | | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |
| | Driver | O | | | 37.01 | 5.25 | 4.36 | | 46.62 | | | | | | |
| | Trailer & Tri | S | | | 24.84 | 5.25 | 4.36 | | 34.45 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/Hr. for Health & Welfare and $4.36/Hr. for Pension Contributions have been held for payment to Local Union 379.

**STATE CERTIFICATION**

I, James Roderick, Jr. do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification and such such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds supplementary unemployment benefit plans, and other employee benefit payment in wages.

(Signature under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

SIGNATURE:

TITLE: JR Roderick Jr., President, Durod Ltd.

JOHN RUSSO

# PAYROLL FORM

**NAME OF COMPANY:** DuROD LTD

**PAYROLL NO.**

**ADDRESS:** 130 Clay Pit Rd, Marshfield, MA 02050

**PRIME CONTRACTOR:** MODERN CONTINENTAL

**SUBCONTRACTOR:** W E Milford

**FOR WEEK ENDING:** 4-17-04

**PROJECT AND LOCATION:** C09C2 185 Kneeland St Boston

**PROJECT OR CONTRACT NO.:** C09C2

**AWARDING NO AUTHORITY:**

**PROJECT NO.** 2627

| Name, Address, Social Security # of Employee | Occupational Classification/ Type of Truck | ST OT DT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | employer contributions' H&W | Pension | Supp. Unemp. | hourly Total rate of pay | gross amount earned | FICA | With-holding tax | other | total deduc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAYNE MILFORD | S | | | | 8 | 8 | 8 | 8 | | 32. | 36.49 | 6.35 | 4.46 | | 55.30 1136.46 | | | | | |
| 55 LUNTON ST, QUINCY MA, 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 | TRI AXLE | O | | | | | .5 | | | | 36.34 | 5.35 | 4.46 | | 47.95 23.98 | | | | | |
| | | D | | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | |

### Certification

I, WAYNE MILFORD, do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE: _Wayne Milford_    OWNER    (Signed under the penalties or perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

# PAYROLL FORM

**NAME OF COMPANY:** DUROD LTD

**ADDRESS:** 130 CLAY PIT RD Marshfield, MA 02050 2611

**PAYROLL NO.**

**FOR WEEK ENDING:** 4-24-04

**PROJECT AND LOCATION:** CO2622 185 Wheeland St Quincy

**PROJECT OR CONTRACT NO.** CO2622

**PRIME CONTRACTOR:** MODERN Continental

**SUBCONTRACTOR:** WF Milford

**AWARDING AUTHORITY:** 02169

| Name Address, Social Security # of Employee | Occupational Classification/ Type of Truck | ST OT DT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp | hourly Total rate of pay | gross amount earned | FICA | With-holding tax | other | total deduc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAYNE MILFORD SUDBURY ST QUINCY MA 36 9990 | TRI AXLE | S |  |  | 8 | 8 | 8 | 8 |  | 32 | 26.49 | 6.35 | 4.46 |  | 36.30 | 1161.60 |  |  |  |  |
|  |  | O |  | 4.30 | 4.31 | 4.70 | 4.77 |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

## Certification

I, WAYNE MILFORD, do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

SIGNATURE: _Wayne Milford_

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

## PAYROLL FORM

Name of Company: R. Const.
Address: 3 First St. Woburn MA 01801

Payroll No.: 2642
Pay Week Ending: 4/24/04

Prime Contractor:
Central Artery
Modern Continental

Project and Location:
Project or Contract No.: C09C2
Awarding Authority: Mass Hwy.

Subcontractor:

| Name, Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date Sun Mon Tue Wed Thu Fri Sat 4/18 4/19 4/20 4/21 4/22 4/23 4/24 | Total Hours | Hourly Base Rate of Pay | Employer Contributions H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt. of Earned | FICA | With-holding tax | Other deduct. | Total deduct. | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stephen Russo Joseph's Dm. Woburn Dm. 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 | Driver | O | | | 36.24 | 5.25 | 4.36 | 47.95 | | | | | | | |
| | Trailer & Tri | S | 8 | 25.49 | 5.25 | 4.36 | 35.70 2811.60 | | | | | | | | |
| | Driver | O | 8 | 37.01 | 5.25 | 4.36 | 46.62 | | | | | | | | |
| | Trailer & Tri | S | | 24.84 | 5.25 | 4.36 | 34.45 | | | | | | | | |
| | Driver | O | | 37.01 | 5.25 | 4.36 | 46.62 | | | | | | | | |
| | Trailer & Tri | S | | 24.84 | 5.25 | 4.36 | 34.45 | | | | | | | | |
| | Driver | O | | 37.01 | 5.25 | 4.36 | 46.62 | | | | | | | | |
| | Trailer & Tri | S | | 24.84 | 5.25 | 4.36 | 34.45 | | | | | | | | |
| | Driver | O | | 37.01 | 5.25 | 4.36 | 46.62 | | | | | | | | |
| | Trailer & Tri | S | | 24.84 | 5.25 | 4.36 | 34.45 | | | | | | | | |

Durol Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.36/hr. for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION
I, James Roderick, Jr _____ do hereby state that this copy of any record is a true and accurate record, showing the name, address, occupational classification of each employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans or other _____ (Payroll under law be mailed at perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)
SIGNATURE _____
TITLE Owner _____

J.R.Roderick Jr., President, Durol Ltd.
John Vesso

**Mascot Oxford Properties, Inc.**
15 Morley Street
Boston, MA 02119
Payroll Form

Week Ending: 4-26-04
Payroll No.
Project & Location: CO9C2 / Mass Pke

Project/Contract No.
Prime Contractor: Modern Continental
Subcontractor: Burod LTD. 2645
Awarding Authority:

| Name, Address, SSN # / Employee | Occup.Class /Type of Truck or DT | ST, OT Sun | Mon | Tue | Wed | Thu | Fri | Sat | Ttl Hrs. | Rt of Pay | Hrly Base employee contributions | | | Hourly Total | | | Deductions | | Net Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | H&W | Pension | Supp. Unemp | rate of pay | gross earned | FICA | With-holding tax | other Total Deduc. | Paid for Week |
| Leslie Allen P.O. Box 1306 Jamaica Plain, MA 02130 | Tri Axle | S | | | 8 | 8 | 8 | | 32 | 35.79 | 35.03 | 4.46 | | 35.03 | | | | | 1,126.70 |
| | | O | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | |
| Robert Blair 5 Morley St Boston, MA 09119 | Tri Axle | S | | 8 | 8 | 8 | 8 | | 32 | 25.79 | 5.03 | 4.46 | | 35.20 | | | | 1,126.70 | |
| | | O | | | | .5 | | | .5 | 38.74 | 5.25 | 4.46 | | 4.785 | | | | 23.98 | |
| 055 58 3930 | | D | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | |

I, Sharon E Barrows    do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

Signature: Sharon E Barrows   P Barrows Vice President   (Signed under the penalties of pe

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

**EMPLOYER REMITTANCE REPORT**

PAGE _____ OF _____ PAG

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

(1) 5/1   (2) 5/8   (3) 5/15   (4) 5/22   (5) 5/29

EMPLOYER LOCAL CODE  CA H

379 | 434 |

Ourod Rtd
130 Clay Pit Rd
Marshfield, Ma
02050

FOR MONTH OF _____

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

PREPARED BY                          DATE

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported — 459

b. Total Hours For This Page only — 

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ 4.46 per hour   CONTRIBUTION  2047.1
by $ _____ per employee

**(7) ADDED EMPLOYEES**

_____ employees have ber added during the month. (PLEASE INDICAT whether they are Temporary or Permane employees.) Check (✓) in Column (3) if ar listed employees are no longer employed t you.

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Irvis Allen | 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 | 49.5 | 40 | | | | 89.5 |
| | | | | Robert Arnold | 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 | 16 | / | | | | 16 |
| | | | | Leslie Allen | 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 | 40 | 24 | | | | 64 |
| | | | | Robert Blair | 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 | 32 | 32 | | | | 64 |
| | | | | Alfonzia Courtney | 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 | 48 | 40 | | | | 88 |
| | | | | Wayne Milford | 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 | 46.5 | / | | | | 46.5 |
| | | | | Raul Vincente | 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 | 41 | 50 | | | | 91 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

**IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 2047.14**    AND CHECK NO.

WEEKLY CERTIFIED PAYROLL REPORT FORM

Company Name: Camiele Construction Co., Inc.

Project Name: 185 Kneeland St.

Awarding Authority: Mass. Highway

Work Week Ending: 3-6-04

Prime Contractor: Modern

Subcontractor:

Employer Signature:

Print Name & Title: Louis Cavagnaro-V.P.

| Name of Truck Driver, Address, SS#, Minority Code, Type of Truck | | Hours Worked | | | | | | | Total Hours | Hourly Base Rate | Health & Welfare | Pension | Hourly Total Wage | Weekly Total Wage |
| | | SUN | MON | TUE | WED | THUR | FRI | SAT | | | | | | |
| | | 25 | 26 | 27 | 28 | 29 | 30 | 1 | | | | | | |
| Louis N Cavagnaro 154 Salem St. Mass. 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 02113 | Overtime | | | | | | | | | $38.23 | $5.25 | $4.46 | $47.94 | |
| | Straight | | | | | | | | | $25.49 | $5.25 | $4.46 | $35.20 | |
| Jim Rago 200 Falls Blvd. Quincy, Ma. 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 02169 | Overtime | | | | | | | | | $38.23 | $5.25 | $4.46 | $47.94 | |
| | Straight | | 8 | | | | | | | $25.49 | $5.25 | $4.46 | $35.20 | |
| Robert Aromald 29 Oak St. Wakefield, Me. 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 01880 | Overtime | | | | | | | | | $38.23 | $5.25 | $4.46 | $47.94 | |
| | Straight | 8 | 8 | | | | | 16 | $25.49 | $5.25 | $4.46 | $35.20 | $563.20 |

MINORITY CODES

Caucasian Male
Caucasian Female
Black Male
Black Female
Hispanic Male
Hispanic Female
Asian or Pacific Islander Male
Asian or Pacific Islander Female
Native American or Alaskan Male
Native American or Alaskan Female

## STATEMENT OF COMPLIANCE

I, Louis Cavagnaro-V.P.
(Name of signatory party)          (Title)

do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benifit plans, or the equivalent payment in wages.

Camiele Construction Co., Inc.      185 Kneeland St.
(Subcontractor)                     (Project Name)

Signature

Title: V.P.

Signed under the penalties of perjury.

# PAYROLL FORM

NAME OF COMPANY: Oscar & Oxford Properties Inc.

ADDRESS: 15 Morley St. Boston MA 02119

EMPL. CONTRACTOR: Modern Continental

SUBCONTRACTOR: Durod Ltd.

PROJECT AND LOCATION: CO2C2 7 M033 Pike

FOR WEEK ENDING: 5 - 1 - 04

PROJECT OR CONTRACT NO.

AWARDING AUTHORITY:

| Name Address, Social Security # of Employee | Occupational Classification/ Type of Truck | ST OT DT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | employee contributions* H&W | Pension | Supp. Unemp. | hourly Total rate of pay | gross amount earned | FICA | With- holding tax | other | total deduc- | Net Wages Paid For Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| eric Allen O Box 1006 Sandwich Plain, MA 02156 XXX-XX-XXXX | Tri-Axle | S | 8.5 | 8 | 8 | 8 | 8 |  |  | 32 | 35.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  | 1126.40 |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Robert W. Blair Jr. 3 Morley St. Boston MA 02110 XXX-XX-XXXX | Tri/Axle | S | 8 | 8 | 8 | 8 | 8 |  | 32 | 35.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  | 1126.40 |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  | - | - |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  | - |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | S |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Day and Date**

**Deductions**

### Certification

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages.

Date _____

(Signed under the penalties or perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General

**PAYROLL FORM**

Name of Company: **FL & A Transportation**

Address: **110 Radcliffe ST. Boston, MA 02121**

Payroll No. _____ For Wk. Ending: **5/11/04**

Prime Contractor: **Modern Construction**

Subcontractor: **Durod Ltd.**

Project and Location: **Central Artery**

Project or Contract No: **C09C2**

Awarding Authority: **Mass Hwy**

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Rate of Pay | Employer Contributions | | | Hourly Total Amt Earned | Gross Amt Earned | Deductions | | | | Net Wages Paid to Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp | | | FICA | With-holding tax | Other | Total deduct | |
| **Alexis Courtney** Driver | | O | | | | | | | | | | | | | | | | | | | |
| 105 Radcliffe ST Roxbury, Ma 0121 250 60 8503 Trailer & Tri | | S | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 | 5/1 | | | | | | | | | | | | |
| | | 8 | | 8 | 8 | 8 | 8 | 8 | | 40 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | 1408.0 |
| Trailer & Tri | | S | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | | O | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | |
| Driver | | S | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | | O | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | |
| Trailer & Tri | | S | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | | O | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | |
| Driver | | S | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | | O | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | |
| Trailer & Tri | | 8 | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $3.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

J.R. Roderick Jr. President, Durod Ltd

**STATE CERTIFICATION**

I, _Phillip Courtney_, do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said records, and the hours worked by, and the wages paid, to each such employee, including payments to health and welfare h/r/a, pension funds (Signed under the penalties of perjury as provided in wages)

SIGNATURE: _Phillip Courtney_    (Signed under the penalties of perjury as provided under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner / _Business Manager_

# PAYROLL FORM

**NAME OF COMPANY:** DYROD LTD

**ADDRESS:** 130 Clay Pit Rd   Wresthfield, MA   02050

**PAYROLL NO.**

**FOR WEEK ENDING:** 5-1-04

**PROJECT AND LOCATION** 009C8   185 Kneeland St   Boston

**PROJECT OR CONTRACT N.** 009C8

**PRIME CONTRACTOR:** Modern Continental

**SUBCONTRACTOR:** W F Milford

**AWARDING AUTHORITY:**

| Name Address, Social Security # of Employee | Occupational Classification/ Type of Truck | ST OT DT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp. | Total rate of pay | gross amount earned | FICA | With-holding tax | other | total deduc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wayne Milford S Plusaw St Quincy MA 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 | | S | | | | | | | | | | | | | | | | | | |
| | | O | 8 16 | 8 17 | 8 18 | 8 31 | 8 30 | | | 40 | 24.49 5.35 | 4.46 | | | 35.30/1465.60 | | | | | |
| | TR AXLE | S | | | | | | | | | | | | | | | | | | |
| | | D | 2 | 4.5 | | | | | | 6.5 | 38.24 5.35 | 4.46 | | | 47.86 311.03 | | | | | |
| | | S | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | |

**Certification**

I, Wayne Milford   do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payments in wages.

**SIGNATURE:** Wayne Milford   (Signed under the penalties or perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

PAYROLL FORM

**Name of Company:** RBV and SONS

**Address:** 36 Ridgewood Road  Milton, Ma. 02186

**Payroll No.** 3

**For Week Ending** 5/01/btpm

**Project and Location:** Central Artery

**Project or Contract No.** C09C2

**Prime Contractor:** Modern Continental

**Subcontractor:** Durod Ltd.

**Awarding Authority: Mass Hwy.**

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | | Hourly Total Rate of Pay | Gross Amt Earned | FICA | Deductions | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp. | | | | With-holding tax | Other | Total deduct | |
| Raul B. Vicente 36 Ridgewood Rd Milton, Ma. ssn 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 | Driver | O | 4/25 | 26 | 27 | 28 | 29 | 30 | 1 | | | | | | | | | | | | |
| | Trailer & Tri | S | | | 1 | 1 | | | 1 | 40 | 25.49 | 5.25 | 4.46 | | 35.20 | 1,408.00 | 47.96 | | | | 1,408.00 |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION

I, Raul B. Vicente _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit funds and any deductions from wages. No rebate or refund of wages has been or will be made in any event. I agree that any subsequent payment in wages.

SIGNATURE: _____

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE  Owner

J.R.Roderick Jr. President, Durod Ltd.

PAYROLL FORM

**Name of Company:** Allen

**Payroll No.:** 5-1-04 For Wk Ending:

**Prime Contractor:** Modern Continental

**Address:** 7 Somerset Street, Belch Mass 02124

**Project and Location:** Central Artery

**Subcontractor:** DUROD LTD

**Project or Contract No.:** CO9CR

**Awarding Authority:** Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis Allen | Driver | O | | 26 | 12 | | 12 | 8 | 9¼ | 38¼ | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| Tomser Dich MDS 621224 023908767 | Trailer & Tri | O | | 8 | 8 | 8 | 8 | 8 | 40 | 40 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Trailer & Tri | | | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent thereof, all in wages.

Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws.

SIGNATURE: _____

J.R. Roderick Jr. President, Durod Ltd

# PAYROLL FORM

Name of Company: ELITA Transportation
Address: 710 Radcliffe St., Boston, MA, 02121

Payroll No.: ____
For the week ending: 5/1/04

Project and Location: Central Artery
C09C2
Project or Contract No.: 02121

Prime Contractor: ____
Subcontractor: Durod Ltd.
Awarding Authority: Mass Hwy.

Modern Continental

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | | Total Hours | Hourly Rate of Pay | Employer Contributions | | | | | Deductions | | | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp. | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | | |
| Alfonza Dudney 101 Radcliffe St Dorchester MA 0111 250 60 8503 | Driver | O | | 1 | 1 | 1 | 1 | 1 | 8 | | 8 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | 383.60 |
| | Trailer & Tri | S | | | | | | | 8 | 5/1 | 8 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | Driver | O | | | | | | | | | 25.40 | 25.40 | 5.25 | 4.46 | 35.20 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.40 | 25.40 | 5.25 | 4.46 | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.40 | 25.40 | 5.25 | 4.46 | 35.20 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.40 | 25.40 | 5.25 | 4.46 | 35.20 | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379

STATE CERTIFICATION

I, _____ _____ do hereby state that this copy of my record is a true and accurate record, showing the name address, occupational classification of each such employee on said payroll, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary _____ (Signed under the penalties of perjury as provided in state Section 27B of Chapter 149 of the Massachusetts General Laws)

SIGNATURE: _____

Title: Owner / Business Mgr.

J.R. Roderick Jr. President Durod Ltd.

# Mascot Oxford Properties, Inc.

15 Morley Street
Boston, MA 02119
Payroll Form

Week Ending: 5-1-04
Payroll No.
Project & Location: CO9C2

Project/Contract No.
Prime Contractor: Modern Continental
Subcontractor: Durod LTD
Awarding Authority:

| Name, Address, SSN # of Employee | Occup.Class. Type of Truck | ST, OT or DT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Ttl Hrs. | Rt of Pay | Hrly Base employee contributions | | | Hourly rate of pay | Total gross amt | FICA | With-holding tax | other | Total Deduc. | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 25 | | 27 | 28 | 29 | 30 | 1 | | | H&W | Pension | Supp. Unempl | | | | | | | |
| 1) Leslie Allen PO Box 1306 Jamaica Plain, MA 0456 2900 | Trailer Axle | S | 2 | | | | | | 8 | 8 | 2549 5254 | | | 35.20 | | | | | | | 281.60 |
| | | O | | | | | | | | | | | | | | | | | | | |
| 2) | | S | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 3) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 4) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 5) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |

I, Sharon F. Barenus do hereby state that this copy of my record is a true and accurate record, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the

Sharon F. Barenus - Reina Vice President (Signed ...)

**PAYROLL FORM**

Name of Company: Allens

Payroll No.

For Wk Ending: 5/8/04

Prime Contractor: Modern Continental

Address: 7 Samoset Street, Dorch mass 02104

Project and Location: Central Artery

Subcontractor: DUROD LTD

Project or Contract No.: Co9c 2

Awarding Authority: Mass Hwy. 26517

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp. Unemp | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun 2 | Mon 3 | Tue 4 | Wed 5 | Thu 6 | Fri 7 | Sat 8 | | | | | | | | | | | | |
| Allens Alden | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| 7Samoset St | | S | | 8 | 8 | 8 | 8 | 8 | | 40 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| Dorch mass 02104 | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| 008 48 8489 | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379

**STATE CERTIFICATION**

I ___ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds and supplementary unemployment benefit plans. Or the employer payment in wages.

I declare under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws.

SIGNATURE:

TITLE: Owner

J.R.Roderick Jr, President, Durod Ltd.

**PAYROLL FORM**

| Name of Contractor: E.L.A. Construction | Address: 110 Redcliffe St Boston, MA 02121 | |
| Payroll No.: | For week ending: 5/8/04 | |
| Prime Contractor: Modern Continental | Project and Location: Central Artery | Project or Contract No.: C09C2 |
| Subcontractor: Durod Ltd. | | Awarding Authority: Mass Hwy |

| Name, Address, Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Rate of Pay | Employer Contributions | | | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other deduct | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp. | | | | | | | |
| | | | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | 5/7 | 5/8 | | | | | | | | | | | | |
| Alfonso Quiroz, Redcliffe St, Dorchester, Mass, 250 60 8723 | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | 8 | 8 | 8 | 8 | 8 | 8 | | 40 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | 1408.00 |
| | Trailer & Tri | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Trailer & Tri | O | | | | | | | | | | | | | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Heath & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379

_J.R. Roderick Jr. President, Durod Ltd_

STATE CERTIFICATION

I, Phillip Conway, ___ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification or workmen employed on said project, and the hours worked by, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefits or any of the applicable payments in wages ___

SIGNATURE: Phillip Conway ___ (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner Phillip Conway Business Mgr.

## Mascot Oxford Properties, Inc.

15 Morley Street
Boston, MA 02119
Payroll Form

**Week Ending:** 5-8-04
**Payroll No.**
**Project & Location:** COPC2

**Project/Contract No.:**
**Prime Contractor:** Modern Continental
**Subcontractor:** Duro & LTD
**Awarding Authority:**

| Name, Address, SSN # Of Employee | Occup.Class. /Type of Truck or DT | ST, OT or DT | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Ttl Hrs. | Rt of Pay | H&W | Hrly Base employee contributions Pension | Supp. Unempl | rate of pay | Hourly Total gross earned | at FICA | With-holding tax | other | Deductions Total Deduc. | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) Leslie Allen, P.O. Box 1306, Jamaica Plain, MA 02130, 01456 2900 | TR./Axle | S | | 8 | | | 8 | | | | 25.49 | 5.5 | 4.46 | | 35.20 | | | | | | 844.80 |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 2) Robert Blair, 5 Morley St, Boston, MA 02119, 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 | TR./Axle | S | | 8 | | 8 | 8 | 8 | | 32 | 25.49 | 5.5 | 4.46 | | 35.20 | | | | | 1,126.70 | |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 3) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 4) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |
| 5) | | S | | | | | | | | | | | | | | | | | | | |
| | | O | | | | | | | | | | | | | | | | | | | |
| | | D | | | | | | | | | | | | | | | | | | | |

I, Sharon E Barrows _____ do hereby state that this copy of my record is a true and accurate record, the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, the employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the ____ ment in wages.

Sharon E Barrows

PAYROLL FORM

Name of Company: **RBV and SONS**  Address:

Payroll No.: **4**  For Wk Ending: **5/08/2004**

Project and Location: **36 Ridgewood Road   Milton, Ma.   02186**

Prime Contractor: **Modern Continental**

Project or Contract No. **C09C2**

Subcontractor: **Durod Ltd.**

Awarding Authority: **Mass Hwy.**

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | | Hourly Total Rate of Pay | Gross Amt Earned | Deductions | | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | or ST | Sun | Mon | Tue Wed Thu | Fri | Sat | | | | H&W | Pension | Supp. Unemp. | | | FICA | With-holding tax | Other | Total deduct. | |
| Raul B. Vicente 36 Ridgewood Rd Milton, Ma. sn 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 | Driver | O | 5½ | 3 | 4 5 6 | 7 | 8 | | 38.24 | 5.25 | 4.46 | | 47.95 | 479.20 | | | | | $479.50 | |
| | Trailer & Tri | S | 8 | 8 8 8 | 1.5 | 8.5 | 40 | 10 | 25.49 | 5.25 | 4.46 | | 35.20 | 1,408.00 | | | | | $1,408.00 | |
| | Driver | O | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Driver | O | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25hr. for Health & Welfare and $4.46hr for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION

I, Raul B. Vicente, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds supplementary unemployment benefit plans or the relevant payment in wages

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

SIGNATURE: _____

TITLE: Owner

J.R.Roderick, Jr. President, Durod Ltd

**DUROD LTD.**

3713

New England Teamsters Truck Ind. Pension                                    7/1/2004
544.00 · Union Benefit Contributions        FEB MARCH APRIL MAY 2004                          3,580.27

Scituate Federal Checking    DUROD FEB MARCH APRIL MAY 2004                                   3,580.27

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

**EMPLOYER REMITTANCE REPORT**

PAGE _____ OF _____ PAGES

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| 2/7 | 2/14 | 2/21 | 2/28 | |
|-----|------|------|------|---|
| (1) | (2) | (3) | (4) | (5) |

EMPLOYER LOCAL CODE

Turoo Ltd
130 Clay Pit Rd
Marshfield, MA
02050

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20TH OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY *ERISA*.

FOR MONTH OF

Feb 2004

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported    260.5

b. Total Hours For This Page only

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ 4.46 per hour    CONTRIBUTION  1161 8?
by $ _____ per employee

**(7) ADDED EMPLOYEES**

_____ employees have bee[n] added during the month. (PLEASE INDICATE whether they are Temporary or Permanen[t] employees.) Check (✓) in Column (3) if an[y] listed employees are no longer employed b[y] you.

| | PREPARED BY | | | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | David Downing | 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 | 405 | 32 | 26 | 32.5 | | 131 |
| | | | | Garrett Waite | 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 | 40 | 33 | 32 | 24.5 | | 129.5 |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

WARREN BUSINESS GRAPHICS, INC., WALTHAM, MA 02453

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY
## PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

### EMPLOYER REMITTANCE REPORT

PAGE _____ OF _____ PAGES

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported  **262.25**

b. Total Hours For This Page only  _____

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ **4.46** per hour
by $ _____ per employee

CONTRIBUTION  **1169 64**

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| **3/6** (1) | **3/13** (2) | **3/20** (3) | **3/27** (4) | (5) |
|---|---|---|---|---|

EMPLOYER LOCAL CODE | | |

Turod Ltd
130 Clay Pet Rd
Marshfield, Ma 02050

FOR MONTH OF  March 2004

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

**(7) ADDED EMPLOYEES**

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

| PREPARED BY | | | | DATE | | | | | | |

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | David Truning | 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 | 41.5 | 42.5 | 26.75 | | | 110.25 |
| | | | | Garrett White | 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 | 32 | 40 | 40 | 40 | | 152 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

WARREN BUSINESS GRAPHICS, INC., WALTHAM, MA 02453

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE _____ OF _____ PAGES

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| 5/1 | 5/8 | 5/15 | 5/22 | 5/29 |
|-----|-----|------|------|------|
| (1) | (2) | (3) | (4) | (5) |

EMPLOYER LOCAL CODE

Durod · 781-834 8200
130 Clay Pit Rd
Marshfield, Ma
02050

FOR MONTH OF

May 2004
SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN the 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported — **40**

b. Total Hours For This Page only —

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ **4.46** per hour
by $ _____ per employee

CONTRIBUTION **178.46**

### (7) ADDED EMPLOYEES

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

PREPARED BY _____   DATE _____

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | David Dunning | 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 | 32 | | | | | 32 |
| | | | | Garrett Waite | 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 | 8 | | | | | 8 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY
## PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8186
TOLL FREE TELEPHONE NUMBER: 800-447-7709

### EMPLOYER REMITTANCE REPORT

PAGE _____ OF _____ PAGES

**(6) CALCULATION OF CONTRIBUTION**

| | |
|---|---|
| a. Grand Total of All Hours Reported | 240 |
| b. Total Hours For This Page only | |

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| 4/3 | 4/10 | 4/17 | 4/24 | |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |

EMPLOYER LOCAL CODE

| | | |
|---|---|---|

Duro Ltd 781-834-6200
130 Clay Pit Rd
Marshfield, Ma
02050

FOR MONTH OF

April 2004

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY *ERISA*.

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ 4.46 per hour
by $ _____ per employee

CONTRIBUTION

1070 40

**(7) ADDED EMPLOYEES**

_____ employees have bee added during the month. (PLEASE INDICAT whether they are Temporary or Permaner employees.) Check (✓) in Column (3) if an listed employees are no longer employed t you.

| PREPARED BY | | | | | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | David Downing | 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 | 405 | 32 | 36 | 24 | | 122.5 |
| | | | | Garrett Waite | 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 | 24 | 35 | 40 | 85 | | 107.5 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

WARREN BUSINESS GRAPHICS, INC., WALTHAM, MA 02453

**DUROD LTD.**

3716

New England Teamsters Truck Ind. Pension                                    7/1/2004
544.60 · Union Benefit Contributions                                                         860.78

.

Scituate Federal Checking     HIRED TRUCKS DEC JAN FEB MARCH                              860.78

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE _____ OF _____ PAGES

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| 12 6 | 12 13 | 12 20 | 12 27 | |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |

EMPLOYER
LOCAL CODE

379 434

CA1t
Ourod Ytd    781-834-0200
130 Clay Pit Rd
Marshfield, MA
02050

FOR MONTH OF

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported — 325

b. Total Hours For This Page only —

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ _____ per hour
by $ _____ per employee

CONTRIBUTION
144.95

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY *ERISA*.

PREPARED BY _____    DATE _____

Dec 2003
SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

### (7) ADDED EMPLOYEES

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Jervis Ellen | 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 | | 325 | | | | 325 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 144.95

**PAYROLL FORM**

Name of Company: _Mellors_

Address: _7 Somerset Street Dorchester Mass 02124_

Payroll No.: _For Wk. Ending: 10-18-03_

Project and Location: Central Artery

Project or Contract No.: _C9A_

Prime Contractor: Modern Continental

Subcontractor: _Durod Ltd._

Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date |  |  |  |  |  |  | Total Hours | Hourly Base Rate of Pay | Employer Contributions |  |  | Hourly Total Rate of Pay | Gross Amt. Earned | FICA | Deductions |  |  | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Sun | Mon | Tue | Wed | Thu | Fri | Sat |  |  | H&W | Pension | Supp. Unemp |  |  |  | With-holding tax | Other | Total deduct |  |
| _Jervis Melby_ _Somerset_ _Dorchester_ _02124_ _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_ | Driver | O |  | _8_ | _9_ | _½_ |  |  |  | _34_ | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |
|  | Trailer & Tri | S |  | _8_ | _10_ | _8_ | _8_ |  | _32_ |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |
|  | Driver | O |  |  |  |  |  |  |  |  | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |
|  | Driver | O |  |  |  |  |  |  |  |  | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |
|  | Driver | O |  |  |  |  |  |  |  |  | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |
|  | Driver | O |  |  |  |  |  |  |  |  | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |

Durod Ltd. certifies that on behalf of the above drivers, $5.250/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379

STATE CERTIFICATION

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said wages, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent payment in wages

SIGNATURE: _____

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE: Owner

J R Roderick Jr. President, Durod Ltd

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

PAGE _____ OF _____ PAGE

## EMPLOYER REMITTANCE REPORT

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| 1/3 | 1/10 | 1/17 | 1/24 | 1/31 |
|-----|------|------|------|------|
| (1) | (2)  | (3)  | (4)  | (5)  |

EMPLOYER LOCAL CODE

379 | 434

CAIT

Jarod Ltd.    781-834-0200
130 Clay Pet Rd
Marshfield, Ma
02050

**IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.**

FOR MONTH OF

Jan 2004

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.** ▼

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported — **112.5**

b. Total Hours For This Page only —

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ 4.46 per hour — **CONTRIBUTION 501.75**
by $ _____ per employee

### (7) ADDED EMPLOYEES

_____ employees have bee added during the month. (PLEASE INDICAT whether they are Temporary or Permanen employees.) Check (✓) in Column (3) if an listed employees are no longer employed t you.

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Jervis Allen | 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 | | 24 | 24.5 | 40 | 16 | 104.5 |
| | | | | E. Boswell | 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 | 8 | | | | | 8 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

PREPARED BY _____ DATE _____

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 501.75

# PAYROLL FORM

| Name of Company: Trucking, Inc. | | Address: 831 Washington St. Dorchester, MA. 02124 | | | | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Payroll No. | For W/E Ending: 01/03/04 | Project or Contract No. C09C2
Prime Contractor: Modern Continental | Project and Location: Central Artery | Awarding Authority: Mass Hwy.
Subcontractor: Durod LTD. | PhV # 2310

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | Employee Contributions | | | Hourly Total Rate of Pay | Gross Amt. Earned | Deductions | | | | Net Wages Paid for Week |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp. Unemp. | | | FICA | With-holding tax | Other | Total deduct | |
| Elvis Boswell PO Box 267767 Dorchester, MA 02126 | Truck driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | | S | | | | | | | | | | | | | | | | | | | |
| 031 52 1845 | Trailer & Tri | O | | | | | | | 8 | 8 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | 281.60 | |
| | | S | | | | | | | | | | | | | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

Terrence J. Prescott President Durod Ltd

STATE CERTIFICATION

I, Elvis Boswell _____ do hereby state that this copy of my record is a true and accurate record showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payment of Health and Welfare funds, pension funds supplementary unemployment benefit plans, or the equivalent payment in wages

SIGNATURE Elvis Boswell      (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

TITLE Owner

**PAYROLL FORM**

Name of Company: _Allas_

Payroll No. | Address: _25 Concord Street Worcester Massachusetts_

For Wk Ending: _11-06-04_

Prime Contractor: Modern Continental / Central Artery

Project and Location: Central Artery

Project or Contract No. _C07C2_

Awarding Authority: Mass Hwy

Subcontractor: _Durod Ltd_

Durod Ltd certifies that on behalf of the above drivers, $5.25/hr for Health & Welfare and $4.46/hr for Pension Contributions have been held for payment to Local Union 379

| Name Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | H&W | Pension | Supp Unemp | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jekyll Allan 18 Bennett St Beach 017428497 | Driver | O | | 5 | 6 | 7 | 8 | 9 | | 24 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | 8 | 8 | 8 | | 24 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

STATE CERTIFICATION

I _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational Classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds, supplementary unemployment benefit plans, or the equivalent, and payment in wages.

SIGNATURE _____ (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General laws)

TITLE _Owner_

J.R. Roderick, Jr. President, Durod Ltd

PAYROLL FORM

Name of Company: _Allens Truck_

Address: _25 Samosset St_

Prime Contractor: Modern Continental

Payroll No.: _____ For Wk Ending: _1-17-04_

Project and Location: Central Artery

Project or Contract No.: _Mass C21/26_

Subcontractor: _Tudor Trucking Corp_

Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | | Hourly Total Rate of Pay | Gross Amt. Earned | Deductions | | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp Unemp | | | | FICA | With-holding tax | Other deduct. | Total deduct. | |
| _Jesus Abreu_ _75 macd st_ _Dorch mass_ _0214 d_ _029 48 9397_ | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | | |
| | | S | | | | | | | | | 38.24 | 5.25 | 4.46 | 35.20 | | | | | | | | |
| | Trailer & Tri | O | 12 | 13 | 14 | 5 | 16 | | 24 | | 25.49 | 5.25 | 4.46 | 47.95 | | | | | | | | |
| | | S | | | 8 | 8 | 0 | 8 | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | | |
| | Trailer & Tri | O | | | | ½ | | | 9½ | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | | |
| | | S | | | | | | | | | 38.24 | 5.25 | 4.46 | 35.20 | | | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 25.49 | 5.25 | 4.46 | 47.95 | | | | | | | | |
| | | S | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | | |
| | | S | | | | | | | | | 38.24 | 5.25 | 4.46 | 35.20 | | | | | | | | |
| | Trailer & Tri | O | | | | | | | | | 25.49 | 5.25 | 4.46 | 47.95 | | | | | | | | |
| | | S | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | 47.95 | | | | | | | | |
| | | S | | | | | | | | | 38.24 | 5.25 | 4.46 | 35.20 | | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | 35.20 | | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr for Health & Welfare and $4.46/hr for Pension Contributions have been held for payment to Local Union 379

STATE CERTIFICATION

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds supplementary unemployment benefit plans, or the equivalent payment to wages

SIGNATURE _____

TITLE: Owner

J R Roderick Jr. President, Durod Ltd

subscribed under the penalties of perjury as provided for under Section 27b of Chapter 149 of the Massachusetts General Laws

PAYROLL FORM

Name of Company: _Hilliis_   Address: _7 Somerset St Quint Mass hwy_

Payroll No.   For Wk. Ending: _1-24-04_   Project and Location: Central Artery   Project or Contract No. _C89C2_

Prime Contractor: Modern Continental   Subcontractor: _Durod Ltd_   Awarding Authority: Mass. Hwy.   Nov # 2466

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | | Hourly Total Rate of Pay | Gross Amt. Earned | Deductions | | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp Unemp | | | | FICA | With-holding tax | Other | Total deduct | |
| Jerry Hiller 7 Somerset St Dorch Mass 02124 | Driver | O | | | | | | | | | | | | | | | | | | | | |
| D08 407 8427 | Trailer & Tri | S | 10 | 10 | 9 | | | | | 40 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | O | | 8 | 8 | 8 | 8 | 8 | | 40 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Driver | O | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379

STATE CERTIFICATION

I, _____ do hereby state that this copy of my record is a true and accurate record showing the name, address, occupational classification of each such employee on said work, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds supplementary unemployment benefit plans, or the equivalent, and the payment in wages. Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

J.R.Roderick Jr. President, Durod Ltd.

SIGNATURE _____

TITLE  Owner

**PAYROLL FORM**

Name of Company: _Milovis_

Payroll No.: _1_

For Wk Ending: _5/4/04_

Address: _7 Sasasıt_

Project and Location: Central Artery

Prime Contractor: Modern Continental

Subcontractor: _Durod LTD_

Awarding Authority: Mass. Hwy.

Project or Contract No.: _C0562_

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | | Hourly Total Rate of Pay | Gross Amt Earned | FICA | Deductions | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | H&W | Pension | Supp Unemp | | With holding tax | | Other | Total deduct | |
| _Jeffery Hibbs_ | Driver | O | 26 | 27 | 28 | 29 | 30 | | | 16 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | |
| | Trailer & Tri | S | | 8 | 8 | | | | | 16 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | |
| _Daniel Self St._ | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | |
| _Daniel Hall_ | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | |
| _032 48 8999_ | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379

STATE CERTIFICATION

_____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said works, and the hours worked by, and the wages paid to, each such employee including payments to health and welfare funds, pension funds supplementary unemployment benefit plans, or the measured payment in wages.

SIGNATURE: _____ signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws.

TITLE: _Owner_

J.R Roderick Jr. President, Durod Ltd.

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

○  **EMPLOYER REMITTANCE REPORT**

PAGE _____ OF _____ PAG

**(6) CALCULATION OF CONTRIBUTION**

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

2/7 (1)   2/14 (2)   2/21 (3)   2/28 (4)   _____ (5)

CA|T

EMPLOYER LOCAL CODE

379 |434|

| Jarod Ltd  781-834-0200
130 Clay Pit Rd
Marshfield, Ma  02050

FOR MONTH OF

Feb 04

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

a. Grand Total of All Hours Reported — 40

b. Total Hours For This Page only

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ _____ per hour
by $ 4.46 per employee

CONTRIBUTION — 178 4(

**(7) ADDED EMPLOYEES**

_____ employees have be_
added during the month. (PLEASE INDICAT
whether they are Temporary or Permane_
employees.) Check (✓) in Column (3) if a_
listed employees are no longer employed b
you.

PREPARED BY _____ DATE _____

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK.  FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 – PENALTY IS FINE OF $10,000  OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Jervis Allen | 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 | 16 | | 24 | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 178.40

PAYROLL FORM

Name of Company: _Willers_

Payroll No. _for wk Ending_ 9-8-04

Address: _7 Somerset_

Prime Contractor: Modern Continental

Project and Location: _Central Artery_

Subcontractor:

Project or Contract No. _C69C8 0240_

Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date | | | | | | | | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | | Hourly Total Rate of Pay | Gross Amt Earned | Deductions | | | | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | | H&W | Pension | Supp Unemp | | | FICA | With-holding tax | Other | Total deduct | |
| Curtis Allen | Driver | O | | | | | | | | | | | | | | | | | | | | |
| 7 Somerset St | Trailer & Tri | S | | 2 | 3 | 4 | 5 | 6 | 7 | | 16 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| Dorchester mass | Trailer & Tri | S | | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| 0172-1( 028498927 | | O | Ø | 8 | 8 | 0 | 0 | | 16 | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | S | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr for Health & Welfare and $4.46/hr for Pension Contributions have been held for payment to Local Union 379

STATE CERTIFICATION

I, _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds
or any unemployment benefit plans, or the equivalent payment in wages          (Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

J.R.Roderick Jr. President, Durod Ltd

_received_

**PAYROLL FORM**

Name of Company: _____ Address: _____ Somerset St. Dorch Mass 02124

Payroll No.: _____ For Wk. Ending: 9-21-04

Project and Location: Central Artery

Prime Contractor: Modern Continental

Subcontractor: _____ Durod L TD

Project or Contract No.: _____

Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Day and Date |  |  |  |  |  |  | Total Hours | Hourly Base Rate of Pay | Employer Contributions |  |  |  | Hourly Total Rate of Pay | Gross Amt. Earned | FICA | Deductions |  |  | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Sun | Mon | Tue | Wed | Thu | Fri | Sat |  |  | H&W | Pension | Supp. Unemp. |  |  |  |  | With-holding tax | Other | Total deduct |  |
| DEVIS Allen Somerset St Dorch 170500124 | Driver | O |  | 16 | 17 | 18 | 19 | 20 |  | 24 | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |  |
| 022 4684 87 | Driver | O |  | 16 | 17 | 18 | 19 | 20 |  | 24 | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |  |
|  | Driver | O |  |  |  |  |  |  |  |  | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |  |
|  | Driver | O |  |  |  |  |  |  |  |  | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |  |
|  | Driver | O |  |  |  |  |  |  |  |  | 38.24 | 5.25 | 4.46 |  | 47.95 |  |  |  |  |  |  |  |
|  | Trailer & Tri | S |  |  |  |  |  |  |  |  | 25.49 | 5.25 | 4.46 |  | 35.20 |  |  |  |  |  |  |  |

Durod Ltd certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379

received 2/27/0?

STATE CERTIFICATION

_____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of employee on said works, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds or the equivalent, unemployment benefit plans, or the equivalent payment in wages

(Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

J.R Roderick Jr. President, Durod Ltd

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-6188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

**EMPLOYER REMITTANCE REPORT**

PAGE _____ OF _____ PAGES

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported — 8

b. Total Hours For This Page only

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ 4.46 per hour
by $ 4.46 per employee

CONTRIBUTION — 35.68

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

3 | 6  (1)    3 | 13  (2)    3 | 20  (3)    3 | 28  (4)    _____  (5)

EMPLOYER LOCAL CODE

379 | 434

CA | T    781-834-0200

1 Ouro & Rd
130 Clay Pit Rd
Marshfield, Ma
02050

FOR MONTH OF

March, 2004

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY *ERISA.*

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

**(7) ADDED EMPLOYEES**

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

PREPARED BY _____    DATE _____

| EMPLOYER | | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL 5 TOTAL HRS |
| LOCAL | CODE | | | | | (1) | (2) | (3) | (4) | (5) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED | | | | | | | | | | | |
| BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS | | | | | | | | | | | |
| FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. | | | | | | | | | | | |
| #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Jessis Allen | 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 | 8 | | | | | 8 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 35.68

**PAYROLL FORM**

Name of Company: Willis

Address: 7 Somerset

Payroll No.

For Wk. Ending: 3-6-04

Project and Location: Central Artery

Project or Contract No.

Prime Contractor: Modern Continental

Subcontractor: Durod LTD

Awarding Authority: Mass Hwy.

| Name Address Social Security # of Employee | Occupational Classification | OT or ST | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Hourly Base Rate of Pay | Employer Contributions | | | Hourly Total Rate of Pay | Gross Amt Earned | FICA | With-holding tax | Other | Total deduct | Net Wages Paid for Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | H&W | Pension | Supp Unemp | | | | | | | |
| James Miller 15 Somerset St. Dorch Mass 021-12-01 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 | Driver | O | | 1 | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | 05 | 5 | 45 | | | | 8 | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | 8 | | | | | 8 | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |
| | Driver | O | | | | | | | | | 38.24 | 5.25 | 4.46 | | 47.95 | | | | | | |
| | Trailer & Tri | s | | | | | | | | | 25.49 | 5.25 | 4.46 | | 35.20 | | | | | | |

Durod Ltd. certifies that on behalf of the above drivers, $5.25/hr. for Health & Welfare and $4.46/hr. for Pension Contributions have been held for payment to Local Union 379.

STATE CERTIFICATION

I _____ do hereby state that this copy of my record is a true and accurate record, showing the name, address, occupational classification of each such employee on said wages, and the hours worked by, and the wages paid to, each such employee, including payments to health and welfare funds, pension funds supplementary unemployment benefit funds, or the equivalent payment in wages.

Signed under the penalties of perjury as provided for under Section 27B of Chapter 149 of the Massachusetts General Laws)

SIGNATURE:

TITLE: Owner

J.R.Roderick Jr. President, Durod Ltd


received