UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 JAN 29  P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | C.A. No. 04cv10039 RCL |

REQUEST FOR ORAL ARGUMENT

NOW COMES the defendant, Durod, Ltd., and hereby requests this Honorable Court pursuant to the applicable Federal Rules of Civil Procedure and Local Rule 7.1 (d) afford an opportunity for oral argument on the plaintiff's Motion for Trustee Process Attachment and the Defendant's Opposition thereto at the Court's earliest convenience.

Respectfully Submitted
DUROD
By its Attorney,

/S/ Robert W. Galvin

Dated: January 26, 2007

Robert W. Galvin, Esq.
Galvin & Galvin, SP
10 Enterprise Street, Suite 3
Duxbury, MA  02332-3315
(781) 934-5678
BBO # 561397  (RWG)

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of this document was served upon counsel of record for the plaintiff: Jonathan M. Conti, Esq. and Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, PC, 177 Milk Street, Suite 300, Boston, Massachusetts   02109 by facsimile and first-class mail, postage prepaid this 26th day of January, 2007.

Dated:  January 26, 2007

/s/ Robert W. Galvin
Robert W. Galvin