UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CHARLES LANGONE, as FUND MANAGER    )
of the NEW ENGLAND TEAMSTERS AND    )
TRUCKING INDUSTRY PENSION FUND,    )
                                                          )
                     Plaintiff,                         )
                                                          )          C.A. No.  04cv10039 RCL
v.                                                        )
                                                          )
DUROD, LIMITED                              )
                                                          )
                     Defendant.                        )
_____)

MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

        NOW COMES Plaintiff, New England Teamsters and Trucking Industry Pension

Fund, and respectfully moves for Leave of Court to File a Reply Memorandum in

Support of its Motion for Approval of Trustee Process on or before February 8, 2007.  As

grounds for its motion, Plaintiff states as follows:

        1.      Plaintiff filed a Memorandum in Support of its Motion for Approval of

                Trustee Process on January 17, 2007.

        2.      On January 29, 2007, Defendant filed its Memorandum in Opposition to the

                Plaintiff's Motion for Approval of Trustee Process.

        3.      Defendant raises new issues in its Opposition to Plaintiff's Motion for

                Approval of Trustee Process that Plaintiff has not yet had an opportunity to

                address.

        4.      Defendant in its Opposition to Plaintiff's Motion for Trustee Process

                questions the veracity of Plaintiff Charles Langone' Affidavit, which was

submitted in support of Plaintiff's Motion for Approval of Trustee Process,

thereby necessitating a rebuttal from Plaintiff.

Dated:  February 2, 2007                    Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, as
FUND MANAGER of the
NEW ENGLAND TEAMSTERS &
TRUCKING    INDUSTRY    PENSION
FUND,
By his Attorneys,


/s/ Jonathan M. Conti
Catherine M. Campbell, BBO #549397
Jonathan M. Conti, BBO #657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Boston, MA 02109
(617) 338-1976

## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, Esq., hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

                                        /s/ Jonathan M. Conti__
Date: February 2, 2007                  Jonathan M. Conti

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 2nd day of February 2007.

                                        /s/ Jonathan M. Conti__
                                        Jonathan M. Conti