UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| CHARLES LANGONE, as FUND MANAGER ) | |
| of the NEW ENGLAND TEAMSTERS AND ) | |
| TRUCKING INDUSTRY PENSION FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.  04cv10039 RCL |
| v. ) | |
| ) | |
| DUROD, LIMITED ) | |
| ) | |
| Defendant. ) | |
| _____) | |

JOINT MOTION TO RESCHEDULE THE MEDIATION HEARING

NOW COME Plaintiff, Charles Langone, and Defendant, Durod Limited, and hereby move this Honorable Court to reschedule the Mediation Hearing currently scheduled for February 9, 2007 before Magistrate Judge Marianne B. Bowler, to March 14, 15, or 16, 2007.

AS GROUNDS therefore, the parties state that Defendant Durod, Limited, subpoenaed documents from third-party Modern Continental that are essential to the Plaintiff's audit of Defendant.  Those subpoenaed documents will become available on February 6, 2007.  Plaintiff's auditor anticipates that she will be able to complete the audit by March 1, 2007.

WHEREFORE, Plaintiff, Charles Langone, and Defendant, Durod, Limited, request an approval of the requested rescheduling of the Mediation Hearing to March 14, 15, or 16, 2007.

RESPECTFULLY SUBMITTED

By Plaintiff's Counsel                          Durod, Limited
                                                By its Counsel

/s/ Jonathan M. Conti                           /s/ Robert Galvin
Jonathan M. Conti, Esq.                         Robert W. Galvin, Esq.
Feinberg, Campbell & Zack, PC                   Galvin & Galvin, SP
177 Milk Street                                 10 Enterprise Street, Suite 3
Boston, MA 02109                                Duxbury MA 02332-3315
BBO#:  657163                                   BBO#:  561397

Dated:  February 5, 2007                        Dated:  February 5, 2007