UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>      Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>      Defendant. | C.A. No. 04cv10039 RCL |

EMERGENCY MOTION FOR ONE DAY EXTENSION FOR FILING REPLY MEMORANDUM OF LAW

NOW COMES Plaintiff, Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, and hereby moves this Honorable Court to extend for one day the filing of Plaintiff's Reply Memorandum of Law. As grounds for his Motion Plaintiff states as follows:

1. On February 5, 2007, the Court granted Plaintiff's Motion for Leave to File a Reply Memorandum of Law in Support of its Motion for Trustee Process.

2. For the past three days, affiant Charles Langone has been unable, due to emergency circumstances, to swear to and sign his Affidavit in Support of Plaintiff's Reply.

THEREFORE Plaintiff respectfully requests that the Court grant Plaintiff a one day extension from February 8, 2007 to February 9, 2007, in which to file its Reply Memorandum of Law and supporting affidavit of Charles Langone.

Dated:  February 8, 2007                    Respectfully submitted,

                                                          For the Plaintiff,
CHARLES LANGONE, as
FUND MANAGER of the
NEW ENGLAND TEAMSTERS &
TRUCKING INDUSTRY PENSION FUND,
By his Attorneys,

/s/ Jonathan M. Conti
Catherine M. Campbell, BBO #549397
Jonathan M. Conti, BBO #657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Boston, MA 02109
(617) 338-1976


### CERTIFICATE OF COMPLIANCE

    I, Jonathan M. Conti, Esq., hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

Date: February 8, 2007                           /s/ Jonathan M. Conti
                                                         Jonathan M. Conti


### CERTIFICATE OF SERVICE

    I, Jonathan M. Conti, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 8th day of February 2007.

                                                        /s/ Jonathan M. Conti
                                                        Jonathan M. Conti