UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> DUROD, LIMITED <br><br> Defendant. | C.A. No. 04cv10039 RCL |

AFFIDAVIT OF CHARLES E. LANGONE

I, Charles Langone, under oath and based on my personal knowledge, hereby depose and state the following:

1. My name is Charles Langone and I am the Fund Manager for the New England Teamsters & Trucking Industry Pension Fund (hereinafter "Pension Fund" or "Fund"). I have been the Fund Manager since October 1990. The Pension Fund has its principal place of business at One Wall Street, 4th Floor, Burlington, MA 01803-4768.

2. As Fund Manager, I am responsible for the day-to-day administration of the Fund and the maintenance and oversight of all Fund records. Specifically, I ensure that contributions from contributing employers to the Fund are properly processed, that pension credit of Fund participants is accurately calculated and that pension benefits are paid in compliance with the Fund's Trust Agreement and Pension Plan, and in accordance with the directions, policies and procedures of the Fund's Board of Trustees.

In addition, I process all appeals of participants and present these appeals to the Board of Trustees.

3. In the performance of my duties, I have personal knowledge of those documents governing the administration of the Fund including, but not limited to, the Trust Agreement, the Pension Plan, the relevant collective bargaining agreements, and the Project Labor Agreement, as well as any interpretative guidelines set forth by the Fund's Board of Trustees regarding Plan administration.

4. The Fund established two sets of accounts for Durod to make contributions on the Central Artery Project. The first account is code number 379-488, which is for contributions made by Durod for those individuals Durod deems to be "Durod employees".

5. A second account was later set up for contributions for those individuals Durod refers to as "hired trucks", who are individuals Durod hired specifically for the Central Artery project but which Durod does not consider to be Durod "employees". The Fund's account number for "hired trucks" is 379-434.

6. Although Durod previously filed separate reports for both its own employees (379-488) and for "hired trucks" (379-434), beginning in February 2004 and continuing through September 2004, Durod stopped submitting remittance reports under code 379-488. All of the remittance reports submitted during this time frame either stated code "379-434"; code "379-434" with the notation "Hired Trucks"; or no code at all (just the individuals' names and hours). Durod therefore filed no remittance reports for those individuals coded 379-488 between February 2004 and September 2004. A

copy of the remittance reports filed by Durod between February 2004 and September 2004 are attached hereto as Exhibit 1.

7. Durod never submitted remittance reports from late July through September 2004 indicating that its employees did not work or worked zero hours, on the Central Artery Project.

8. Because Durod failed to file any remittance reports for its own employees between February 2004 and September 2004, the Fund is compelled to assume that Durod is delinquent for those months with respect to its own employees.

9. When an employer fails to file remittance reports, even where no hours were worked, the Fund must estimate the delinquency. The Fund's standard procedure for determining such delinquencies is to take the average of the six previous months of contributions prior to the delinquency.

10. Durod's average monthly amount of contributions for the six months preceding the February 2004 delinquency was $2,658.33. The Fund therefore estimated a delinquency of $2,658.33 per month for a period of eight months between February 2004 and September 2004, for a total of $21,268.21.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9TH DAY OF FEBRUARY, 2007.

/s/ Charles E. Langone
Charles E. Langone