# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ____ OF ____ PA

**COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES**

(1) 2/7   (2) 2/14   (3) 2/21   (4) 2/28   (5) ____

C A I T

**EMPLOYER LOCAL CODE:** 379/4341

Ourod Ltd  281-834-0200
130 Clay Pit Rd
Marshfield, MA 02050

404291

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported: 40

b. Total Hours For This Page only: ____

c. Multiply Hrs. in a.
by ____ ¢ per hour
by $ ____ per hour
by $ 4.46 per employee

CONTRIBUTION: 178.40

**FOR MONTH OF** Feb 04

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

**(7) ADDED EMPLOYEES**

____ employees have be[en] added during the month. (PLEASE INDICAT[E] whether they are Temporary or Permane[nt] employees.) Check (✓) in Column (3) if a[ny] listed employees are no longer employed [by] you.

| EMPLOYER LOCAL | CODE | COL. 3 INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 – HRS. BY PAY PERIOD ||||| COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | (2) | (3) | (4) | (5) | |
| | | | EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 – PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | |
| | | | Jervis Allen | 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 | 16 | 24 | | | | |

PREPARED BY ____ DATE ____

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ $178.40   AND CHECK NO ____

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ____ OF ____ PAGES

**COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES**

(1) 3/6   (2) 3/13   (3) 3/20   (4) 3/28   (5) ____

**EMPLOYER LOCAL CODE:** 379/434

CA/T
781-834-0200
1 Turo C Rd
130 Clay Pit Rd
Marshfield, MA
02050

404291

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY *ERISA*.

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported: 8

b. Total Hours For This Page only: ____

c. Multiply Hrs. in a.
by ____ ¢ per hour
by $ 4.46 per hour
by $ ____ per employee

**CONTRIBUTION:** 35.68

**FOR MONTH OF:** March, 2004

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.** ▼

**(7) ADDED EMPLOYEES**

____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

| PREPARED BY | | | DATE | | | | | |
|---|---|---|---|---|---|---|---|---|
| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD (1) (2) (3) (4) (5) | | COL. 5 TOTAL HRS |

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

| | | | | Jessie Allen | 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 | 8 | | | | | 8 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

**IMPORTANT:** PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ **$35.68** ____ AND CHECK NO. ____

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBERS: MASS. ONLY 800-322-1216 • OUT OF STATE 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ___ OF ___ PAGES

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported: **69**

b. Total Hours For This Page only: ___

c. Multiply Hrs. in a.
by ___ ¢ per hour
by $ **4.46** per hour
by $ ___ per employee

CONTRIBUTION: **307.74**

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES:
(1) 3/6   (2) 3/13   (3) 3/20   (4) 3/27   (5) ___

EMPLOYER LOCAL CODE: **379 / 4341**

CAIT
Ourod Ltd   781-834-0200
130 Clay Pit Rd
Marshfield, MA 02050

FOR MONTH OF: **March 04**

**(7) ADDED EMPLOYEES**

___ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

PREPARED BY: Hired Trucks Allens    DATE: ___

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

| EMPLOYER LOCAL | CODE | COL. 3 INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HRS. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jervis Allen | 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 | 18 | 43 | | | | 61 |
| | | | Leslie Allen | 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 | | | | 8 | | 8 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ **307.74** ___ AND CHECK NO. ___

# TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ____ OF ____ PAG

**COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES**

(1) 3/6   (2) 3/13   (3) 3/20   (4) 3/27   (5) ____

**EMPLOYER LOCAL CODE:** 379/4341

CAH
Durod Ltd
130 Clay Pit Rd
Marshfield, MA 02050

404291

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

PREPARED BY: Hired Trucks     DATE: ____

FOR MONTH OF: March 0#

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported: **130.5**

b. Total Hours For This Page only: ____

c. Multiply Hrs. in a.
   by ____ ¢ per hour
   by $ 4.46 per hour         CONTRIBUTION: **582.03**
   by $ ____ per employee

### (7) ADDED EMPLOYEES

____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HRS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Dixon Baswell | 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 | | 8 | 18.5 | 33 | | 59.5 |
| | | | | Stephen Russo | 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 | | | 29 | | | 29 |
| | | | | James Allen | 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 | | | | 42 | | 42 |

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

**IMPORTANT:** PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ **582.03** ____ AND CHECK NO ____

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ____ OF ____ PA

**COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES**

(1) 4/3  (2) 4/10  (3) 4/17  (4) 4/24  (5) ____

EMPLOYER LOCAL CODE: CA/T  379/434

Ourod Ltd
130 Clay Pit Rd
Marshfield, MA
02050

FOR MONTH OF: April 2004

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20TH OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

PREPARED BY: Hired Trucks    DATE: ____

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported: **122.5**

b. Total Hours For This Page only: ____

c. Multiply Hrs. in a.
by ____ ¢ per hour
by $ **4.46** per hour — CONTRIBUTION **546.35**
by $ ____ per employee

### (7) ADDED EMPLOYEES

____ employees have be added during the month. (PLEASE INDICA whether they are Temporary or Permane employees.) Check (✓) in Column (3) if a listed employees are no longer employed you.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Paul Vicente | 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 | | | 33 | 33 | | 66 |
| | | | | Robert Arnold | 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 | | | | 16.5 | | 16.5 |
| | | | | Alfonzia Courtney | 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 | | | 8 | 32 | | 40 |

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 — PENALTY IS FINE OF $10,000. OR FIVE YEARS IMPRISONMENT, OR BOTH.

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ **546.35** AND CHECK NO ____

**NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND**
535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

**EMPLOYER REMITTANCE REPORT**

PAGE ____ OF ____

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES
(1) 4/3  (2) 4/10  (3) 4/17  (4) 4/24  (5) ____

EMPLOYER LOCAL CODE: 379/4341

CA/5

Durod Ltd
130 Clay Pit Rd
Marshfield, MA 02050

FOR MONTH OF: April 04

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

PREPARED BY: Hired Trucks

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

**(6) CALCULATION OF CONTRIBUTION**
a. Grand Total of All Hours Reported: 537
b. Total Hours For This Page only: ____
c. Multiply Hrs. in a.
   by ____ ¢ per hour
   by $ 4.46 per hour
   by $ ____ per employee

**(7) ADDED EMPLOYEES**
____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if listed employees are no longer employed by you.

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

| Employer Local Code | Col. 3 | Initials | Column 1 Employee Name | Column 2 Soc. Sec. No. | (1) | (2) | (3) | (4) | (5) | Col. 5 Total Hr |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Devon Boswell | 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 | 8 | 24.5 | 39.5 | | | 72 |
| | | | Jarvis Allen | 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 | 24 | 42 | 49 | | | 115 |
| | | | Stephen Russo | 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 | 8 | 40 | 8 | | | 56 |
| | | | Jack Wilkins | 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 | 8 | | | | | 8 |
| | | | Leslie Allen | 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 | 8 | 40 | 32 | | | 80 |
| | | | John Kinsler | 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 | 8 | | 32.5 | | | 40.5 |
| | | | Robert Blair | 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 | 8 | 37 | / | | | 45 |
| | | | Alfonzia Courtney | 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 | 16 | 40 | / | | | 56 |
| | | | Wayne Mulford | 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 | | 32.5 | 32 | | | 64.5 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 2395.02 AND CHECK NO ____

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE _____ OF _____ PA_

**COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES**

(1) 5/1   (2) 5/8   (3) 5/15   (4) 5/22   (5) 5/29

EMPLOYER LOCAL CODE: CA/T  379/434

Ouro d. Ltd
130 Clay Pit Rd
Marshfield, Ma
02050

FOR MONTH OF: May 2004

**(6) CALCULATION OF CONTRIBUTION**
a. Grand Total of All Hours Reported: 459
b. Total Hours For This Page only:
c. Multiply Hrs. in a.
   by ___ ¢ per hour
   by $ 4.46 per hour — CONTRIBUTION 2047.14
   by $ ___ per employee

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

**(7) ADDED EMPLOYEES**
_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

PREPARED BY: Hired Trucks    DATE:

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

| Employer Local | Code | Col. 3 | Initials | Column 1 Employee Name | Column 2 Soc. Sec. No. | (1) | (2) | (3) | (4) | (5) | Col. 5 Total HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Arvis Allen | 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 | 49.5 | 40 | | | | 89.5 |
| | | | | Robert Arnold | 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 | 16 | ✓ | | | | 16 |
| | | | | Leslie Allen | 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 | 40 | 24 | | | | 64 |
| | | | | Robert Blair | 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 | 32 | 32 | | | | 64 |
| | | | | Alfonzia Courtney | 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 | 48 | 40 | | | | 88 |
| | | | | Wayne Milford | 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 | 46.5 | ✓ | | | | 46.5 |
| | | | | Paul Vincente | 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 | 41 | 50 | | | | 91 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

**IMPORTANT:** PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 2047.14   AND CHECK NO. _____

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ___ OF ___ PAGES

**COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES**

(1) 2/7    (2) 2/14    (3) 2/21    (4) 2/28    (5) ___

EMPLOYER LOCAL CODE: ___ ___ ___

Ourod Ltd
130 Clay Pit Rd
Marshfield, MA
02050

FOR MONTH OF: Feb 2004

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported: 260.5

b. Total Hours For This Page only: ___

c. Multiply Hrs. in a.
by ___ ¢ per hour
by $ 4.46 per hour
by $ ___ per employee

CONTRIBUTION: 1161.83

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

**(7) ADDED EMPLOYEES**

___ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 – PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 – HRS. BY PAY PERIOD (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | David Downing | 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 | 40.5 | 32 | 26 | 32.5 | | 131 |
| | | | | Garrett Waite | 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 | 40 | 33 | 32 | 24.5 | | 129.5 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE _____ OF _____ PAGE

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

(1) 3/6   (2) 3/13   (3) 3/20   (4) 3/27   (5) _____

EMPLOYER LOCAL CODE: | | | |

Turod Ltd
130 Clay Pit Rd
Marshfield, Ma 02050

FOR MONTH OF: March 2004

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported: **262.25**

b. Total Hours For This Page only: _____

c. Multiply Hrs. in a.
by _____ ¢ per hour
by $ **4.46** per hour
by $ _____ per employee

CONTRIBUTION: **1169.64**

### (7) ADDED EMPLOYEES

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

PREPARED BY _____ DATE _____

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | David Ouwning | 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 | 41.5 | 42.5 | 26.25 | | | 110.25 |
| | | | | Garrett Waite | 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 | 32 | 40 | 40 | 40 | | 152 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ____ OF ____ PAGE

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

(1) 5/1   (2) 5/8   (3) 5/15   (4) 5/22   (5) 5/29

EMPLOYER LOCAL CODE: 404291

Durod  781-834-0200
130 Clay Pit Rd
Marshfield, Ma 02050

FOR MONTH OF: May 2004

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported: 40

b. Total Hours For This Page only:

c. Multiply Hrs. in a.
by ____ ¢ per hour
by $ 4.46 per hour
by $ ____ per employee

CONTRIBUTION: 178 | 4_

**(7) ADDED EMPLOYEES**

____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

PREPARED BY: ____   DATE: ____

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 — PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | |
| | | | | David Downing | 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 | 32 | | | | | 32 |
| | | | | Garrett Waite | 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 | 8 | | | | | 8 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ____ OF ____ PAGE

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

(1) 4/3  (2) 4/10  (3) 4/17  (4) 4/24  (5) ____

EMPLOYER LOCAL CODE: ___ ___ ___ ___

Ourod Ltd  781-834-0200
130 Clay Pit Rd
Marshfield, Ma 02050

FOR MONTH OF: April 2004

**SOCIAL SECURITY NUMBERS MUST BE FURNISHED.**

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20TH OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported: 240

b. Total Hours For This Page only: ____

c. Multiply Hrs. in a.
by ____ ¢ per hour
by $ 4.46 per hour
by $ ____ per employee

CONTRIBUTION: 1070.40

### (7) ADDED EMPLOYEES

____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 – HRS. BY PAY PERIOD (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | David Downing | 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 | 40.5 | 32 | 36 | 24 | | 132.5 |
| | | | | Garrett Waite | 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 | 24 | 35 | 40 | 8.5 | | 107.5 |

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 – PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE ____ OF ____

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|

EMPLOYER LOCAL CODE: CA/T  379/434

Durod Ltd
130 Claij Pit Rd
Marshfield, Ma

FOR MONTH OF: April 2004

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

### (6) CALCULATION OF CONTRIBUTION
a. Grand Total of All Hours Reported: 
b. Total Hours For This Page only: 30.5
c. Multiply Hrs. In a:
   by _____ ¢ per hour
   by $_____ per hour
   by $_____ per employee

CONTRIBUTION

### (7) ADDED EMPLOYEES
_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if listed employees are no longer employed by you.

PREPARED BY _____ DATE _____

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD | | | | | COL. 5 TOTAL H |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Jervis Allen | 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 | | | | 30.5 | | 30.5 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ _____ AND CHECK NO. _____

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

(1) 5/1    (2) 5/8    (3) 5/15    (4) 5/22    (5) 5/29

EMPLOYER LOCAL CODE: CA/T  379/434

Durod
130 Clay Pit Rd
Marshfield, MA
02050

FOR MONTH OF: May 2004

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported
b. Total Hours For This Page only: 484
c. Multiply Hrs. In a.
   by ___¢ per hour
   by $4.46 per hour
   by $4.46 per employee

### (7) ADDED EMPLOYEES

_____ employees have added during the month. (PLEASE INDIC whether they are Temporary or Perma employees.) Check (✓) in Column (3) if listed employees are no longer employe you.

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

| EMPLOYEE NAME | SOC. SEC. NO. | (1) | (2) | (3) | (4) | (5) | TOTAL |
|---|---|---|---|---|---|---|---|
| Alfonzo Courtney | 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 | | | 9 | 40 | 40 | 89 |
| Jervis Allen | 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 | | | 41 | 40 | 40 | 121 |
| Devon Boswell | 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 | | | | 24 | | 24 |
| Wayne Milford | 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 | | | | 42 | 40 | 82 |
| Leslie Allen | 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 | | | | | 8 | 8 |
| Robert Blair | 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 | | | | | 32 | 32 |
| David Cousins | 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 | | | | | 32 | 32 |
| Garrett Waite | 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 | | | | | 24 | 24 |
| Louis Cavagnaro | 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 | | | | | 32 | 32 |
| Raul Vicente | 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 | | | | | 40 | 40 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

**IMPORTANT:** PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ _____ AND CHECK NO. _____

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

EMPLOYER LOCAL CODE: CA/T  379/434/1

PAGE ___ OF ___ PA

**(6) CALCULATION OF CONTRIBUTION**
a. Grand Total of All Hours Reported
b. Total Hours For This Page only: **274**
c. Multiply Hrs. in a.
   by ___ ¢ per hour
   by $ ___ per hour  CONTRIBUTION
   by $ ___ per employee

FOR MONTH OF June 2004

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

**(7) ADDED EMPLOYEES**
___ employees have be added during the month. (PLEASE INDICA whether they are Temporary or Permane employees.) Check (✓) in Column (3) if a listed employees are no longer employed you.

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

PREPARED BY ___ DATE ___

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Jarvis Allen | 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 | 32 | 37.5 | | | | 69.5 |
| | | | | Louis Cavagnaro | 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 | 16 | 8 | | | | 24 |
| | | | | Paul Vincente | 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 | | 40.5 | | | | 40.5 |
| | | | | Samuel Sorrento | 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 | | 32 | | | | 32 |
| | | | | Wayne Milford | 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 | 32 | 16 | | | | 48 |
| | | | | Robert Blair | 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 | | 8 | | | | 8 |
| | | | | Daniel Downing | 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 | 16 | 20 | | | | 36 |
| | | | | Garrett Waele | 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 | | 8 | | | | 8 |
| | | | | James Sullivan | 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 | | 8 | | | | 8 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ ___ AND CHECK NO. ___

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| (1) EMPLOYER LOCAL CODE | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| CA/T 379/434 | Ourod Ltd 130 Clay Pit Rd Marshfield, Ma 02050 | | | |

FOR MONTH OF: June 2004

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported: 
b. Total Hours For This Page only: **83**
c. Multiply Hrs. in a.
   by ____ ¢ per hour
   by $____ per hour
   by $____ per employee

### (7) ADDED EMPLOYEES

____ employees have added during the month. (PLEASE INDIC whether they are Temporary or Perma employees.) Check (✓) in Column (3) if listed employees are no longer employe you.

PREPARED BY: 
DATE:

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | (1) | (2) | (3) | (4) | (5) | COL. TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Robert Blair | 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 | 19 | | | | | 19 |
| | | | | Raul Vicente | 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 | 32 | | | | | 32 |
| | | | | Samuel J Sorentino | 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 | 32 | | | | | 32 |

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

**IMPORTANT:** PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ ____ AND CHECK NO. ____

# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE _____ OF _____

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES:
(1) 5/1  (2) 5/8  (3) 5/15  (4) 5/22  (5) 5/29

EMPLOYER LOCAL CODE: CA/T  379/434

Durod Ltd
130 Clay Pit Rd
Marshfield, MA 02050
781-834-0200

FOR MONTH OF: May 04

PREPARED BY: Hired Truck

**(6) CALCULATION OF CONTRIBUTION**
- a. Grand Total of All Hours Reported: 24
- b. Total Hours For This Page only:
- c. Multiply Hrs. in a.
  - by _____ ¢ per hour
  - by $ 4.46 per hour — CONTRIBUTION: 107
  - by $ _____ per employee

**(7) ADDED EMPLOYEES**

_____ employees have added during the month. (PLEASE INDIC... whether they are Temporary or Perma... employees.) Check (✓) in Column (3) if listed employees are no longer employe... you.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | (1) | (2) | (3) | (4) | (5) | COL. TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 – PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | | | | | |
| | | | | Clyde Nesbitt | 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 | | | | 24 | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 107.04   AND CHECK NO.

**NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND**
535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

PAGE _____ OF _____ PA

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

(1) 7/3   (2) 7/10   (3) 7/17   (4) 7/24   (5) 7/31

EMPLOYER LOCAL CODE: CA H

379/434
781-834-0200

Durod. Ltd
130 Clay Pit Rd
Marshfield, MA 02050

Prepared by: Hired Trucks

FOR MONTH OF: July 04

**(6) CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported: 16
b. Total Hours For This Page only:
c. Multiply Hrs. in a.
   by _____ ¢ per hour
   by $ 4.46 per hour    CONTRIBUTION: 71.36
   by $ _____ per employee

**(7) ADDED EMPLOYEES**

_____ employees have be added during the month. (PLEASE INDICA whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if a listed employees are no longer employed you.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | |
| | | | | Paul Vicente | 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 | | | | | | 16 |

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 71.36   AND CHECK NO.

# PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|

EMPLOYER LOCAL CODE: | | |

Owrod Ltd
130 Clay Pit Rd
Marshfield, MA
02050

FOR MONTH OF: May & June

**IMPORTANT:** YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported
b. Total Hours For This Page only
c. Multiply Hrs. in a.
   by _____ ¢ per hour
   by $ _____ per hour
   by $ _____ per employee

CONTRIBUTION

### (7) ADDED EMPLOYEES

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

PREPARED BY _____ DATE _____

| EMPLOYER LOCAL CODE | COL. 3 INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 (1) | (2) | (3) | (4) | (5) | COL. 5 TOTAL HRS. |
|---|---|---|---|---|---|---|---|---|---|
| | | EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. | | | | | | | |
| May | | David Downing | 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 | | | | 32 | | |
| | | Garrett Waite | 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 | | | | 24 | | |
| | | | W/E 6/5 6/12 | | | | | | |
| June | | David Downey | 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 | 16 | 20 | | 36 | | |
| | | Garrett Waite | | | 8 | | 8 | | |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ **$446.00** AND CHECK NO. **072994**



# NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

| 5/1 | 5/8 | 5/15 | 5/22 | 5/29 |
|-----|-----|------|------|------|
| (1) | (2) | (3)  | (4)  | (5)  |

EMPLOYER LOCAL CODE: CA/T  379/434

Herod Ltd
130 Clay Pit Rd
Marshfield, Ma 02050

FOR MONTH OF: May

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

PREPARED BY: Hired Truckers

### (6) CALCULATION OF CONTRIBUTION

a. Grand Total of All Hours Reported: 32

b. Total Hours For This Page only:

c. Multiply Hrs. in a.
   by _____ ¢ per hour
   by $4.46 per hour
   by $1.16 per employee

CONTRIBUTION: 142.70

### (7) ADDED EMPLOYEES

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD ||||| COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (1) | (2) | (3) | (4) | (5) | |
| | | | | Clyde Nesbitt | 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 | 16 | | | 16 | | 32 |

EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH.

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 142.72   AND CHECK NO.

**PENSION FUND**
535 BOYLSTON STREET • BOSTON, MASSACHUSETTS 02116-3770
TELEPHONE 617-266-8900 • FAX 617-247-8188
TOLL FREE TELEPHONE NUMBER: 800-447-7709

## EMPLOYER REMITTANCE REPORT

COVERING PAYROLL PERIODS ENDING ON FOLLOWING DATES

(1) 6/5  (2) 6/12  (3) 6/19  (4) 6/26  (5)

EMPLOYER LOCAL CODE: CA/T  379/434

404291

Otrod Ltd
130 Clair Pet Rd
Marshfield, MA

FOR MONTH OF June 2004

SOCIAL SECURITY NUMBERS MUST BE FURNISHED.

IMPORTANT: YOUR CHECK(S) ARE DUE NO LATER THAN THE 20th OF THE MONTH FOLLOWING THE MONTH COVERED BY THIS REPORT. FAILURE TO MAKE CONTRIBUTIONS WHEN DUE MAKES YOU LIABLE FOR INTEREST CHARGES AS DETERMINED BY THE TRUSTEES, PLUS ALL COSTS OF COLLECTION AS PROVIDED BY ERISA.

PREPARED BY: Direct Truck    DATE:

(6) **CALCULATION OF CONTRIBUTION**

a. Grand Total of All Hours Reported: 238
b. Total Hours For This Page only:
c. Multiply Hrs. in a.
   by _____ ¢ per hour
   by $4.46 per hour
   by $4.46 per employee
   CONTRIBUTION: 1061.48

(7) **ADDED EMPLOYEES**

_____ employees have been added during the month. (PLEASE INDICATE whether they are Temporary or Permanent employees.) Check (✓) in Column (3) if any listed employees are no longer employed by you.

| EMPLOYER LOCAL | CODE | COL. 3 | INITIALS | COLUMN 1 EMPLOYEE NAME | COLUMN 2 SOC. SEC. NO. | COL. 4 — HRS. BY PAY PERIOD ||||| COL. 5 TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (1) | (2) | (3) | (4) | (5) | |
| EMPLOYER AFFIRMS THAT CONTRIBUTION IS MADE FOR ALL EMPLOYEES WHO PERFORMED BARGAINING UNIT WORK. FALSE STATEMENT OR MISREPRESENTATION REPORTED ON THIS FORM MAY SUBJECT EMPLOYER AND ITS OFFICERS TO PROSECUTION UNDER 18 U.S.C. #1027 - PENALTY IS FINE OF $10,000 OR FIVE YEARS IMPRISONMENT, OR BOTH. ||||||||||||
| | | | | Jervis Allen | 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 | | | 40 | 49 | | 89 |
| | | | | Paul Vicente | 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 | | | 22.5 | 54.5 | | 77 |
| | | | | Samuel Sorrentino | 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 | | | 32 | 40 | | 72 |

SEE REVERSE SIDE OF BLUE FORM FOR COMPLETE INSTRUCTIONS.

IMPORTANT: PLEASE INDICATE AMOUNT OF ENCLOSED CHECK $ 1061.48    AND CHECK NO. _____