UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARGES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>       Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv10039 RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF CATHERINE M. CAMPBELL, ESQ.

I, Catherine M. Campbell, Esq., under oath and based on my personal knowledge, hereby depose and state the following:

1. My name is Catherine M. Campbell and I am one of the attorneys for the Plaintiff, New England Teamsters & Trucking Industry Pension Fund (hereinafter "Plaintiff" or "Fund").

2. On December 29, 2006, Durod served a Notice of Taking of Deposition upon Modern Continental Companies' Keeper of Records, and requested that said Keeper of Records bring with her all documents responsive to Durod's record request attached to the subpoena. A copy of the Notice of Deposition is attached hereto as Exhibit A.

3. On January 5, 2007, I received a telephone call from one of Modern Continental Companies' ("Modern") attorneys, seeking information as to why Durod had subpoenaed Modern's records. I explained that the Fund had filed a lawsuit to collect delinquent contributions, late payments, and interest owed for work

performed by Durod on the Central Artery Tunnel project, as well as to compel Durod to submit to an audit by the Fund.

4. During this conversation I learned that Modern was holding $25,000.00 for a settlement with Durod, and that Modern was to make such payment shortly.

5. After learning of this $25,000.00 settlement from Modern's attorney, I determined that it was in the best interest of my client to file an attachment by Trustee Process.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9TH DAY OF FEBRUARY, 2007.

/s/ Catherine C. Campbell
Catherine C. Campbell, Esq.