UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | C.A. No. 04cv10039 RCL |

NOTICE OF TAKING DEPOSITION

**TO:** Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, Massachusetts 02109

**PLEASE TAKE NOTICE THAT** the defendant, Durod, Ltd, by its attorney, will take the deposition upon oral examination of KEEPER OF THE RECORDS, MODERN CONTINENTAL COMPANIES commencing on January 31, 2007 at 10:00 AM at the law offices of Robert W. Galvin, Esq., 10 Enterprise St., Ste. 3, Duxbury, MA 02332-3315 (781) 934-5678 before a Notary Public or some other officer authorized by law to conduct said deposition and/or administer oaths.

The deposition will continue from day to day until completed, you are further invited to attend and cross-examine.

DATED: December 29, 2006

DUROD, Ltd.
By its Attorney,

Robert W. Galvin, Esq.
10 Enterprise St., Ste. 3
Duxbury, MA 02332-3315

(781) 934-5678
BBO # 561397 (RWG)

## CERTIFICATE OF SERVICE

I, Robert W. Galvin, Esq., hereby certify that on this 29th day of December, 2006, I have caused to be delivered by facsimile and first class mail, postage prepaid to, true copies of the foregoing document to plaintiff's counsel:

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, Massachusetts  02109

Robert W. Galvin, Esq.