**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Charles Langone
            Plaintiff(s)

V.

Durod, Limited
            Defendant(s)

CIVIL ACTION
NO.  04-10039-RCL

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Lindsay

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On   5/17/2007   I held the following ADR proceeding:

            _____   SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION
            ___X___   MEDIATION                              _____ SUMMARY BENCH / JURY TRIAL
            _____   MINI-TRIAL                              _____ SETTLEMENT CONFERENCE

All parties were represented by counsel  [except _____].
The parties were present in person, or by an authorized officer. [except _____].
The case was:

[ ]   Settled.  Your clerk should enter a ___ day order of dismissal.

[X]   There was some progress.  FINAL FURTHER MEDIATION has been scheduled for  6/28/2007  unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


        5/11/2007                                                    Marianne B. Bowler, USMJ
            DATE                                                              ADR Provider

(ADR Report (Durod2).wpd  - 4/12/2000)                                                    [adrrpt.]