# GALVIN
# & GALVIN

Attorneys at law
- A Sole Proprietorship

10 ENTERPRISE STREET, SUITE 3
DUXBURY, MASSACHUSETTS 02332-3315
CORNERS OF ROUTES 3A AND 139

<u>Robert E. Galvin</u>
  Robert W. Galvin
  Deirdre S. Weiler
  <u>William J. Galvin (1898-1995)</u>

June 27, 2007

<u>VIA FACSIMILE (617) 204-5833 AND FIRST-CLASS MAIL</u>
Marc Duffy, Courtroom Clerk
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

RE:   Langone, Trustee v. Durod, Ltd.
      United States District Court
      Docket No.  1:04-cv-10039-RCL

Dear Mr. Duffy:

Attorney Conti and I called to reach you this afternoon to report that we feel that it would be unproductive and an unnecessary waste of the Court's time to continue to try and mediate tomorrow.   We spoke on a conference call with Ms. Feeney and she spoke with Judge Bowler who apprised us through Ms. Feeney to call and/or write in the morning to inform you to terminate mediation and that we would not be appearing.

Thank you for your courteous attention to this matter.

                                            Very truly yours,

                                            Robert W. Galvin

cc:   Durod, Ltd.
      Jonathan Conti, Esq.

(781) 934-5678    (781) 834-4224    (781) 585-9202    FAX (781) 837-1030