UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | C.A. No. 04cv10039 RCL |

**PLAINTIFF'S RULE 59(E) MOTION FOR RECONSIDERATION
OF THE COURT'S DECISION TO DENY PLAINTIFF'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

**NOW COMES** Plaintiff, Charles Langone, as Fund Manager for the New England Teamsters and Trucking Industry Pension Fund, and moves, pursuant to Federal Rule of Civil Procedure 59(e), for Reconsideration of the Court's Decision to Deny Plaintiff's Motion for Summary Judgment, on the basis of Plaintiff's having uncovered newly discovered evidence.

In support of his Motion, Plaintiff submits the attached Memorandum of Law.

Dated:  June 29, 2007                               Respectfully submitted,

                                                    For the Plaintiff,
                                                    CHARLES LANGONE, as
                                                    FUND MANAGER of the
                                                    NEW ENGLAND TEAMSTERS &
                                                    TRUCKING INDUSTRY PENSION FUND,

                                                    By his Attorneys,


                                                    /S/ Jonathan M. Conti
                                                    Catherine M. Campbell, BBO #549397
                                                    Jonathan M. Conti, BBO #657163
                                                    Feinberg, Campbell & Zack, P.C.
                                                    177 Milk Street, Boston, MA 02109
                                                    (617) 338-1976


## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

                                                    /S/ Jonathan M. Conti
                                                    Jonathan M. Conti


## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, Esq., do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Electronic Filing (NEF) on this 29th day of June 2007.

                                                    /S/ Jonathan M. Conti
                                                    Jonathan M. Conti