

# Welcome To The New England Teamsters Pension Fund Website



Welcome to our new lobby

The New England Teamsters Pension Fund was established in 1958 to provide retirement income to eligible participants and their beneficiaries. The Fund is jointly administered by an eight-member Board of Trustees – four Trustees representing the Local Unions and four Trustees representing the Contributing Employers. All claims are processed at the Fund Office, which is located in Burlington, MA, under the direction of the Fund Manager, Charles Langone. The Fund is qualified under IRC Section 401(a) and acts as a multi-employer, defined benefit plan within the meaning of IRC Sections 414(f) and (j).



Our Cozy Interview Rooms

If you are an active Plan Participant and have already received a Member ID and Password letter from the Fund Office, you will be able to login to the Member page and access your personal information, history of contribution hours and accumulated pension credit.

Don't have a Member ID? Click on the Member Login Button. Once in the Member Login Page click on the Register Button and follow the instructions for registering. Once a successful registration request is received by the Fund Office, a Member ID and Password will be sent to you.

## We Have Moved !

After 30 years at its former location, the Pension Fund moved its entire operation to Burlington, MA which is located approximately 10 miles north of Boston. The move which was completed with the help of our Teamsters Brothers from Spry Movers June 6, 2005, is part of our continuing commitmen to provide better service to those participants who wish to apply for or talk about their retirement benefits in person with a member of the Fund staff. The new location in the Burlington Office Park at 1 Wall Street is conveniently located and very easy to find. Plenty of free parking spaces are available. Information on the move, including driving directions, is available via the website. Additional information will also be provided to your Local Unior By providing easier access during working hours, improving our on-line services and the regularly scheduled visits of our field representative to the more distant Local Union offices, we hope to provide you with a better understanding of your pension