UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>  Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.  04cv10039 RCL<br>)<br>)<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the defendant, Durod, Ltd., and hereby moves this Honorable Court, with the assent of plaintiff's counsel, pursuant to the applicable Federal Rules of Civil Procedure and Local Rule 7.1 grant the defendant, Durod, Ltd., an extension of time to respond to the plaintiff's Motion for Summary Judgment through July 30, 2007.

AS GROUNDS THEREFORE the defendant, Durod, Ltd., states as follows:

1.    On June 12, 2007, the Court (Lindsay, J.) set a "firm" deadline of July 28, 2007 for the filing of any dispositive motions regardless of whether or not the mediation (previously being conducted with Magistrate Judge Bowler) was completed on June 28, 2007.

2.  On June 27, 2007, after a brief discussion between counsel for the parties, the parties elected not to proceed further with mediation and notified the Court which terminated the mediation.

3.  On Friday, June 29, 2007, one date after the deadline for the filing of dispositive motions, the plaintiff, Langone, filed on-line, a Motion for Summary Judgment and an accompanying Memorandum of Law, Supplemental Affidavits and related Exhibits.

4.  By Local Rule, the defendant, Durod, Ltd., is afforded 14 days to supply an opposition to this motion.    Said 14 day period would typically expire on July 13, 2007.

5.  The 14 day period in this case involves 4 weekend days as well as a National Holiday, July 4th.    In addition, defendant's counsel is on a pre-planned vacation from noontime on July 3rd through July 9th, 2007.

6.  An extension of time through Monday, July 30, 2007 is requested since in addition to this case, defendant's counsel is expected to have trials on July 20, 2007 in Hingham District Court in the matter of Beverly Gaughen v. That Bloomin Place, Inc. and July 25, 2007 in Norfolk Superior Court in the matter of Joseph Topol v. Peter Baytarian.

7.	An extension of time is fair and necessary to enable the defendant, Durod, to properly prepare its response to the Motion for Summary Judgment with counsel, which said response will promote judicial economy by narrowing the issues in dispute on the motion and leaving less for the Court to ultimately conduct a trial on if necessary.

8.	Plaintiff's motion also comes after the deadline imposed by the Court for service of such motions.

9.	Counsel for the defendant, Robert W. Galvin, conferred with counsel for the plaintiff, Catherine Campbell, Esq., in the absence of Attorney Jon Conti prior to the service of this motion and Attorney Campbell assented to the extension of time through July 30, 2007.

	WHEREFORE the defendant, Durod, requests that its Motion for an Extension of Time to respond to the Plaintiff's Motion for Summary Judgment through July 30, 2007 be allowed.

Respectfully Submitted
DUROD
By its Attorney,

Dated: July 3, 2007

/S/ Robert W. Galvin
_____
Robert W. Galvin, Esq.
Galvin & Galvin, SP
10 Enterprise Street, Suite 3
Duxbury, MA   02332-3315
(781) 934-5678
BBO # 561397  (RWG)


ASSENTED TO:
Counsel for the Plaintiff, Charles Langone


/S/   Catherine M. Campbell
_____
Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, PC
177 Milk Street, Suite 300
Boston, Massachusetts   02109
(617) 338-1976
BBO # 549397 (CMC)


## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

The undersigned counsel hereby certifies that a good faith attempt was made to eliminate and narrow the issues raised in this motion by conferring with plaintiff's attorney, Catherine M. Campbell, on July 3, 2007 and requesting assent to such a motion.

/s/  Robert W. Galvin

Dated:  July 3, 2007

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that a true and correct copy of this document was served upon counsel of record for the plaintiff: Jonathan M. Conti, Esq. and Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, PC, 177 Milk Street, Suite 300, Boston, Massachusetts   02109 by facsimile and first-class mail, postage prepaid this 3rd day of July, 2007.


                                                      /s/  Robert W. Galvin_____

Dated:  July 3, 2007