# GALVIN
# & GALVIN

Attorneys at law
- A Sole Proprietorship

10 ENTERPRISE STREET, SUITE 3
DUXBURY, MASSACHUSETTS 02332-3315
CORNERS OF ROUTES 3A AND 139

*Robert E. Galvin*
    *Robert W. Galvin*
    *Deirdre S. Weiler*
    *William J. Galvin (1898-1995)*

July 5, 2007

<u>VIA FACSIMILE (617) 748-9096 and FIRST CLASS MAIL</u>
Mr. Steve York
Docket Clerk for Judge Lindsay
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

Re:   <u>Charles Langone as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund v. Durod, Ltd.</u>
       C.A. No. 04-10039 RCL

Dear Mr. York:

I am writing to you in connection with a Motion which I filed earlier this week on Tuesday, July 3, 2007.

I misread Judge Lindsay's Order dated June 12, 2007 as imposing a deadline of June 28, 2007 when it has been pointed out to me that the deadline is actually July 28, 2007 for the filing of dispositive motions. My misunderstanding of the order was unintentionally included by reference in the motion which I filed. I regret this error and have already apologized to counsel for the plaintiff.

I am still requesting the requested extension on the grounds set forth in the motion which explain the basis for the motion and the need for extended time.

                                        Very truly yours,

                                        Robert W. Galvin, Esq.

RWG/lss
Dictated Not Read
cc: Jonathan M. Conti, Esq.

(781) 934-5678   (781) 834-4224   (781) 585-9202   FAX (781) 837-1030