UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHARLES LANGONE, as FUND          \*
MANAGER of the NEW ENGLAND        \*
TEAMSTERS and TRUCKING            \*
INDUSTRY PENSION FUND,            \*
    Plaintiff,                    \*     C.A. NO. 04CV10039 RCL
                                  \*
V.                                \*
                                  \*
DUROD, LIMITED                    \*
    Defendant.                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPPLEMENTAL AFFIDAVIT OF JAMES R. RODERICK, JR. IN SUPPORT OF
ITS OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF
COURT'S DENIAL OF SUMMARY JUDGMENT

    I, James R. Roderick, Jr., hereby depose and state under oath as follows:

1.    My name is James R. Roderick, Jr.   I am the President of Durod, Ltd.   I have personal knowledge of all the facts set forth herein, excepting those facts which I have stated to be on information and belief, which I believe to be true.

2.    I make this affidavit to reaffirm some facts which may not have been clear from my earlier affidavit.   At no point prior to March 26, 2002, did I ever agree to bind Durod, Ltd. to do anything other than to make payments at a certain rate for the union employees to the Pension Fund.   Durod never had a collective bargaining agreement with Local 379 of the Teamsters' Union and when we were told we had to make health & welfare payments and pension fund payments for union drivers for each hour they

worked on the CA/T project but did not have to sign any of the pension fund documents which I objected to, I agreed do so.   I was specifically told that this did not make Durod a union company.   None of the documents I subsequently received from the Pension Fund, led me to believe that what I had been told changed in my mind what my agreement was on behalf of Durod.

3.   In its Motion for Reconsideration, the Pension Fund claims I signed or completed a "Questionnaire" which states that I had a Collective Bargaining Agreement with the Union.   I did not complete that questionnaire and do not recognize the handwriting on it.   I would never sign a document which said I had a Collective Bargaining Agreement with the union because I was adamantly opposed to Durod's becoming or being construed as union company.   I also do not believe that a Collective Bargaining Agreement and the Project Labor Agreements are agreements which can be used interchangeably.   They have as I believe very different purposes.

4.   I did agree to be bound by the Project Labor Agreement in March 26, 2002 when I was told that I had to so agree in order to continue to have Durod work on the CA/T project.   I have to believe that there was some significance to not having signed it prior to that time otherwise I never would have been asked to sign it.

SIGNED UNDER THE PENALTIES OF PERJURY

DATED:                                                            _____
                                                                             James R. Roderick, Jr.