payments for union drivers for each hour they worked on the CA/T project but did not have to sign any of the pension fund documents which I objected to, I agreed do so. I was specifically told that this did not make Durod a union company. None of the documents I subsequently received from the Pension Fund, led me to believe that what I had been told changed in my mind what my agreement was on behalf of Durod.

3. In its Motion for Reconsideration, the Pension Fund claims I signed or completed a "Questionnaire" which states that I had a Collective Bargaining Agreement with the Union. I did not complete that questionnaire and do not recognize the handwriting on it. I would never sign a document which said I had a Collective Bargaining Agreement with the union because I was adamantly opposed to Durod's becoming or being construed as union company. I also do not believe that a Collective Bargaining Agreement and the Project Labor Agreements are agreements which can be used interchangeably. They have as I believe very different purposes.

4. I did agree to be bound by the Project Labor Agreement in March 26, 2002 when I was told that I had to so agree in order to continue to have Durod work on the CA/T project. I have to believe that there was some significance to not having signed it prior to that time otherwise I never would have been asked to sign it.

SIGNED UNDER THE PENALTIES OF PERJURY

DATED: 7-30-07 _____

James R. Roderick, Jr.