UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
****************************************
CHARLES LANGONE, as FUND            *
MANAGER of the NEW ENGLAND          *
TEAMSTERS and TRUCKING              *
INDUSTRY PENSION FUND,              *
       Plaintiff,                   *        C.A. NO. 04CV10039 RCL
                                    *
V.                                  *
                                    *
DUROD, LIMITED                      *
       Defendant.                   *
****************************************
```

MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

NOW COMES counsel for the defendant, Durod, Ltd. (hereinafter "Durod"), Robert W. Galvin, Esq., and hereby moves to withdraw as counsel for the defendant, Durod, Ltd.

AS GROUNDS THEREFORE defendant's counsel, Robert W. Galvin, Esq. states as follows:

1.      The instant action was filed in 2004 by the plaintiff, Langone.

2.      Counsel for the defendant has represented plaintiff in this case during the proceedings including mediation, motions and status conferences.      Counsel has also zealously represented the defendant by opposing dispositive motions for summary judgment and the like.

1

3.  Since the last court date, on or about September 27, 2007, a principal in Durod, Ltd., James Roderick, Jr. and his father, James Roderick, Sr. have been indicted on criminal charges in Suffolk Superior Court on charges relating to trucking work involving the same project (CA/T Project), during the same time frames, and potentially involving some of the drivers in this case.

4.  Even prior to that date, the defendant, Durod, Ltd., serious differences have arisen between counsel and the parties resulting in the inability of counsel to continue in this case.

5.  There is no trial date scheduled at the instant time.

6.  This motion is made in good faith and not interposed for the purposes of delay.

                                            Respectfully Submitted
                                            DUROD, LTD.
                                            By its Counsel

DATED:   1/24/2008                          /S/   Robert W. Galvin

                                            _____
                                            Robert W. Galvin, Esq.
                                            10 Enterprise Street, Suite 3
                                            Duxbury, MA  02332-3315
                                            (781) 934-5678
                                            BBO # 184000 REG
                                            BBO # 561397  RWG

## CERTIFICATE OF COMPLIANCE

I. Robert W. Galvin, hereby certify that in accordance with Local Rule 7.1. I have conferred with counsel of record in this matter.

/S/ Robert W. Galvin
_____
Robert W. Galvin

## CERTIFICATE OF SERVICE

I, Robert W. Galvin, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Electronic Filing (NEF) on 1/24/08.

/S/ Robert W. Galvin
_____
Robert W. Galvin