UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv10039 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF AN AGREED UPON JUDGMENT

Plaintiff, Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, and Defendant, Durod, Limited hereby file this Motion for Entry of an Agreed Upon Judgment for the Plaintiff and against the Defendant in the amount of $60,000.00, and pursuant to which Defendant will transfer title to two vehicles, Vehicle Identification Numbers 1XP5DB9X55N359967 and 1FDLF47F9SEA32816 to Plaintiff. As grounds for the Motion, the parties state as follows:

1. Plaintiff filed a Complaint against Durod for non-payment of delinquent contributions and failure to provide payroll records for the purpose of conducting an audit on January 8, 2004.

2. The case was scheduled for trial starting on May 8, 2008.

3. The parties desire to settle the matter without further litigation.

4. The parties have agreed to enter into a Judgment for the Plaintiff and against the Defendant in the amount of $60,000.00, which includes $57,890.69 for payment of

unpaid contributions and interest pursuant to two audits, Schedule Nos. 2743 and 2744, conducted in February and March 2007.

5. The parties have also agreed that Defendant will assign title to two vehicles, Vehicle Identification Numbers 1XP5DB9X55N359967 and 1FDLF47F9SEA32816, to Plaintiff.

**WHEREFORE,** Plaintiff, Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund and Defendant, Durod, Limited, move the Court to enter the attached Judgment for the Plaintiff and against the Defendant in the amount of $60,000.00 and the transfer of title to the two above-referenced vehicles from Defendant to Plaintiff.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND | DUROD, LIMITED |
| By his Attorneys, | By its Attorneys, |
| /S/ Jonathan M. Conti<br>Jonathan M. Conti, BBO #657163<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street, Suite 300<br>Boston, MA 02109<br>(617) 338-1976 | /S/ Robert W. Galvin<br>Robert W. Galvin, BBO # 561397<br>Galvin & Galvin, SP<br>10 Enterprise Street, Suite 3<br>Duxbury, MA 02332-3315<br>(781) 934-5678 |

Dated: July 21, 2008