UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUROD, LIMITED<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.  04cv10039 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Now, upon application of the Plaintiff, Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, and Defendant, Durod, Limited, to enter this judgment for the Plaintiff against the Defendant in the amount of $60,000.00, which includes $57,890.69 for payment of unpaid contributions and interest pursuant to two audits, Schedule Nos. 2743 and 2744, conducted in February and March 2007, and to assign the titles to two vehicles, Vehicle Identification Numbers 1XP5DB9X55N359967 and 1FDLF47F9SEA32816 to Plaintiff.

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $60,000.00 and titles to the two above-referenced vehicles.

Dated:_____          _____
                                                                                    Deputy Clerk